1                UNITED STATES DISTRICT COURT

2         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3           HONORABLE A. HOWARD MATZ, U.S. DISTRICT JUDGE

4                            – – –

5
                                        **COPY**
6

7                                      )
    UNITED STATES OF AMERICA,          )
8                                      )
                          PLAINTIFF,   )
9                                      )
             vs.                       ) No. CR10-1031-AHM
10                                     )
    (1) ENRIQUE FAUSTINO AGUILAR       )
11      NORIEGA,                       )
    (2) ANGELA MARIA GOMEZ AGUILAR,    )
12                                     )
                          DEFENDANTS.  )
13  _____)

14

15

16           REPORTER'S TRANSCRIPT OF PROCEEDINGS

17              LOS ANGELES, CALIFORNIA

18            THURSDAY, SEPTEMBER 30, 2010

19                    2:35 P.M.

20

21

22         _____

23            CINDY L. NIRENBERG, CSR 5059
              U.S. Official Court Reporter
24            312 North Spring Street, #438
              Los Angeles, California 90012
25               *www.cindynirenberg.com*

1    APPEARANCES OF COUNSEL:

2

3    FOR THE PLAINTIFF:
                         OFFICE OF THE UNITED STATES ATTORNEY
4                        BY: DOUGLAS MILLER,
                            ASSISTANT U.S. ATTORNEY
5                        13TH FLOOR
                         312 NORTH SPRING STREET
6                        LOS ANGELES, CA 90012
                         213-894-2434
7

8
     FOR THE DEFENDANT ANGELA AGUILAR:
9                        SEYFARTH SHAW
                         BY: MICHAEL ZWEIBACK, ATTORNEY AT LAW
10                       333 SOUTH HOPE STREET
                         SUITE 3900
11                       LOS ANGELES, CA 90071
                         213-270-9600
12
                         KEESAL YOUNG & LOGAN
13                       BY: MARC GREENBERG, ATTORNEY AT LAW
                         400 OCEANGATE
14                       SUITE 1400
                         LONG BEACH, CA 90802
15                       562-436-2000

16

17   ALSO PRESENT:
                         LUIS M. RODRIGUEZ-VILLA,
18                       SPANISH INTERPRETER

19

20

21

22

23

24

25

```
 1          LOS ANGELES, CALIFORNIA; THURSDAY, SEPTEMBER 30, 2010

 2                          2:35 P.M.

 3                          - - - - -

 4          THE CLERK:  Calling Item Number 1, CR10-1031, USA

 5   versus Angela Maria Gomez Aguilar and Enrique Faustino Aguilar

 6   Noriega.

 7          Counsel, state your appearances, please.

 8          MR. MILLER:  Good afternoon, Your Honor.  My name is

 9   Douglas Miller.  I'm here on behalf of the United States.

10          THE COURT:  Good afternoon.

11          MR. ZWEIBACK:  Good afternoon, Your Honor.  Mike

12   Zweiback on behalf of Angela Gomez Aguilar.  She is in custody

13   and being assisted by a Spanish interpreter.

14          THE COURT:  All right.  And good afternoon to all of

15   you as well.

16          Let me recite the procedural background to this

17   hearing and then we can proceed to follow up on what needs to

18   be addressed.

19          According to my understanding, the indictment in this

20   case was filed on September 15th.  I think in order to make

21   some of my later questions and comments meaningful, especially

22   to the defendant, Ms. Gomez-Aguilar, I want to recite a couple

23   of features or aspects of the pending charges in the existing

24   indictment.

25          There are seven counts and this defendant is named in
```

1   the two money laundering counts, Counts Six and Seven, but also

2   in the forfeiture counts, and I don't think the parties have

3   addressed the forfeiture implications of the potential conflict

4   of interest of Mr. Zweiback at all, much less meaningfully, and

5   I will get back to that later.

6          The first count in the indictment is a basic

7   conspiracy count, and the defendant's husband is named as the

8   sole defendant, but there are two conspirators, euphemistically

9   known as KL and SL, who are referred to in that charge, and I

10  think there are implications of the fact that there are

11  unindicted co-conspirators for any defendant who is indicted

12  and for what may ensue in the course of a prosecution, and I

13  may have to address that as well.  Not only are KL and SL

14  referred to in the indictment, but so are generically other

15  individuals, other potential co-conspirators.

16         There are 45 overt acts in Count One, 28 fraudulent

17  invoices, each a separate overt act, and numerous other

18  documentary transactions.  And according to the briefing that I

19  looked at for the status conference, the basis for the

20  government's charges thus far against Ms. Aguilar are that she

21  signed certain documents, and who knows whether she may be

22  accused of signing any of these other invoices or documents

23  that are referred to among the 45 overt acts.

24         Counts Two through Five of the indictment are acts

25  under the underlying statute, the Foreign Corrupt Practices

1    Act.  They involve wire transfers in separate counts over a

2    22-month period.

3            I think that the record before me, which is very thin

4    and skimpy, doesn't account for what could result in the

5    prosecution if investigation or evidence at the trial spans a

6    period of several years and the Foreign Corrupt Practices Act

7    allegations occur over a 22-month or so period.

8            The money laundering conspiracy names KL and SL as

9    co-conspirators again.  Ms. Aguilar is referred to in Overt Act

10   Number 1, Overt Acts 4, 6 and 8 and Overt Acts 10 and 11, and

11   then she is named in the money laundering count as Count Seven.

12           So that was the indictment, and that was returned on

13   September 15th.

14           On September 24th -- is your name pronounced Zweiback

15   or Mr. --

16           MR. ZWEIBACK:  Zweiback, Your Honor.

17           THE COURT:  Mr. Zweiback filed an ex parte

18   application seeking a status conference and this hearing, a

19   Rule 44(c) hearing.

20           On September 27th, Mr. Miller filed a motion to

21   disqualify Mr. Zweiback, and yesterday Mr. Zweiback filed an

22   opposition to that motion.

23           Now, I have read all four of the documents that I

24   just recited:  The indictment, the ex parte application, the

25   motion, and the opposition.

```
1              Is there anything that's been submitted to the Court

2    for purposes of this proceeding that I have not recited that

3    would be part of the record that I would have to see?

4              MR. MILLER:  Not that I'm aware of, Your Honor.

5              MR. ZWEIBACK:  No, Your Honor.

6              THE COURT:  All right.  Now, Mr. Zweiback, would you

7    be good enough, please, to go to the lectern because I want to

8    address certain questions primarily to you before I proceed, if

9    I get that far, to a standard Rule 44(c) inquiry.

10             Now, I notice that in the courtroom there are many

11   people, some lawyers I recognize, a former colleague I

12   recognize.  No one has asked that this proceeding be conducted

13   in camera.  No one has asked that the proceeding be sealed.

14             I propose to ask you certain questions primarily

15   exploring general aspects of your communications with Ms.

16   Aguilar and with her husband.

17             I assume that it is your understanding -- and right

18   now it is my working understanding -- that if there were a

19   formal colloquy that I were to have with either or both of your

20   clients, Mr. Miller would have a right to be there.

21             He would have a right to ask questions if necessary,

22   to supplement the colloquy and would have a right to respond to

23   what the colloquy established or didn't, so that, putting it in

24   plain language, he would have a right to know more than he may

25   currently know about your communications with your client.
```

```
 1            So the questions I intend to ask you will not entail

 2    a requirement that you tell me precisely what was disclosed

 3    either by you or one or both of your clients at this point, but

 4    it would lead to that.

 5            And I don't want to set you up or set your client up

 6    to a claim that the attorney-client privilege has been

 7    implicated, invaded or waived, so what I propose to do is ask

 8    you certain questions with a prefatory declaration that I'm

 9    about to make that answering those questions in the presence of

10    the people here in the courtroom, including the prosecution,

11    will not constitute a waiver for any other purpose of the

12    attorney-client privilege.

13            Are you prepared to proceed on that basis?

14            MR. ZWEIBACK:  Your Honor, there are aspects

15    factually which I think are more appropriately done in camera.

16            We were fully prepared to address the law in open

17    court.  We're fully prepared to go forward with a Rule 44(c)

18    hearing with Mr. Miller being present, but in light of the fact

19    that we have not even been provided with discovery in this

20    matter, I think it's inappropriate for Mr. Miller to get

21    additional insight into issues related to the defense, and I

22    think that those are best done between the Court and my client

23    and myself.

24            And, by the way, I'm --

25            THE COURT:  Well, what I think I am going to be
```

1    exploring, at least at the outset, will not be your theories of

2    the defense or what those theories don't include, as such.

3         I'm not about to compromise your position or that of

4    your client with something that really isn't directly central

5    to what I'm being asked to do.

6         I want to back up for a second.  I'm just looking at

7    some notes I wrote.  I don't have a formal script here, but --

8    although I will have a chance and the right to speak directly

9    with your client, if I choose to get that far, I want to make

10   sure that she understands what's going on here, so I'm going to

11   digress for just a second before we continue with what we were

12   just discussing and speak to her directly.

13        Ms. Aguilar, you have a lawyer.  He's standing there

14   at the lectern, and he wants to be your lawyer and the

15   government wants him to be removed as your lawyer.

16        Later on in this proceeding, I may tell you about

17   your rights in much greater detail than I'm about to tell you

18   now, but right from the beginning, I want you to understand

19   that even though my -- the information given to me is that you

20   are not a citizen of the United States, you have a lot of

21   rights that every citizen of the United States would have in

22   this criminal case, and one of the basic rights that you have

23   is the right to a lawyer.  You'd always have a lawyer.

24        If you cannot afford one, one will be appointed for

25   you, and you have a right to a lawyer who's going to look out

1    fully and carefully for your interests without being restricted

2    or limited or impeded by some duty he has to someone else, such

3    as your husband.

4           So your lawyer wants to stay in the case for you, and

5    everything that he submitted that I've looked at so far to me

6    suggests that you want him to stay in the case.

7           You don't have to answer the questions now.  I don't

8    know exactly where things stand with your husband, but we'll

9    find out.

10          The government wants a different lawyer appointed for

11   you or at least this lawyer replaced, and you have a right to

12   hire a different lawyer.  And the government has a certain

13   starting basis to ask me to do that.

14          And I don't know what I'm going to do; that's why

15   we're having this hearing, but the last thing I want you to

16   understand at the beginning is that the starting point for my

17   analysis is that you have a right -- it's not an absolute

18   right -- but you do have the right to pick your own lawyer.

19          That right can be taken away from you if it would

20   undermine the system of justice.  So although you have that

21   right, you have the right to keep Mr. Zweiback starting out at

22   this hearing, I have the duty to make sure that the rules are

23   followed carefully and that the interests of all of the

24   participants in this case, including the government and the

25   public, are protected.  And what that means for the judge, for

```
1    me, in this case is that the trial would be conducted under
2    ground rules that protect your rights and protect the public's
3    right to have a criminal case go forward without issues that
4    later on could require everything to be done all over again
5    because it was done wrong the first time.
6              Now, I'm still using words that may not be entirely
7    clear to you, so before I return to speaking to your lawyer,
8    I'll conclude my remarks to you with this observation.
9              If you need to speak to your lawyer at any point this
10   afternoon, you may do so, and I will let you do so privately.
11   I don't think you will need to do that right now.  I think he
12   knows what he's doing, but if you have some questions about
13   what's going on or what I'm saying, you have a right to have
14   those questions answered.
15             Do you have any questions you want to ask Mr.
16   Zweiback at this particular point in this proceeding?
17             THE DEFENDANT:  No, Your Honor.
18             THE COURT:  Okay.
19             MR. ZWEIBACK:  Your Honor, may I just add one thing
20   just so I can explain the various different people who are in
21   the courtroom?
22             THE COURT:  Yes.
23             MR. ZWEIBACK:  Mr. Marc Greenberg, who is sitting
24   over here to my right, who was a former assistant US attorney
25   for about ten years upstairs, he has been the person who has
```

1    independently advised Ms. Aguilar concerning her rights under

2    this issue and with respect to the Rule 44 hearing, and so he

3    has done so and is prepared to address the Court today.

4           In addition, present in the courtroom is the

5    Honorable Stephen Larson, retired, who will be trying this case

6    with me if the case goes to trial and will be presenting --

7           THE COURT:  Representing who?

8           MR. ZWEIBACK:  Well, he initially represented the

9    corporations in this matter, which are closely held family

10   corporations.

11          THE COURT:  Corporations that are affiliated with SL

12   and KL?

13          MR. ZWEIBACK:  No.  SL and KL and -- SL is Mr. Steven

14   Lee and he is represented by Janet Levine, and KL is the

15   domestic concern in this particular case and that company is

16   represented, as I understand it, by Mr. Handzlik.

17          THE COURT:  Okay.  So I see them in the courtroom.

18   So who is -- I'm going to refer to him as Mr. Larson, with his

19   understanding.  Who is Mr. Larson's client?

20          MR. ZWEIBACK:  Mr. Larson's client is Grupo --

21          THE COURT:  Okay.  I know who Grupo is.

22          MR. ZWEIBACK:  -- which is, as I said, a family-held

23   corporation, but they are not charged, and so he would be

24   jointly representing --

25          THE COURT:  Family-owned --

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1        MR. ZWEIBACK:  Family-owned corporation.

2        THE COURT:  Aguilar family?

3        MR. ZWEIBACK:  Yes.

4        THE COURT:  Right.  I get it.  All right.  Now, I

5   don't think we are at the point, Mr. Zweiback, where I have to

6   excuse people from the courtroom, including Mr. Miller.  You

7   think I get to a point where you would prefer to delay your

8   answer or respond to my inquiries in camera, you tell me, but

9   I'm not going to do that right now.

10       MR. ZWEIBACK:  Yes.

11       THE COURT:  So let me just plunge in.

12       First of all, I notice that your client is being

13  assisted by a presumably Spanish language interpreter.  Do you

14  speak Spanish?

15       MR. ZWEIBACK:  I do not, however, she does speak

16  English.

17       THE COURT:  Okay.  In what language have you

18  communicated with her?

19       MR. ZWEIBACK:  In English.

20       THE COURT:  And at any time that you've communicated

21  with her -- and I know you've told me that you have secured her

22  approval for you to be both her lawyer and the lawyer for her

23  husband.  At any time that you've had whatever communications

24  that you've had, has there been a Spanish language interpreter

25  present?

| | |
|---|---|
| 1 | MR. ZWEIBACK:  No, Your Honor.  I have communicated |
| 2 | with both her and her husband in English. |
| 3 | THE COURT:  Okay.  The next question is one of the |
| 4 | items I saw in these papers indicated that you've been |
| 5 | representing Enrique Aguilar, her husband, since 2009; is that |
| 6 | correct? |
| 7 | MR. ZWEIBACK:  Since January of 2009, and there is |
| 8 | further explanation on that that I believe would be appropriate |
| 9 | outside of Mr. Miller. |
| 10 | THE COURT:  Do you still represent him in your eyes? |
| 11 | MR. ZWEIBACK:  In my eyes, I continue to represent |
| 12 | him, yes. |
| 13 | THE COURT:  Does he have any other lawyer |
| 14 | representing him currently? |
| 15 | MR. ZWEIBACK:  Yes. |
| 16 | THE COURT:  Who? |
| 17 | MR. ZWEIBACK:  He has a lawyer in Mexico City who |
| 18 | represents him in connection with any Mexican law enforcement |
| 19 | issues.  I do not know the name of that individual, but I will |
| 20 | tell the Court that Mr. Aguilar is available by telephone today |
| 21 | for a telephonic conference, and that is something that we can |
| 22 | ask him.  He is prepared to go forward with a Rule 44 hearing |
| 23 | as well. |
| 24 | THE COURT:  Yes, I saw that you said that.  I haven't |
| 25 | had time to consider whether doing something while he is not |

```
 1    physically present would, first of all, be even acceptable to

 2    me in principle, much less permissible legally.

 3              MR. ZWEIBACK:  I understand.

 4              THE COURT:  And I kind of doubt that it would be on

 5    either level, but we will get back to that later.

 6              Now, you went to -- was it Houston or someplace in

 7    Texas for this mediation, this FINRA mediation?

 8              MR. ZWEIBACK:  That's correct.  I went to Houston for

 9    a FINRA-scheduled mediation on August the 9th.

10              THE COURT:  What is a FINRA mediation?

11              MR. ZWEIBACK:  Financial Regulatory Authority.  It is

12    a body that arbitrates disputes between investor claimants and

13    broker dealers.  And in this particular case, they have a claim

14    against the Global Corporation which was responsible for their

15    investments during a specified time period.

16              THE COURT:  Who has a claim against Global?

17              MR. ZWEIBACK:  The Aguilars jointly and Grupo.

18              THE COURT:  And is this financial regulatory agency a

19    quasi public agency?

20              MR. ZWEIBACK:  I believe that it is, yes.  I know

21    that -- I don't know whether or not it's directly under the

22    authority of the SEC, but I know it is a related entity to the

23    SEC to resolve these disputes.

24              THE COURT:  Okay.  So this dispute -- I don't want to

25    get too far down the road, but a dispute arose, and the
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    Aguilars triggered it by making some kind of claim against

 2    Global?

 3              MR. ZWEIBACK:  That is correct, because they had

 4    been -- the investment accounts at Global had been what's

 5    called churned, which is --

 6              THE COURT:  I know what churning is.

 7              MR. ZWEIBACK:  Okay.

 8              -- had been churned to the tune of about $800,000 in

 9    commissions over a several-year period by a particular

10    broker/dealer who they were dealing with at Global.

11              THE COURT:  And when you went to Houston for that

12    mediation, who were you representing?

13              MR. ZWEIBACK:  I was representing the Aguilars and

14    Grupo in connection with that proceeding.  I was also assisted

15    by my partner, Christopher Robertson, who is an expert in SEC

16    matters.

17              THE COURT:  Okay.  And at the time that you went to

18    Houston, you were aware that an investigation was pending that

19    led to this indictment, I assume?

20              MR. ZWEIBACK:  Well, I was aware that there was an

21    investigation pending against Mr. Aguilar.

22              Mrs. Aguilar had never been mentioned at any point

23    during the time period of that investigation, neither as a

24    subject, witness or target.  So when we departed the mediation,

25    I was surprised to find five FBI agents rushing at us claiming
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    to have an arrest warrant for Mrs. Aguilar.

2            THE COURT:  So you had been representing her husband

3    on the ongoing investigation for some time; is that right?

4            MR. ZWEIBACK:  That is correct.

5            THE COURT:  Since January of '09?

6            MR. ZWEIBACK:  Since January of '09.  I believe it

7    was --

8            THE COURT:  Did he ever come here for purposes of

9    questioning either privately and informally or before the grand

10   jury?

11           MR. ZWEIBACK:  He -- I just want to be careful what I

12   respond.  He came to an attorney meeting in anticipation of a

13   meeting with the government in early January.

14           THE COURT:  Now, he, according to something I read,

15   is a lawful permanent resident of the United States, right?

16           MR. ZWEIBACK:  He does hold that status, however, he

17   lives in Cuernavaca, Mexico with his wife, Angela.

18           And let me just say one other thing.  With respect to

19   the meeting, when he came to that meeting, he came to that

20   meeting with Angela.

21           THE COURT:  And why do you think that's relevant?

22           MR. ZWEIBACK:  Because -- well, I think that is

23   something that I should address outside of Mr. Miller.

24           THE COURT:  Okay.  Okay.  So let me ask you some

25   questions now that get more directly to this status conference.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              How many times have you discussed this general

 2   question of joint representation and potential conflict of

 3   interest with your client?

 4              MR. ZWEIBACK:  We discussed it in Houston and we have

 5   discussed it, I would say, three to four times here since she

 6   has arrived in Los Angeles.

 7              THE COURT:  And since she's arrived in Los Angeles,

 8   she's been in custody?

 9              MR. ZWEIBACK:  She has been in custody the whole

10   time, Your Honor, since her arrest in Houston.

11              THE COURT:  Is she currently confined at the MDC?

12              MR. ZWEIBACK:  She is.

13              THE COURT:  So you've had three or four conversations

14   at the MDC?

15              MR. ZWEIBACK:  Yes.

16              THE COURT:  And who has been present?  I don't want

17   to know exactly what was said at the moment, just who has been

18   present.  And if it varied, you don't have to tell me precisely

19   who was at the second and who was at the fourth, but all

20   together, who has discussed this issue of the conflict with

21   her?

22              MR. ZWEIBACK:  Well, I've discussed it with her

23   directly, obviously.  There is another attorney who was a

24   participant who is not present --

25              THE COURT:  Someone from your firm?
```

```
 1              MR. ZWEIBACK:  Not from my firm; independent.

 2              -- who was working at the time with Mr. Larson who

 3    discussed that matter with her.  I can't recall if Mr. Larson

 4    discussed it with her, but --

 5              THE COURT:  Was he at any of the meetings at MDC?

 6              MR. ZWEIBACK:  Yes.

 7              THE COURT:  And --

 8              MR. ZWEIBACK:  And, in fact, my recollection is that

 9    he did discuss this issue with her as well.

10              THE COURT:  Okay.  Now, shift your attention for just

11    a minute and let me ask you the same question about her

12    husband.  Have you discussed with her husband, who has been

13    your client since January of 2009, your representation of the

14    wife, Ms. Aguilar?

15              MR. ZWEIBACK:  Yes.

16              THE COURT:  How many times?

17              MR. ZWEIBACK:  We discussed it immediately upon her

18    arrest, among other things, since it was quite a surprise to

19    the family.  We --

20              THE COURT:  That was a telephonic discussion?

21              MR. ZWEIBACK:  That was telephonic.  And I have

22    discussed it with him probably two to three more times on the

23    phone telephonically.

24              I've encouraged him to seek counsel and guidance from

25    his independent Mexican attorney as well, and that's all I
```

1      recall.

2              THE COURT:  Have you encouraged him to seek guidance

3      and counsel from an independent United States attorney?

4              MR. ZWEIBACK:  I have told him that he should do so

5      and that that is something that is available to him.  I've

6      informed him of that repeatedly during these occasions, that

7      that would be something that would be available to him and that

8      he should seek and have that discussion, but, you know, he's

9      asked that I represent him.  He understands what his rights

10     are, and he's asked that I represent him.

11             THE COURT:  Well --

12             MR. ZWEIBACK:  I mean --

13             THE COURT:  -- I am not going to make a finding on

14     this basis.

15             MR. ZWEIBACK:  Okay.  I understand.

16             THE COURT:  I get that he understands.  I don't know

17     what he knows and I don't know what he understands.  I'm not

18     trying to slap you down.

19             MR. ZWEIBACK:  Sure.  No, I understand.

20             THE COURT:  I have to be skeptical for reasons that I

21     think you understand.  Don't take it personal.

22             MR. ZWEIBACK:  I understand.

23             THE COURT:  Now, have you provided any written

24     advice -- I'm not asking about a written waiver at this precise

25     point; I'll get to that in a couple of minutes -- but have you

1    provided any advice in writing to Ms. Aguilar about this

2    fundamental question about whether you can continue to be her

3    lawyer and, if so, whether you could also continue to be her

4    husband's lawyer?

5             MR. ZWEIBACK:  What I have done is I have not -- not

6    in the form of a letter or in terms of a conflict waiver.  I

7    have reviewed with her the Rule 44 colloquy as a Court would do

8    it.

9             THE COURT:  Okay.  Well --

10            MR. ZWEIBACK:  And I have provided her a copy of it.

11   We've reviewed it with her.

12            THE COURT:  You provided a copy of what?

13            MR. ZWEIBACK:  Of the Rule 44 waiver form or colloquy

14   that a Court would go through.

15            THE COURT:  But you already anticipated something.

16   Right now as you stand here before me and as Ms. Aguilar sits

17   here in the courtroom, she has not signed any waiver that has

18   been given to her, is that correct, in writing?

19            MR. ZWEIBACK:  Well, I think I would like to address

20   that outside of Mr. Miller because there's another aspect to

21   that as well.

22            THE COURT:  I'll hold off on that, but I won't go

23   further down that road at the moment.

24            Have you provided any advice in writing in any

25   language to Mr. Aguilar?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1         MR. ZWEIBACK:  Not in writing, no.

2         THE COURT:  Has Mr. Aguilar signed any writing

3  authorizing you, after getting advice, to be his lawyer, as

4  well as the lawyer for his wife?

5         MR. ZWEIBACK:  No.

6         THE COURT:  At any point that you've discussed this

7  issue of representation with either of the spouses, has the

8  other spouse been participating in that conversation at any

9  occasion?

10         MR. ZWEIBACK:  No, they have not.

11         THE COURT:  All your conversations about your

12  representation have been separate and independent, only with

13  one spouse at a time?

14         MR. ZWEIBACK:  Yes.  And, I mean -- first of all,

15  that's the way I would want to do it; and, secondly, because of

16  the physical logistics of her being incarcerated, yes, that is

17  correct.

18         THE COURT:  All right.  Now, you've made certain

19  representations to me in filings.  Those filings are public.

20  I'm not breaching any inherent or implied confidence in

21  referring to them, right?

22         MR. ZWEIBACK:  Right.

23         THE COURT:  Okay.  So one of your fundamental

24  assertions is that the government is acting improperly by in

25  effect holding Ms. Aguilar hostage, opposing any release

```
 1    pending trial, resisting efforts to provide bail or other forms

 2    of release in order to force her husband to come here, because

 3    according to what I understand your position to be, Mr. Miller

 4    and his team basically said, "We're not letting her out until

 5    and unless he comes here."  Is that a fair way of putting it?

 6         MR. ZWEIBACK:  That's a fair way of putting it.  It's

 7    not only Mr. Miller, but it started with Mrs. Mrazek, who is

 8    the prosecutor from the Department of Justice.

 9         THE COURT:  I saw Mrazek's name at the transcript of

10    the bail hearing.  Is she part of the ongoing prosecution?

11         MR. ZWEIBACK:  She is, Your Honor.  In fact, when Ms.

12    Aguilar was arrested in Houston, the first thing the agent said

13    was, "The prosecutor is waiting for you upstairs," at the U.S.

14    Attorney's office in Houston.

15         We then were taken up to a room in the U.S.

16    Attorney's office where Ms. Mrazek said, "This is going to be

17    your one and only chance," and basically talked about a number

18    of things in terms of possible resolution to the case including

19    throwing out on the table, although she apparently subsequently

20    didn't have authority to do so, the possibility of pre-trial

21    diversion.

22         THE COURT:  For --

23         MR. ZWEIBACK:  For Ms. Aguilar, if she was willing to

24    get her husband to waive his extradition rights and come to the

25    United States.
```

```
 1              THE COURT:  Okay.  So you've told me what we've just
 2   established.  That's your understanding, your version.  Your
 3   client came into the courtroom, is being held hostage to compel
 4   her husband, who is beyond the reach of the subpoena power at
 5   this point, to come here.  Have you told that to the husband?
 6              MR. ZWEIBACK:  Yes.
 7              THE COURT:  Okay.  And are you comfortable in
 8   confirming to me that it is your view that the husband
 9   understands that if he does come here, he is going to be
10   snapped up and placed in custody?
11              MR. ZWEIBACK:  Absolutely.
12              THE COURT:  And are you comfortable in confirming
13   what would appear to be obvious from that, which is that
14   that's, to put it mildly, a great disincentive to him coming
15   here?
16              MR. ZWEIBACK:  Of course it's a disincentive for him
17   to come here, but, you know --
18              THE COURT:  If he wanted to come here, he could have
19   come here for this hearing, in fact?
20              MR. ZWEIBACK:  That is correct; however, he feels --
21              THE COURT:  No immigration side issues about access
22   to the country?  He has a Green Card, right?
23              MR. ZWEIBACK:  Well, I mean, Ms. Aguilar has a visa,
24   but apparently there is an ICE detainer on her so that bail
25   would be moot.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              There is no problem with him coming to the country.

 2   The problem is a fundamental mistrust of the government's

 3   motivation here.

 4              THE COURT:  Okay.  And on that, I won't comment.  And

 5   there may be a good basis, there may be no basis; however, at

 6   the outset, wouldn't you agree that that difference in their

 7   current whereabouts and their current objectives creates an

 8   actual conflict?

 9              MR. ZWEIBACK:  No, and I would be more than prepared

10   to address that.

11              THE COURT:  Please do so now.

12              MR. ZWEIBACK:  Can I do it outside of Mr. Miller?

13              THE COURT:  I don't know that you can, really.

14   That's not something that I understand would be implicating

15   something that he has no right to know about, but I do want to

16   make something clear, because I am really concerned --

17   primarily, this is my largest concern -- that Ms. Aguilar

18   understands what I'm trying to figure out here, what I'm trying

19   to do and what my duties are.

20              The conflict that I referred to -- and I want your

21   client to make sure she understands this -- is that the price

22   of her release can be paid by her husband if he comes here, as

23   you understand, and he is not prepared to pay the price, so --

24              MR. ZWEIBACK:  He's --

25              THE COURT:  I will give you a chance to respond, but
```

1    I'm just trying to put this in non-court, non-fancy language.

2          She's in custody.  She came to Houston not expecting

3    any of these awful events to take place.  I'm going to ask you

4    questions about the family situation later.  There may be

5    children.  I don't know.  All of a sudden, she's been popped,

6    she's in custody, and she has reason -- if she hasn't had it

7    before this hearing, she's heard it now -- to draw the

8    conclusion that she could get out of custody if her husband

9    shows up, and he hasn't shown up.

10          Now, why is that not a conflict?

11          MR. ZWEIBACK:  Well, first of all, it's not so

12   simple, because what they want is they want her to cooperate

13   not only against her husband, but as part of their desires, so

14   to speak, they want her cooperation against her husband and for

15   him to surrender to U.S. authorities.

16          Now, they have never guaranteed anything in terms of

17   her getting a pass other than the fact that she would get bail

18   but that she would still be prosecuted, so -- and I can

19   represent that the family has had conversations about that very

20   issue, so -- which I think are very significant in terms of

21   demonstrating that this is more of a unified front than I think

22   that the government understands.

23          THE COURT:  All right.  Well, I may have to get a

24   little bit more education about that somewhat later on.

25          Without telling me what the answers might be --

```
 1    again, I think this is sort of at the foundational and

 2    preliminary stage of this inquiry -- tell me whether you have

 3    discussed separately with the husband and the wife --

 4            And don't take offense that I'm referring to you in

 5    that institutional way, Ms. Aguilar, but that's the way a lot

 6    of these cases wind up coming to the attention of a judge.

 7    We've got a husband and a wife, and they want the same lawyer

 8    and it raises certain issues, so occasionally I am going to

 9    refer to you as "the wife" and to your husband as "the

10    husband," but I understand you are functioning as a wholly

11    separate, independent -- not independent, but individual

12    persons.

13            Anyway, have you discussed with the husband and the

14    wife separately the extent to which each knew about the other's

15    alleged conduct in the alleged scheme?

16            MR. ZWEIBACK:  Not specifically in those terms, but

17    that would be something that I would address outside of Mr.

18    Miller's presence.

19            THE COURT:  Have you told your clients -- let's just

20    start with Ms. Aguilar.  Have you just explained to Ms. Aguilar

21    that in every case where there are two or more defendants,

22    regardless of whether they want the same lawyer or have the

23    same lawyer or a husband and wife who are related to each

24    other, in every single case where there are two or more

25    defendants, there could be issues about whether one defendant's
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    interests would be pursued at the expense of the other

2    defendant?

3              MR. ZWEIBACK:  Yes.

4              THE COURT:  Have you discussed with each of your

5    clients that the outcome of the case, even if everyone were

6    found guilty, the result, the sentence could be affected by the

7    level of culpability, who was more involved, who was less

8    involved?

9              MR. ZWEIBACK:  Yes.

10             THE COURT:  Have you discussed with your clients that

11   sometimes there are differences among the different defendants

12   or between the two different defendants, if there are only two,

13   as to how they got involved and who was more responsible than

14   the other person?

15             MR. ZWEIBACK:  Yes.

16             THE COURT:  And that the lesser responsible person

17   ordinarily and presumptively would be entitled to a less severe

18   penalty?

19             MR. ZWEIBACK:  Yes.

20             THE COURT:  Have you discussed with your clients the

21   potential implications of these forfeiture counts in terms of

22   their property, their assets, and what would happen down the

23   road -- Ms. Aguilar strikes me as a pretty young woman -- in

24   the event that the marriage for some reason didn't last and

25   this terrible story was behind them and they had a life to live

```
 1    and they had amassed whatever they had amassed in the way of

 2    assets or property, but there could be a conflict between whose

 3    property is taken and to what extent?

 4              MR. ZWEIBACK:  We have only generally discussed the

 5    forfeiture counts as it relates to their case but have not

 6    discussed the issue of the potential for a dissolution of the

 7    marriage downstream and the impact upon that.

 8              THE COURT:  But it doesn't take a Dodger fan to know

 9    that that would be something that a careful lawyer would want

10    to address in any given marriage where there are vital

11    interests of both spouses at stake.

12              MR. ZWEIBACK:  No, I understand that, but --

13              THE COURT:  In other words, putting it in a more

14    concrete way, Mr. Zweiback, don't you agree that given the

15    inclusion of the forfeiture counts, which neither side

16    addressed, there is an additional overlay of a potential

17    conflict that has to be sorted through?

18              MR. ZWEIBACK:  Can I give that some thought, Your

19    Honor?

20              THE COURT:  Yes.  Because I may be wrong, but that

21    was the thought that popped into my mind when I looked over

22    these materials quickly.

23              Now, have you discussed -- don't tell me, again, what

24    may have been said in any detail, but answer this question if

25    you feel comfortable.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          Have you discussed with -- let's start with just Ms.

 2   Aguilar.  Have you discussed with her the at least possible

 3   consequence if I find that I am not in a position to permit you

 4   to remain as counsel of record, possibly not for her, possibly

 5   not even for her husband -- have you discussed with her the

 6   possibility that fees would have been expended and may be very

 7   wisely expended up to a certain point to get the benefit of

 8   your representation that would no longer provide the benefit?

 9          In other words, you're being paid -- and I think you

10   are doing a fine job.  I know very little about you.  You seem

11   to be very well prepared, very experienced.  They are paying

12   you money.

13          MR. ZWEIBACK:  I understand.

14          THE COURT:  And they will probably be paying whoever

15   their lawyer is or whoever their lawyers are money down the

16   road, and it may come to nothing because later on, an actual

17   conflict could arise that would require me to sever whatever

18   authorization I had given, and then all of that time would have

19   been expended, the case would be delayed if a new lawyer were

20   forced to come in.

21          MR. ZWEIBACK:  Right.

22          THE COURT:  If either client or both were in custody,

23   that would mean additional length of incarceration that might

24   otherwise have been avoidable and a loss of money.

25          Just tell me whether you've discussed those concepts.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1          MR. ZWEIBACK:  With --

2          THE COURT:  With your clients.  Let's start, please,

3    with Ms. Aguilar.

4          MR. ZWEIBACK:  With Ms. Aguilar, no.  With Mr.

5    Aguilar, yes.

6          THE COURT:  Okay.  And would you agree, Mr. Zweiback,

7    that putting aside the standard issues that frequently arise in

8    situations like this, like innocent spouse, duress, lesser

9    culpability, finger pointing and the like, that these other

10   factors, the forfeiture and the fees, are at least aspects that

11   a client would be entitled to be informed about before deciding

12   whether to request a lawyer to represent her, as well as her

13   husband?

14         MR. ZWEIBACK:  I don't know that I'm prepared to say

15   that the fee issue -- or the forfeiture issue is one which

16   would necessarily trigger what the Court is addressing.

17         I think the fee issue is something which, again, I

18   think that the Court needs a little bit of context that I'd be

19   prepared to address outside of Mr. Miller, so --

20         THE COURT:  Here's where we're at, I think.  I'm

21   going to give you the opportunity to speak to me in the absence

22   of Mr. Miller and a whole lot of other people now in the

23   courtroom, including the other lawyers to whom you've referred.

24         None of them currently represents Ms. Aguilar, right?

25   Mr. Larson doesn't.  Ms. Levine doesn't.  Mr. Handzlik doesn't.

```
1    You are the only lawyer here --

2              What's your name?  Greenberg?

3              MR. GREENBERG:  Yes.  Marc Greenberg.

4              THE COURT:  You have an ongoing client relationship

5    with Ms. Aguilar?

6              MR. GREENBERG:  Your Honor, I met with Ms. Aguilar

7    for the purpose of discussing the potential conflict so that

8    she would have independent counsel advice in discussion on the

9    issue of conflict.  I met with her today.

10             THE COURT:  For the first time?

11             MR. GREENBERG:  Yes.  I was aware of the matter.  And

12   I did -- just so the Court is aware, I represented her daughter

13   in --

14             THE COURT:  Oh, so there is a child?

15             MR. GREENBERG:  There was a grand jury subpoena, and

16   we were able to work that out with the government to have an

17   interview over the internet.

18             THE COURT:  You represented the daughter of Mr. and

19   Mrs. Aguilar?

20             MR. GREENBERG:  Yes, just for purposes of conducting

21   an interview, which, quite honestly, she knows nothing.  She's

22   been out of the house since she was 18.  She is now 26.  We

23   conducted an interview over Skype, and I then contacted Mr.

24   Miller this morning and let him know that I was going to meet

25   with Ms. Aguilar.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Okay.  Well, I think you should be

 2    permitted to remain present.

 3              MR. GREENBERG:  Okay.

 4              THE COURT:  Now, I'm going to excuse you, Mr. Miller,

 5    but is there anything you want me to -- is there anything you

 6    want to raise before I do that?

 7              MR. MILLER:  Your Honor, I'm not sure what the Court

 8    intends to do in my absence.

 9              THE COURT:  I'm not sure either.  One of the things

10    is to listen to Mr. Zweiback.

11              There will be a transcript of this, and I'm not

12    committing to forever keeping the portion that will occur in

13    your absence sealed.  It is my intention to do so.  It depends

14    upon what is said, and it depends on to what extent, if any, it

15    affects whatever ruling I issue.

16              MR. MILLER:  Yes, Your Honor.

17              The only thing that I would bring out at this point

18    is that most of the government's concern has to do with what

19    Mr. Aguilar, the husband, if we are referring to him as that,

20    has been advised of and what he's able to be advised of by the

21    Court.  And if that's what it appears to be at this point, the

22    only relevant or small brief conversations he's had with Mr.

23    Zweiback, the government's concern is that --

24              THE COURT:  The waiver would not be complete.

25              MR. MILLER:  Exactly.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Yes, I understand the government's
 2    concern.  Now let me ask you this, Mr. Miller.  I'm not at all
 3    disposed or inclined to conduct some kind of telephonic
 4    inquiry, especially one impromptu, with Mr. Aguilar today, but
 5    I might.
 6              On the other hand, are you able to tell me whether
 7    for purposes of assisting in the administration of justice and
 8    enabling this case to proceed at the appropriate pace, if Mr.
 9    Aguilar were willing to come to this courtroom for purposes
10    just of enabling me to make an informed record on this
11    threshold question of representation and conflict, you would
12    refrain from exercising what otherwise would be your right --
13    possible right to place him into custody?
14              MR. MILLER:  To start, I'm not comfortable answering
15    that question right now, but I think the government's position
16    would be that it would not have to refrain from exercising its
17    right to arrest Mr. Aguilar.
18              I don't believe these are civil proceedings where --
19    and I was trying to research this issue before I got here --
20    where there could be a special appearance, in essence, where
21    the person would simply show up for one limited purpose.  I
22    think the arrest warrant that the government has in its
23    possession allows it to arrest the defendant once he enters the
24    United States.
25              THE COURT:  But it doesn't require it.  And I'm not
```

```
 1   forcing it on you and I can see why you'd want to look into it,
 2   maybe talk to others, but right now you are not prepared to
 3   say -- in order to enable the judge to speak directly to the
 4   defendant, in this case, Mr. Aguilar, you are not willing to
 5   permit him a quick-in and quick-out journey?
 6            MR. MILLER:  At this point no, Your Honor.
 7            THE COURT:  And if you were inclined to look into it,
 8   how long would it take you to make a final determination on
 9   that possibility?
10            MR. MILLER:  You know, what comes to mind -- when we
11   were discussing something like this when Mr. Zweiback was
12   representing Enrique Aguilar was provisions that allow for what
13   is known as safe passage, and those provisions may permit
14   something like this, and we began to research them back when --
15   in January, when we were trying to put this together.
16            THE COURT:  Well, what were you trying to put
17   together in January?
18            MR. MILLER:  In the beginning, when Mr. Zweiback was
19   representing Mr. Aguilar, the husband, he wanted assurances
20   that if his client came to the United States, he would not be
21   arrested.
22            We were prepared to give those assurances because at
23   that time, we had not sought an arrest warrant.  But he wanted
24   something more formal, if you will, so we began to call that
25   "safe passage."
```

1          I don't know exactly if that would permit safe

2     passage despite an arrest warrant or only safe passage that,

3     "We will not arrest you on a probable cause arrest once you got

4     here."  That's what I would need to look into.

5          THE COURT:  How long would it take you to look into

6     that?

7          MR. MILLER:  If the court would permit ten days, I

8     think we would have a solid answer at that point.

9          THE COURT:  Well, I will get back to you on that

10    today.

11          Now, Mr. Zweiback was proposing a telephonic

12    interview.  I'm not going to do that today, and I won't do

13    something that's limited to just the telephone, but what's your

14    position about the propriety at this procedural stage and for

15    this threshold purpose of conducting an inquiry involving a

16    video conference?

17          MR. MILLER:  I don't think it's something the Court

18    should pursue because of several reasons.  One, the government

19    would have concerns about verifying the identity of who is on

20    that call --

21          THE COURT:  Wait a minute.  If we could see who is

22    listening and responding to my questions, what would be the

23    difficulty in verifying who it is?

24          MR. MILLER:  Well, that would -- one of the concerns

25    would be our ability to set something like that up.  I saw, as

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   I was preparing for this, something that can be done in the

 2   context of an arraignment by VTC, Your Honor, but in the

 3   government's --

 4            THE COURT:  By the ETC?

 5            MR. MILLER:  I'm sorry.  Video teleconference.

 6            THE COURT:  Okay.  VTC, yes.

 7            MR. MILLER:  In the context of arranging something in

 8   Mexico, the government may be able to allay its concerns if it

 9   was done in the context of the United States embassy or

10   someplace that the transmission is verified in a sense, because

11   we do believe we can identify visually Enrique Aguilar, but we

12   would have concerns, again, Your Honor, that if he is

13   extradited -- and I began to get into this earlier -- that

14   these efforts to try to do this remotely would be challenged

15   either on the grounds that it wasn't him or there was something

16   lost in this communication that would not have been lost if he

17   was here, so we don't think on that level it's appropriate.

18            Secondly, we think the government would -- it's bad

19   precedent to allow defendants to abdicate their rights as

20   fugitives without submitting to the jurisdiction of the Court,

21   and there's some case law --

22            THE COURT:  I don't know that there is any basis to

23   declare Mr. Aguilar a fugitive at this point, so I don't think

24   that is the right characterization to attach, and I don't buy

25   what you are saying about an impediment to extradition.
```

1          Are there extradition proceedings under way now?

2          MR. MILLER:  They are under way.  And I wanted to

3     qualify that, Your Honor.  There was paperwork that was to be

4     submitted that as going through the process of the Department

5     of Justice, it was, in essence, kicked back for something, but

6     it is in the process of being submitted, but formal extradition

7     proceedings have not begun.

8          MR. GREENBERG:  Your Honor, if I just may -- the

9     inquiry that the Court has made of counsel, counsel and I, as I

10     mentioned, conducted a Skype interview with Angie Aguilar, the

11     daughter.  We did it over Skype.  She held up her passport.

12          THE COURT:  When you say "counsel," you mean Mr.

13     Miller?

14          MR. GREENBERG:  Yes, Mr. Miller.

15          And the FBI was in my office.  We verified her

16     identity by her passport on the screen, and so

17     verifying identity certainly is not an issue and the Skype

18     interview with the FBI in my office went forward just fine.

19          MR. MILLER:  Your Honor, I would submit that the

20     stakes are a little bit different in this scenario, and I have

21     been asked not to comment too fully on why we made that

22     arrangement, but there were reasons for that arrangement, and

23     the government essentially relented and agreed to that

24     against --

25          THE COURT:  Let me put the question differently, Mr.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    Miller, because I want to be a lot more practical than you are

2    being.

3            If I were to say the government shall cooperate in

4    the steps necessary to conduct a video conference with Mr.

5    Aguilar, a conference that would be -- and the logistics of

6    which would be set up by Mr. Aguilar and his lawyers at their

7    expense at some location in Mexico, possibly with a

8    representative of the U.S. government there, but not with any

9    authority to arrest him, and we did it in the courtroom, and we

10   did the video conference here, if I said that's what we're

11   doing, you're not aware of any legal authority that would

12   invalidate whatever conclusion I drew after that conference in

13   terms of the conflict issue, are you?

14           MR. MILLER:  I'm not, Your Honor.  I am not aware of

15   something that would invalidate.

16           THE COURT:  I think that's probably where we are

17   heading, but at this point, I'm going to ask you to -- anything

18   else you want to tell me at this point?

19           MR. MILLER:  Just what was stated in the papers, that

20   even in the -- if for the sake of argument Mr. Aguilar were

21   standing here today, the government believes there is an actual

22   conflict.

23           We believe that the waiver that's requested in this

24   case should not be granted because of the likelihood that if

25   Mr. Aguilar is in the United States and is being tried, that

```
 1    the Court would have a whole host of issues -- real and actual

 2    conflicts presented:  One, that Mrs. Aguilar is less culpable

 3    than Enrique Aguilar, and the government has already extended

 4    the opportunity for her to cooperate against him; secondly,

 5    that because of the distinction in their culpability, the

 6    government believes that the sentencing recommendations that

 7    Mr. Zweiback should make for her would be curtailed because he

 8    couldn't essentially call her a minor participant as opposed to

 9    her husband as a more involved participant.

10         If Mr. Enrique was here, the government's case

11    against him is extremely strong, and it would be ill advised

12    that he'd be in a position by way of his representation that he

13    could not even consider or pursue any plea discussions because

14    of an agreement that he has that his wife and he will stay

15    under one counsel.

16         And if the government believes that those situations

17    are essentially putting the appearance of justice at issue

18    where Mr. Enrique Aguilar for whatever reasons wants to stay

19    allied with his wife but is doing so at great detriment to Mr.

20    Zweiback's ability to represent him and his wife, and that

21    appearance, Your Honor, is what the government is concerned

22    about.

23         THE COURT:  Well, some of that may happen, but not

24    all of it has happened.  I think that Judge Noonan's decision

25    in Lightbourne is a reflection of a take on the sanctity of a
```

1   marital relationship and the deference that should be given to

2   it.  It's some authority to support Mr. Zweiback's position

3   here.

4           My concern -- and I, again, turn to Ms. Aguilar -- is

5   that even if I make a complete record and permit

6   representation, things could go south for one or both of the

7   Aguilars.  They get convicted; they don't like the consequence.

8   On appeal, they challenge that decision.

9           It becomes an issue on appeal.  I may have made a

10  very complete record, and it may or may not be upheld, but if

11  it's not upheld, then we have to start all over again, and that

12  is not in the interest of justice.  That is what I thought was

13  your backstop argument.

14          MR. MILLER:  Well, that is my backstop argument, and

15  that's more in interest of the Court and protecting its own

16  ruling, and the government tried to highlight that.

17          What I was trying to address was what should be

18  brought out in this hearing.  I don't know that that's

19  necessarily a concern to be brought out to the attention of

20  Mrs. Aguilar.

21          THE COURT:  Well, part of what you want to be brought

22  out, I'm not going to be able to bring up because Mr. Aguilar

23  is not going to be part of this hearing.  But let me excuse you

24  now.  Please wait outside.

25          All of the attorneys other than Mr. Zweiback and --

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1              MR. GREENBERG:  Mr. Greenberg.

2              THE COURT:  Mr. Greenberg.  I'm sorry.  I keep

3    forgetting your name.

4              -- should leave the room.

5         *(Pages 42-58 ordered sealed by the Court.)*

6                          --oOo--

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1          *(The following was held in open court.)*

2          THE COURT:  Okay.  Mr. Miller, the portion of the

3   transcript for today's proceeding that occurred in your absence

4   will remain sealed, but I don't really think there is anything

5   that would require it forever to remain sealed, although it

6   would require an application on your part to get me to unseal

7   it.

8          Here's where we stand.  I'm not going to grant your

9   motion to disqualify, and I'm denying without prejudice for the

10  record your motion to disqualify Mr. Zwieback.

11         On the other hand, I'm not making a finding and I

12  have no basis currently before me to make a finding that

13  continued representation by Mr. Zwieback, and whoever else is

14  on his team, of Ms. Aguilar separately, Mr. Aguilar separately,

15  or both of them jointly, is consistent with the administration

16  of justice.

17         I may reach that latter determination, and I may not,

18  but I've instructed Mr. Zwieback about certain disclosures that

19  I think have not yet been addressed or mentioned.

20         Some of them I referred to in my comments when you

21  were in the room and some others outside of your presence that

22  would have to be explained to each client, put in writing in

23  both English and Spanish and result in written waivers before I

24  proceed to the next step of granting his motion to remain as

25  counsel for Ms. Aguilar and to serve as counsel for Mr.

1    Aguilar.

2           We are going to have a video conference.  I'm

3    ordering the government to cooperate in the conducting of one.

4           Mr. Zweiback has asked for 14 days from today to

5    provide me with the copies of the written disclosures and the

6    written waivers, both the English and the Spanish language,

7    each separately signed by each client.

8           And my current expectation is that very shortly after

9    I get them -- he has up to 14 days -- I would then instruct Mr.

10   Montes to -- and maybe it should be done as a preliminary

11   planning device before then -- to arrange for a video

12   conference where I would be in this courtroom, Mr. Aguilar

13   would be wherever he is in, Cuernavaca or elsewhere, and I

14   would go through the drill, only parts of which I touched on

15   today.

16          This may be one of those rare cases where the basis

17   to accept a waiver is sufficient, and right now that basis is

18   not sufficient, but it could develop into being sufficient, and

19   if so, I will accept it; however, I think you as a

20   representative of counsel for your client, Mr. Miller, should

21   consider the following.  I don't know if you've ever served as

22   a defense lawyer, but one of the things that I went over in

23   your absence is a series of hypotheticals that I just came up

24   with that basically boil down to the fact that every defense

25   lawyer, particularly in a case where there are thousands of

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   pages of documents, inevitably learns something that he didn't

2   learn from his clients.

3          Even if the client has been totally honorable, as

4   careful as possible and as complete in their recitals, there

5   could be surprises.  There almost always are surprises.

6          And in order for Mr. Zweiback, who is trying to do

7   his job properly and his clients want him to be their lawyer,

8   you would be well advised to begin to make prompt discovery,

9   particularly of information and documents that you have

10  currently available that would actually focus on the presence

11  or absence of a conflict.

12         I'm not saying make wholesale discovery.  It looks

13  like you have more to do on this case.  There may be other

14  defendants.  But if you are aware of a basis that would really

15  affect the presence or absence of a conflict and you have not

16  yet disclosed that, then you really need to do that and do that

17  promptly.

18         I read what you wrote about the testimony about the

19  signatures.  I saw the bail hearing.  I don't think that does

20  it.  There were two different writings on the document, but

21  that doesn't necessarily make one of those writings, assuming

22  it was Ms. Aguilar's, something that resulted from the

23  directions, the duress, the force, the inducement through the

24  planning of her better-informed and manipulative husband.  I

25  have no basis to make that finding now.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1          So I'm going to deny the motion that the government

2    made without prejudice.

3          I'm going to deny the application, the ex parte

4    application that Mr. Zweiback made without prejudice and you'll

5    calendar it for the future.

6          Any questions?

7          MR. ZWEIBACK:  No, Your Honor.

8          MR. MILLER:  So my motion has been denied, Mr.

9    Zweiback's request to remain on has been --

10          THE COURT:  Temporarily granted.

11          MR. MILLER:  -- temporarily granted, subject to

12    documents that he is to produce in up to 14 days, after which

13    time if they're produced, we will have a video conference to be

14    arranged by the Court's clerk?

15          THE COURT:  Yeah.  If the conference goes the way --

16    let's put it this way.  If the conference goes the way I think

17    Mr. Zweiback and his current clients would hope, I would be in

18    a position to make a finding at that conference so that you --

19    both sides have a need and a right to know who is in on the

20    case and who isn't.  It has got to be pushed along, so I'm not

21    looking to delay this.

22          MR. MILLER:  Thank you, Your Honor.

23          MR. ZWEIBACK:  Thank you, Your Honor.

24          THE COURT:  All right.  We're adjourned.

25          *(Proceedings concluded.)*

1

2

3                         CERTIFICATE

4

5      I hereby certify that pursuant to Section 753,

6  Title 28, United States Code, the foregoing is a true and

7  correct transcript of the stenographically reported

8  proceedings held in the above-entitled matter and that the

9  transcript page format is in conformance with the

10  regulations of the Judicial Conference of the United States.

11

12  Date: OCTOBER 6, 2010

13

14                 _____

15                 Cindy L. Nirenberg, CSR No. 5059

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**$**

**$800,000 [1]**  15/8

**'**

**'09 [2]**  16/5 16/6

**-**

**--oOo [1]**  41/6

**1**

**10 [1]**  5/10
**1031 [1]**  3/4
**11 [1]**  5/10
**13Th [1]**  2/5
**14 [3]**  60/4 60/9 62/12
**1400 [1]**  2/14
**15th [2]**  3/20 5/13
**18 [1]**  31/22

**2**

**2000 [1]**  2/15
**2009 [3]**  13/5 13/7 18/13
**2010 [3]**  1/18 3/1 63/12
**213-270-9600 [1]**  2/11
**213-894-2434 [1]**  2/6
**22-month [2]**  5/2 5/7
**2434 [1]**  2/6
**24th [1]**  5/14
**26 [1]**  31/22
**27th [1]**  5/20
**28 [2]**  4/16 63/6
**2:35 [2]**  1/19 3/2

**3**

**30 [2]**  1/18 3/1
**312 [2]**  1/24 2/5
**333 [1]**  2/10
**3900 [1]**  2/10

**4**

**400 [1]**  2/13
**42-58 [1]**  41/5
**438 [1]**  1/24
**44 [7]**  5/19 6/9 7/17 11/2 13/22 20/7 20/13
**45 [2]**  4/16 4/23

**5**

**5059 [2]**  1/23 63/15
**562-436-2000 [1]**  2/15
**58 [1]**  41/5

**7**

**753 [1]**  63/5

**9**

**90012 [2]**  1/24 2/6
**90071 [1]**  2/11
**90802 [1]**  2/14
**9600 [1]**  2/11
**9th [1]**  14/9

**A**

**abdicate [1]**  36/19
**ability [2]**  35/25 39/20
**able [5]**  31/16 32/20 33/6 36/8 40/22
**about [30]**  6/25 7/9 8/3 8/16 8/17 10/12 10/25 15/8 18/11 19/24 20/1 20/2 21/11 22/17 23/21 24/15 25/4 25/19 25/24 26/14 26/25 29/10 30/11 35/14 35/9 36/25 39/22 59/18 61/18 61/18
**above [1]**  63/8
**above-entitled [1]**  63/8

**absence [7]**  30/21 32/8 32/13 59/3 60/23 61/11 63/15
**absolute [1]**  9/17
**Absolutely [1]**  23/11
**accept [2]**  60/17 60/19
**acceptable [1]**  14/1
**access [1]**  23/21
**according [4]**  3/19 4/18 16/14 22/3
**account [1]**  5/4
**accounts [1]**  15/4
**accused [1]**  4/22
**act [4]**  4/17 5/1 5/6 5/9
**acting [1]**  21/24
**acts [5]**  4/16 4/23 4/24 5/10 5/10
**actual [4]**  24/8 29/16 38/21 39/1
**actually [1]**  61/10
**add [1]**  10/19
**addition [1]**  11/4
**additional [3]**  7/21 28/16 29/23
**address [11]**  4/13 6/8 7/16 11/3 16/23 20/19 24/10 26/17 28/10 30/19 40/17
**addressed [4]**  3/18 4/3 28/16 59/19
**addressing [1]**  30/16
**adjourned [1]**  62/24
**administration [2]**  33/7 59/15
**advice [5]**  19/24 20/1 20/24 21/3 31/8
**advised [5]**  11/1 32/20 32/20 39/11 61/8
**affect [1]**  61/15
**affected [1]**  27/6
**affects [1]**  32/15
**affiliated [1]**  11/11
**afford [1]**  8/24
**after [4]**  21/3 38/12 60/8 62/12
**afternoon [5]**  3/8 3/10 3/11 3/14 10/10
**again [8]**  5/9 10/4 26/1 28/23 30/17 36/12 40/4 40/11
**against [10]**  4/20 14/14 14/16 15/1 15/21 25/13 25/14 37/24 39/4 39/11
**agency [2]**  14/18 14/19
**agent [1]**  22/12
**agents [1]**  15/25
**agree [3]**  24/6 28/14 30/6
**agreed [1]**  37/23
**agreement [1]**  39/14
**AGUILAR [66]**
**Aguilar's [1]**  61/22
**Aguilars [4]**  14/17 15/1 15/13 40/7
**Aguilars triggered [1]**  15/1
**AHM [1]**  1/9
**all [24]**  3/14 3/14 4/4 5/23 6/6 9/23 10/4 12/4 12/12 14/1 17/19 18/25 21/11 21/14 21/18 25/5 25/11 25/23 29/18 33/2 39/24 40/11 40/25 62/24
**allay [1]**  36/8
**allegations [1]**  5/7
**alleged [2]**  26/15 26/15
**allied [1]**  39/19
**allow [2]**  34/12 36/19
**allows [1]**  33/23
**almost [1]**  61/5
**along [1]**  62/20
**already [2]**  20/15 39/3
**also [4]**  2/17 4/1 15/14 20/3
**although [4]**  8/8 9/20 22/19 59/5
**always [2]**  8/23 61/5
**am [6]**  7/25 19/13 24/16 26/8 29/3 38/14
**AMERICA [1]**  1/7
**among [3]**  4/23 18/18 27/11
**analysis [1]**  9/17
**ANGELA [6]**  1/11 2/8 3/5 3/12 16/17 16/20
**ANGELES [1]**  1/17 1/24 2/6 2/11 3/1

**16/7 17/7**
**Angie [1]**  37/10
**another [4]**  9/7 12/8 28/24 35/8
**answer [4]**  9/7 12/8 28/24 35/8
**answered [1]**  10/14
**answering [2]**  7/9 33/14
**answers [1]**  25/25
**anticipated [1]**  20/15
**anticipation [1]**  16/12
**any [30]**  4/11 4/22 7/11 10/9 10/15 12/20 12/23 13/13 13/18 15/22 18/5 19/23 20/1 20/17 20/24 20/24 21/2 21/6 21/8 21/20 21/25 25/3 28/10 28/24 32/14 36/22 38/8 38/11 39/13 62/6
**anything [6]**  6/1 25/16 32/5 32/5 38/17 59/4
**Anyway [1]**  26/13
**apparently [2]**  22/19 23/24
**appeal [2]**  40/8 40/9
**appear [1]**  23/13
**appearance [3]**  33/20 39/17 39/21
**appearances [2]**  2/1 3/7
**appears [1]**  32/21
**application [5]**  5/18 5/24 59/6 62/3 64/4
**appointed [2]**  8/24 9/10
**appropriate [2]**  13/8 33/8 36/17
**appropriately [1]**  7/15
**approval [1]**  12/22
**arbitrates [1]**  14/12
**are [59]**
**argument [3]**  38/20 40/13 40/14
**arise [2]**  29/17 30/7
**arose [1]**  14/25
**arraignment [1]**  36/2
**arrange [1]**  60/11
**arranged [1]**  62/14
**arrangement [2]**  37/22 37/22
**arranging [1]**  36/7
**arrest [11]**  16/1 17/10 18/18 33/17 33/22 33/23 34/23 35/2 35/3 35/3 38/9
**arrested [2]**  22/12 34/21
**arrived [2]**  17/6 17/7
**as [49]**
**aside [1]**  30/7
**ask [12]**  6/14 6/21 7/1 7/7 9/13 10/15 13/22 16/24 18/11 25/3 33/2 38/17
**asked [7]**  6/12 6/13 8/5 19/9 19/10 37/21 60/4
**asking [1]**  19/24
**aspect [1]**  20/20
**aspects [4]**  3/23 6/15 7/14 30/10
**assertions [1]**  21/24
**assets [2]**  27/22 28/2
**assistant [2]**  2/4 10/24
**assisted [3]**  3/13 12/13 15/14
**assisting [1]**  33/7
**assume [2]**  6/17 15/19
**assuming [1]**  61/21
**assurances [2]**  34/19 34/22
**attach [1]**  36/24
**attention [3]**  18/10 26/6 40/19
**attorney [11]**  2/3 2/4 2/9 2/13 7/6 7/12 10/24 16/12 17/23 18/25 19/3
**Attorney's [2]**  22/14 22/16
**attorney-client [2]**  7/6 7/12
**attorneys [1]**  40/25
**August [1]**  14/9
**authorities [1]**  25/15
**authority [6]**  14/11 14/22 22/20 38/9 38/11 40/2
**authorization [1]**  29/18
**authorizing [1]**  21/3
**available [4]**  13/20 19/5 19/7 61/10

## A

avoidable [1] 25/24
aware [8] 6/4 15/18 15/20 31/11 31/12 38/11 38/14 61/14
away [1] 9/19
awful [1] 25/3

## B

back [6] 4/5 8/6 14/5 34/14 35/9 37/5
background [1] 3/16
backstop [2] 40/13 40/14
bad [1] 36/18
bail [5] 22/1 22/10 23/24 25/17 61/19
basic [2] 4/6 8/22
basically [3] 22/4 22/17 60/24
basis [12] 4/19 7/13 9/13 19/14 24/5 24/5 36/22 59/12 60/16 60/17 61/14 61/25
be [100]
beach [1] 2/14
because [20] 6/7 10/5 15/3 16/22 20/20 21/15 22/2 24/16 25/12 28/20 29/16 34/22 35/18 36/10 38/1 38/24 39/5 39/7 39/13 40/22
becomes [1] 40/9
been [32] 6/1 7/6 7/19 10/25 12/24 13/4 15/4 15/4 15/18 15/22 16/2 17/8 17/9 17/16 17/17 18/12 20/18 21/8 21/12 25/5 28/24 29/6 29/19 29/24 31/22 32/20 36/16 37/21 59/19 61/3 62/8 62/9
before [13] 5/3 6/8 8/11 10/7 16/9 20/16 25/7 30/11 32/6 33/19 59/12 59/23 60/11
began [3] 34/14 34/24 36/13
begin [1] 61/8
beginning [3] 8/18 9/16 34/18
begun [1] 37/7
behalf [2] 3/9 3/12
behind [1] 27/25
being [12] 3/13 7/18 8/5 9/1 12/12 21/16 23/3 29/9 37/6 38/2 38/25 60/18
believe [6] 13/8 14/20 16/6 33/18 36/11 38/23
believes [3] 38/21 39/6 39/16
benefit [2] 29/7 29/8
best [1] 7/22
better [1] 61/24
better-informed [1] 61/24
between [4] 7/22 14/12 27/12 28/2
beyond [1] 23/4
bit [3] 25/24 30/18 37/20
body [1] 14/12
boil [1] 60/24
both [11] 6/19 7/3 12/22 13/2 28/11 29/22 40/6 59/15 59/23 60/6 62/19
breaching [1] 21/20
brief [1] 32/22
briefing [1] 4/18
bring [2] 32/17 40/22
broker [2] 14/13 15/10
broker/dealer [1] 15/10
brought [3] 40/18 40/19 40/21
buy [1] 36/24

## C

ca [3] 2/6 2/11 2/14
calendar [1] 62/5
CALIFORNIA [4] 1/2 1/17 1/24 3/1
call [3] 34/24 35/20 39/8
called [1] 15/5
Calling [1] 3/4
came [7] 16/12 16/19 16/19 23/3 25/2 34/20 60/23
camera [2] 6/13 7/15 12/8

can [13] 3/17 9/19 10/20 13/21 20/2 24/12 24/13 34/23 25/18 28/18 34/1 36/1 36/11
can't [1] 18/3
cannot [1] 8/24
Card [1] 23/22
careful [3] 16/11 28/9 61/4
carefully [2] 9/1 9/23
case [25] 3/20 8/22 9/4 9/6 9/24 10/1 10/3 11/5 11/6 11/15 14/13 22/18 26/21 26/24 27/5 28/5 29/19 33/8 34/4 36/21 38/24 39/10 60/25 61/13 62/20
cases [2] 26/6 60/16
cause [1] 35/3
central [2] 2/8 4/1
certain [9] 4/21 6/8 6/14 7/8 9/12 21/18 26/8 29/7 59/18
certainly [1] 37/17
CERTIFICATE [1] 63/3
certify [1] 63/5
challenge [1] 40/8
challenged [1] 36/14
chance [3] 8/8 22/17 24/25
characterization [1] 36/24
charge [1] 4/9
charged [1] 11/23
charges [2] 3/23 4/20
child [1] 31/14
children [1] 25/5
choose [1] 4/4
Christopher [1] 15/15
churned [2] 15/5 15/8
CINDY [2] 1/23 63/15
citizen [2] 8/20 8/21
City [1] 13/17
civil [1] 33/18
claim [4] 7/6 14/13 14/16 15/1
claimants [1] 14/12
claiming [1] 15/25
clear [2] 10/7 24/16
clerk [1] 62/14
client [22] 6/25 7/5 7/6 7/12 7/22 8/4 8/9 11/9 11/20 12/10 12/12 17/3 18/3 24/21 29/22 30/11 31/4 34/20 59/22 60/7 60/20 61/3
clients [10] 6/20 7/3 26/19 27/5 27/10 27/20 30/2 61/2 61/7 62/17
closely [1] 11/9
co [3] 4/11 4/15 5/9
co-conspirators [3] 4/11 4/15 5/9
Code [1] 63/6
colleague [1] 6/11
colloquy [5] 6/19 6/22 6/23 20/7 20/13 23/17 23/18 23/19 29/16 29/20 33/9
comes [3] 22/5 24/22 34/10
comfortable [4] 23/7 23/12 28/25 33/14
coming [3] 23/14 24/1 26/6
comment [2] 24/4 37/21
comments [2] 3/21 59/20
commissions [1] 15/9
committing [1] 32/12
communicated [3] 12/18 12/20 13/1
communication [1] 36/16
communications [2] 6/15 6/25 12/23
company [1] 11/15
compel [1] 23/3
complete [4] 32/24 40/5 40/10 61/4
compromise [1] 8/3
concepts [1] 29/25
concern [7] 11/15 24/17 32/18 32/23 33/2 40/4 40/19

concerned [2] 24/16 39/21
concerning [1] 11/1
concerns [4] 35/19 35/24 36/8 36/12
conclude [1] 10/8
concluded [1] 62/25
conclusion [2] 25/8 38/12
concrete [1] 28/14
conduct [3] 26/15 33/3 38/4
conducted [4] 6/12 10/1 31/23 37/10
conducting [3] 31/20 35/15 60/3
conference [16] 4/19 5/18 13/21 16/25 35/16 38/4 38/5 38/10 38/12 60/2 60/12 62/13 62/15 62/16 62/18 63/10
confidence [1] 21/20
confined [1] 17/11
confirming [2] 23/8 23/12
conflict [17] 4/3 17/2 17/20 20/6 24/8 24/20 25/10 28/2 28/17 29/17 31/7 31/9 33/11 38/13 38/22 61/11 61/15
conflicts [1] 39/2
conformance [1] 63/9
connection [2] 13/18 15/14
consequence [2] 29/3 40/7
consider [3] 13/25 39/13 60/21
consistent [1] 59/15
conspiracy [2] 4/7 5/8
conspirators [4] 4/8 4/11 4/15 5/9
constitute [1] 7/11
contacted [1] 31/23
context [4] 30/18 36/2 36/7 36/9
continue [4] 8/11 13/11 20/2 20/3
continued [1] 59/13
conversation [1] 21/8
conversations [4] 17/13 21/11 25/19 32/22
convicted [1] 40/7
cooperate [4] 25/12 38/3 39/4 60/3
cooperation [1] 25/14
copies [1] 60/5
copy [3] 1/6 20/10 20/12
corporation [3] 11/23 12/1 14/14
corporations [3] 11/9 11/10 11/11
correct [8] 13/6 14/8 15/3 16/4 20/18 21/17 23/20 63/7
Corrupt [2] 4/25 5/6
Corrupt Practices [1] 4/25
could [15] 5/4 10/4 20/3 23/18 25/8 26/25 27/6 28/2 29/17 33/20 35/21 39/13 40/6 60/18 61/5
couldn't [1] 39/8
counsel [13] 2/1 3/7 18/24 19/3 29/4 31/8 37/9 37/9 37/12 39/15 59/25 59/25 60/20
count [5] 4/6 4/7 4/16 5/11 5/11
country [2] 23/22 24/1
counts [9] 3/25 4/1 4/1 4/2 4/24 5/1 27/21 28/5 28/15
couple [2] 3/22 19/25
course [2] 4/12 23/16
court [23] 1/1 1/23 6/1 7/17 7/22 11/3 13/20 20/7 20/14 25/1 30/16 30/18 31/12 32/7 32/21 35/7 35/17 36/20 37/9 39/1 40/15 41/5 59/1
Court's [1] 62/14
courtroom [12] 6/10 7/10 10/21 11/4 11/17 12/6 20/17 23/3 30/23 33/9 38/9 60/12
CR10 [2] 1/9 3/4
CR10-1031 [1] 3/4
CR10-1031-AHM [1] 1/9
creates [1] 24/7
criminal [2] 8/22 10/3
CSR [2] 1/23 63/15

## C

**Cuernavaca [2]** 16/7 36/13
**culpability [3]** 27/7 30/9 39/5
**culpable [1]** 39/2
**current [4]** 24/7 24/7 60/8 62/17
**currently [6]** 6/25 13/14 17/11 30/24 59/12 61/10
**curtailed [1]** 39/7
**custody [9]** 3/12 17/8 17/9 23/10 25/2 25/6 25/8 29/22 33/13

## D

**Date [1]** 63/12
**daughter [3]** 31/12 31/18 37/11
**days [4]** 35/7 60/4 60/9 62/12
**dealer [1]** 15/10
**dealers [1]** 14/13
**dealing [1]** 15/10
**deciding [1]** 30/11
**decision [2]** 39/24 40/8
**declaration [1]** 7/8
**declare [1]** 36/23
**defendant [8]** 2/8 3/22 3/25 4/8 4/11 27/2 33/23 34/4
**defendant's [2]** 4/7 26/25
**defendants [7]** 1/12 26/21 26/25 27/11 27/12 36/19 61/14
**defense [4]** 7/21 8/2 60/22 60/24
**deference [1]** 40/1
**delay [2]** 12/7 62/21
**delayed [1]** 29/19
**demonstrating [1]** 25/21
**denied [1]** 62/8
**deny [2]** 62/1 62/3
**denying [1]** 59/9
**departed [1]** 15/24
**Department [2]** 22/8 37/4
**depends [2]** 32/13 32/14
**desires [1]** 25/13
**despite [1]** 35/2
**detail [2]** 8/17 28/24
**detainer [1]** 23/24
**determination [2]** 34/8 59/17
**detriment [1]** 39/19
**develop [1]** 60/18
**device [1]** 60/11
**did [6]** 16/8 18/9 31/12 37/11 38/9 38/10
**didn't [4]** 6/23 22/20 27/24 61/1
**difference [1]** 24/6
**differences [1]** 27/11
**different [7]** 9/10 9/12 10/20 27/11 27/12 37/20 61/20
**differently [1]** 37/25
**difficulty [1]** 35/23
**digress [1]** 8/11
**directions [1]** 61/23
**directly [7]** 8/4 8/8 8/12 14/21 16/25 17/23 34/3
**disclosed [2]** 7/2 61/16
**disclosures [1]** 59/18 60/5
**discovery [3]** 7/19 61/8 61/12
**discuss [1]** 18/9
**discussed [23]** 1/7 17/4 17/5 17/20 17/22 18/3 18/4 18/12 18/17 18/22 21/6 26/3 26/13 27/4 27/10 27/20 28/4 28/6 28/23 29/1 29/2 29/5 29/25
**discussing [3]** 8/12 31/7 34/11
**discussion [3]** 18/20 19/8 31/8
**discussions [1]** 39/13
**disincentive [2]** 23/14 23/16
**disposed [1]** 33/3
**dispute [2]** 14/24 14/25

**disputes [2]** 14/12 14/23
**disqualify [3]** 5/21 59/8 59/19
**dissolution [1]** 28/6
**distinction [1]** 39/5
**DISTRICT [3]** 1/1 1/2 1/3
**diversion [1]** 22/21
**DIVISION [1]** 1/2
**do [35]** 7/7 8/5 9/13 9/14 9/18 10/10 10/10 10/11 10/15 12/9 12/13 12/15 13/10 13/19 16/21 19/4 20/7 21/15 22/20 24/11 24/12 24/15 24/19 32/6 32/8 32/13 32/18 35/12 35/12 36/11 36/14 61/6 61/13 61/16 61/16
**document [1]** 61/20
**documentary [1]** 4/18
**documents [6]** 4/21 4/22 5/23 61/1 61/9 62/12
**Dodger [1]** 28/8
**does [5]** 12/15 13/13 16/16 23/9 61/19
**doesn't [7]** 5/4 28/8 30/25 30/25 30/25 33/25 61/21
**doing [5]** 10/12 13/25 29/10 38/11 39/19
**domestic [1]** 11/15
**don't [34]** 4/2 7/5 8/2 8/7 9/7 9/7 9/14 10/11 12/5 14/21 14/24 17/16 17/18 19/16 19/17 19/21 24/13 25/5 26/4 28/14 28/23 30/14 33/18 35/1 35/17 36/17 36/22 36/23 36/24 40/7 40/18 59/4 60/21 61/19
**done [9]** 7/15 7/22 10/4 10/5 11/3 20/5 36/1 36/9 60/10
**doubt [1]** 14/4
**DOUGLAS [2]** 2/4 3/9
**down [6]** 14/25 19/18 20/23 27/22 29/15 60/24
**downstream [1]** 28/7
**draw [1]** 25/7
**drew [1]** 38/12
**drill [1]** 60/14
**duress [2]** 30/8 61/23
**during [3]** 14/15 15/23 19/6
**duties [1]** 24/19
**duty [2]** 9/2 9/22

## E

**each [7]** 4/17 26/14 26/23 27/4 59/22 60/7 60/7
**earlier [1]** 36/13
**early [1]** 16/13
**education [1]** 25/24
**effect [1]** 21/25
**efforts [2]** 22/1 36/14
**either [6]** 6/19 7/3 14/5 16/9 21/7 29/22 32/9 36/15
**else [3]** 9/2 38/18 59/13
**elsewhere [1]** 60/13
**embassy [1]** 34/3
**enable [1]** 34/3
**enabling [2]** 33/8 33/10
**encouraged [2]** 18/24 19/2
**enforcement [1]** 13/18
**English [5]** 12/16 12/19 13/2 59/23 60/6
**enough [1]** 6/7
**ENRIQUE [4]** 1/10 3/5 13/5 34/12 36/11 39/3 39/10 39/18
**ensue [1]** 4/12
**entail [1]** 7/1
**enters [1]** 33/23
**entirely [1]** 10/6
**entitled [3]** 27/17 30/11 63/8
**entity [1]** 14/22
**especially [2]** 3/21 33/4
**essence [2]** 33/20 37/5

**essentially [3]** 37/23 39/8 39/17
**established [2]** 6/23 32/2
**ETC [1]** 36/4
**euphemistically [1]** 4/8
**even [9]** 7/19 8/19 14/1 27/5 29/5 38/20 39/13 40/5 61/3
**event [1]** 27/24
**events [1]** 25/3
**ever [2]** 16/8 60/21
**every [4]** 8/21 26/21 26/24 60/24
**everyone [1]** 27/5
**everything [2]** 9/5 10/4
**evidence [1]** 5/5
**ex [3]** 5/17 5/24 62/3
**exactly [4]** 9/8 17/17 32/25 35/1
**excuse [3]** 12/6 32/4 40/23
**exercising [2]** 33/12 33/16
**existing [1]** 3/23
**expectation [1]** 60/8
**expecting [1]** 25/2
**expended [2]** 29/6 29/7 29/19
**expense [2]** 27/1 38/7
**experienced [1]** 29/11
**expert [1]** 15/15
**explain [1]** 10/20
**explained [2]** 26/20 59/22
**explanation [1]** 13/8
**exploring [2]** 6/15 8/1
**extended [1]** 39/3
**extent [3]** 26/14 28/3 32/14
**extradited [1]** 36/13
**extradition [4]** 22/24 36/25 37/1 37/6
**extremely [1]** 39/11
**eyes [2]** 13/10 13/11

## F

**fact [7]** 4/10 7/18 18/8 22/11 23/19 25/17 60/24
**factors [1]** 30/10
**factually [1]** 7/15
**fair [2]** 22/5 22/6
**family [8]** 11/9 11/22 11/25 12/1 12/2 18/19 25/4 25/19
**family-held [1]** 11/22
**Family-owned [2]** 11/25 12/1
**fan [1]** 28/8
**fancy [1]** 25/1
**far [5]** 4/20 6/9 8/9 8/9 9/5 14/25
**FAUSTINO [2]** 1/10 3/5
**FBI [3]** 15/25 37/15 37/18
**features [1]** 3/23
**fee [2]** 30/15 30/17
**feel [1]** 28/25
**feels [1]** 23/20
**fees [2]** 29/6 30/10
**figure [1]** 24/18
**filed [4]** 3/20 5/17 5/20 5/21
**filings [2]** 21/19 21/19
**final [1]** 34/8
**financial [2]** 14/11 14/18
**find [3]** 9/9 15/25 29/3
**finding [5]** 19/13 59/11 59/12 61/25 62/18
**fine [2]** 29/10 37/18
**finger [1]** 30/9
**FINRA [3]** 14/7 14/9 14/10
**FINRA-scheduled [1]** 14/9
**firm [2]** 17/25 18/1
**first [8]** 4/6 10/5 12/12 14/1 21/14 22/12 25/11 31/10
**five [2]** 4/24 15/25
**Floor [1]** 2/5
**focus [1]** 61/10

## F

follow [1] 9/7
followed [1] 9/23
following [2] 59/1 60/21
force [2] 22/2 61/23
forced [1] 29/20
forcing [1] 34/1
foregoing [1] 63/6
Foreign [2] 4/25 5/6
forever [2] 32/12 59/5
forfeiture [7] 4/2 4/3 27/21 28/5 28/15 30/10 30/15
forgetting [1] 41/3
form [2] 20/6 20/13
formal [4] 6/19 8/7 34/24 37/6
format [1] 63/9
former [2] 6/11 10/24
forms [1] 22/1
forward [4] 7/17 10/3 13/22 37/18
found [1] 27/6
foundational [1] 26/1
four [3] 5/23 17/5 17/13
fourth [1] 17/19
fraudulent [1] 4/16
frequently [1] 30/7
front [1] 25/21
fugitive [1] 36/23
fugitives [1] 36/20
fully [4] 7/16 7/17 9/1 37/21
functioning [1] 26/10
fundamental [3] 20/2 21/23 24/2
further [2] 13/8 20/23
future [1] 62/5

## G

general [2] 6/15 17/1
generally [1] 28/4
generically [1] 4/14
get [21] 4/5 6/9 7/20 8/9 12/4 12/7 14/5 14/25 16/25 19/16 19/25 22/24 25/8 25/17 25/23 29/7 35/9 36/13 40/7 59/6 60/9
getting [2] 21/3 25/17
give [4] 24/25 28/18 30/21 34/22
given [6] 8/19 20/18 28/10 28/14 29/18 40/1
Global [5] 14/14 14/16 15/2 15/4 15/10
go [8] 6/7 7/17 10/3 13/22 20/14 20/22 40/6 60/14
goes [3] 11/6 62/15 62/16
going [25] 7/25 8/10 8/10 8/25 9/14 10/13 11/18 12/9 19/13 22/16 23/9 25/3 26/8 30/21 31/24 32/4 35/12 37/4 38/17 40/22 40/23 59/8 60/2 62/1 62/3
GOMEZ [4] 1/11 3/5 3/12 3/22
Gomez-Aguilar [1] 3/22
good [6] 3/8 3/10 3/11 3/14 6/7 24/5
got [6] 26/7 27/13 33/19 35/3 62/20
government [23] 8/15 9/10 9/12 9/24 16/13 21/24 25/22 31/16 33/22 35/18 36/8 36/18 37/23 38/3 38/18 38/21 39/3 39/6 39/16 39/21 40/16 60/3 62/1
government's [8] 4/20 24/2 32/18 32/23 33/1 33/15 36/3 39/10
grand [2] 16/9 31/15
grant [1] 59/8
granted [3] 38/24 62/10 62/11
granting [1] 59/24
great [2] 23/14 39/19
greater [1] 8/17
Green [1] 23/22
greenberg [6] 2/13 10/23 31/2 31/3 41/1

41/2
ground [1] 19/21
grounds [1] 36/15
Grupo [4] 11/20 11/21 14/17 15/14
guaranteed [1] 25/16
guidance [2] 18/24 19/2
guilty [1] 27/6

## H

had [17] 12/23 12/24 13/25 15/3 15/4 15/8 15/22 16/2 17/13 25/6 25/19 27/25 28/1 28/1 29/18 32/22 34/23
hand [2] 33/6 59/11
Handzlik [2] 11/16 30/25
happen [2] 27/22 39/23
happened [1] 39/24
has [40] 6/12 6/13 7/6 9/2 9/12 10/25 10/25 11/3 12/24 13/17 14/16 17/6 17/9 17/16 17/17 17/20 18/12 20/17 20/17 21/2 21/7 23/22 23/23 24/15 25/6 25/19 28/17 32/18 32/20 33/22 37/9 39/3 39/14 39/24 60/4 60/9 61/3 62/8 62/9 62/20
hasn't [2] 25/6 25/9
have [102]
haven't [1] 13/24
having [1] 9/15
he [57]
he'd [1] 39/12
he's [7] 8/13 10/12 19/8 19/10 24/24 32/20 32/22
heading [1] 38/17
heard [1] 25/7
hearing [4] 3/17 5/18 5/19 7/18 9/15 9/22 11/2 13/22 22/10 23/19 25/7 40/18 40/23 61/19
held [6] 11/9 11/22 23/3 37/11 59/1 63/8
her [57]
here [28] 3/9 7/10 8/7 8/10 10/24 16/8 17/5 20/16 20/17 22/2 22/5 23/5 23/9 23/15 23/17 23/18 23/19 24/3 24/18 24/22 31/1 33/19 35/4 36/17 38/10 38/21 39/4 39/11 39/20 61/7
Here's [2] 30/20 59/8
hereby [1] 63/5
highlight [1] 40/16
him [31] 8/15 9/6 11/18 13/10 13/12 13/14 13/18 13/22 18/22 18/24 19/2 19/4 19/5 19/6 19/7 19/9 19/10 23/14 23/16 24/1 25/15 31/24 32/19 33/13 34/5 36/15 38/9 39/4 39/11 39/20 61/7
his [20] 11/18 16/17 18/25 19/9 21/3 21/4 22/4 22/24 24/20 38/6 39/12 39/14 39/19 39/20 59/14 59/24 61/2 61/7 61/7 62/17
hold [2] 16/16 20/22
holding [1] 21/25
honestly [1] 31/21
Honor [26] 3/8 3/11 5/16 6/4 6/5 7/14 10/17 10/19 13/1 17/10 22/11 28/19 31/6 32/7 32/16 34/6 36/2 36/12 37/3 37/8 37/19 38/14 39/2 62/7 62/22 62/23
honorable [3] 1/3 11/5 61/3
hope [2] 2/10 62/17
host [1] 39/1
hostage [2] 21/25 23/3
house [1] 31/22
Houston [9] 14/6 14/8 15/11 15/18 17/4 17/10 22/12 22/14 25/2
how [5] 17/1 18/16 27/13 34/8 35/5
HOWARD [1] 1/3
however [5] 12/15 16/16 23/20 24/5 60/19

husband [31] 4/7 6/16 9/3 9/8 12/23 13/2 13/16 18/13 18/12 18/22 22/24 23/4 23/25 23/8 24/22 25/8 25/15 25/14 26/3 26/7 26/9 26/10 26/13 26/23 29/5 30/13 32/19 34/19 39/9 61/24
husband's [1] 20/4
hypotheticals [1] 60/23

## I

I'd [1] 30/18
I'll [3] 10/8 19/25 20/22
I'm [45] 5/9 6/4 7/8 7/24 8/3 8/5 8/6 8/10 8/17 9/14 10/6 10/13 11/18 12/9 19/17 19/24 21/20 24/18 24/18 25/1 25/3 26/4 30/14 30/20 32/4 32/7 32/9 32/11 33/2 33/14 33/25 35/12 36/5 38/14 38/17 40/22 41/2 59/8 59/9 59/11 60/2 61/12 62/1 62/3 62/20
I've [5] 9/5 17/22 18/24 19/5 59/18
ICE [1] 23/24
identify [1] 36/11
identity [3] 35/19 37/16 37/17
ill [1] 39/11
immediately [1] 18/17
immigration [1] 23/21
impact [1] 28/7
impeded [1] 9/2
impediment [1] 36/25
implicated [1] 7/7
implicating [1] 24/14
implications [3] 4/3 4/10 27/21
implied [1] 21/20
impromptu [1] 33/4
improperly [1] 21/24
inappropriate [1] 7/20
incarcerated [1] 21/16
incarceration [1] 29/23
inclined [2] 33/3 34/7
include [1] 8/2
including [5] 7/10 9/24 12/6 22/18 30/23
inclusion [1] 28/15
independent [7] 18/1 18/25 19/3 21/12 26/11 26/11 31/8
independently [1] 11/1
indicated [1] 13/4
indicted [1] 4/11
indictment [8] 3/19 3/24 4/6 4/14 4/24 5/12 5/24 15/19
individual [2] 13/19 26/11
individuals [1] 4/15
inducement [1] 61/23
inevitably [1] 61/1
informally [1] 16/9
information [2] 8/19 61/9
informed [4] 19/6 30/11 33/10 61/24
inherent [1] 21/20
initially [1] 11/8
innocent [1] 30/8
inquiries [1] 12/8
inquiry [5] 6/9 26/2 33/4 35/15 37/9
insight [1] 7/21
institutional [1] 26/5
instruct [1] 60/9
instructed [1] 59/18
intend [1] 7/1
intends [1] 32/8
intention [1] 32/13
interest [4] 4/4 17/3 40/12 40/15
interests [1] 9/1 9/23 27/1 28/11
internet [1] 31/17
interpreter [4] 2/18 3/13 12/13 12/24
interview [6] 31/17 31/21 31/23 35/12 37/10 37/18

## I

**invaded [1]** 7/7
**invalidate [2]** 38/12 38/15
**investigation [5]** 5/5 15/18 15/21 15/23 16/3
**investment [1]** 15/4
**investments [1]** 14/15
**investor [1]** 14/12
**invoices [2]** 4/17 4/22
**involve [1]** 5/1
**involved [4]** 27/7 27/8 27/13 39/9
**involving [1]** 35/15
**is [139]**
**isn't [2]** 8/4 62/20
**issue [16]** 11/2 17/20 18/9 21/7 25/20 28/6 30/15 30/15 30/17 31/9 32/15 33/19 37/17 38/13 39/17 40/9
**issues [8]** 7/21 10/3 13/19 23/21 26/8 26/25 30/7 39/1
**it [79]**
**it's [11]** 7/20 9/17 14/21 22/6 23/16 25/11 35/17 36/17 36/18 40/2 40/11
**Item [1]** 3/4
**items [1]** 13/4
**its [45]** 33/16 33/22 36/8 40/15

## J

**Janet [1]** 11/14
**January [1]** 13/7 16/5 16/6 16/13 18/13 34/15 34/17
**job [2]** 29/10 61/7
**joint [1]** 17/2
**jointly [1]** 11/24 14/17 59/15
**journey [1]** 34/5
**judge [5]** 1/3 9/25 26/6 34/3 39/24
**Judicial [1]** 63/10
**jurisdiction [1]** 36/20
**jury [2]** 16/10 31/15
**just [25]** 5/24 8/6 8/11 8/12 10/19 10/20 12/11 16/11 16/18 17/17 18/10 23/1 25/1 26/19 26/20 29/1 29/25 31/12 31/20 33/10 35/13 37/8 37/18 38/19 60/23
**justice [7]** 9/20 22/8 33/7 37/5 39/17 40/12 59/16

## K

**keep [2]** 9/21 41/2
**keeping [1]** 32/12
**keesal [1]** 2/12
**kicked [1]** 37/5
**kind [3]** 14/4 15/1 33/3
**KL [6]** 4/9 4/13 5/8 11/12 11/13 11/14
**knew [1]** 26/14
**know [29]** 6/24 6/25 9/8 9/14 11/21 12/21 13/19 14/20 14/21 14/22 15/6 17/17 19/8 19/16 19/17 23/17 24/13 24/15 25/5 28/8 29/10 30/14 31/24 34/10 35/1 36/22 40/18 60/21 62/19
**known [2]** 4/9 34/13
**knows [4]** 4/21 10/12 19/17 31/21

## L

**language [7]** 6/24 12/13 12/17 12/24 20/25 25/1 60/6
**largest [1]** 24/7
**Larson [5]** 11/5 11/18 18/2 18/3 30/25
**Larson's [2]** 11/19 11/20
**last [2]** 9/15 27/24
**later [8]** 3/21 4/5 8/16 10/4 14/5 25/4 25/24 29/16
**latter [1]** 59/17
**laundering [3]** 4/1 5/8 5/11
**law [2]** 2/9 2/13 7/16 13/18 36/21

**lawful [1]** 16/15
**lawyer [32]** 8/13 8/14 8/15 8/23 8/23 8/25 9/4 9/10 9/19 9/12 9/18 10/7 10/9 12/22 12/22 13/13 13/17 20/3 20/4 21/3 21/4 26/7 26/22 26/23 28/9 29/15 29/19 30/12 31/1 60/22 60/25 61/7
**lawyers [4]** 6/11 29/15 30/23 38/6
**lead [1]** 7/4
**learn [1]** 61/2
**learns [1]** 61/1
**least [4]** 8/1 9/11 29/2 30/10
**leave [1]** 41/4
**lectern [2]** 6/7 8/14
**led [1]** 15/19
**Lee [1]** 11/14
**legal [1]** 38/11
**legally [1]** 14/2
**length [1]** 29/23
**less [4]** 4/4 14/2 27/7 27/17 39/2
**lesser [2]** 27/16 30/8
**let [10]** 3/16 10/10 11/12 11/16 18/16 24/15 18/11 31/24 33/2 37/25 40/23
**let's [4]** 26/19 29/1 30/2 62/16
**letter [1]** 20/6
**letting [1]** 22/4
**level [3]** 14/5 27/7 36/17
**Levine [2]** 11/14 30/25
**life [1]** 27/25
**light [1]** 7/18
**Lightbourne [1]** 39/25
**like [9]** 20/19 30/8 30/8 30/9 34/11 34/14 35/25 40/7 61/13
**likelihood [1]** 38/24
**limited [3]** 9/2 33/21 35/13
**listen [1]** 32/10
**listening [1]** 35/22
**little [4]** 25/24 29/10 30/18 37/20
**live [1]** 27/25
**lives [1]** 16/17
**location [1]** 38/7
**logan [1]** 2/12
**logistics [2]** 21/16 38/5
**long [3]** 2/14 34/8 35/5
**longer [1]** 29/8
**look [5]** 8/25 34/1 34/7 35/4 35/5
**looked [3]** 4/19 9/5 28/21
**looking [2]** 8/6 62/21
**looks [1]** 61/12
**LOS [7]** 1/17 1/24 2/6 2/11 3/1 17/6 17/7
**loss [1]** 29/24
**lost [2]** 36/16 36/16
**lot [4]** 8/20 26/5 30/22 38/1
**Luis [1]** 2/17

## M

**made [6]** 21/18 37/9 37/21 40/9 62/2 62/4
**make [17]** 3/20 7/9 8/9 9/22 19/13 24/16 24/21 33/10 34/8 39/7 40/5 59/12 61/8 61/12 61/21 61/25 62/18
**making [2]** 15/1 59/11
**manipulative [1]** 61/24
**many [3]** 6/10 17/1 18/16
**marc [2]** 2/13 10/23 31/3
**MARIA [2]** 1/11 3/5
**marital [1]** 40/1
**marriage [1]** 27/24 28/7 28/10
**materials [1]** 28/22
**matter [5]** 7/20 11/9 18/3 31/11 63/8
**matters [1]** 15/16
**MATZ [1]** 1/3
**may [27]** 4/12 4/13 4/21 6/24 8/16 10/6 10/10 10/19 24/5 24/5 25/4 25/23 28/20

28/24 29/6 29/16 34/13 36/8 37/8 39/23 40/9 40/16 40/19 59/17 59/17 60/16 61/13
**maybe [2]** 34/2 60/10
**MDC [3]** 17/11 17/14 18/5
**me [37]** 3/16 5/3 7/2 8/19 9/5 9/13 10/1 11/6 12/8 12/11 12/21 14/2 16/18 16/24 17/18 18/11 20/16 21/19 23/1 23/8 25/25 26/2 27/23 28/23 29/17 29/25 30/21 32/5 33/2 33/6 33/10 37/25 38/18 40/23 59/6 59/12 60/5
**mean [5]** 19/12 21/14 23/23 29/23 37/12
**meaningful [1]** 3/21
**meaningfully [1]** 4/4
**means [1]** 9/25
**mediation [6]** 14/7 14/7 14/9 14/10 15/12 15/24
**meet [1]** 31/24
**meeting [5]** 16/12 16/13 16/19 16/19 16/20
**meetings [1]** 18/5
**mentioned [3]** 15/22 37/10 59/19
**met [2]** 31/6 31/9
**Mexican [2]** 13/18 18/25
**Mexico [4]** 13/17 16/17 36/8 38/7
**michael [1]** 2/9
**might [3]** 25/25 29/23 33/5
**Mike [1]** 3/11
**mildly [1]** 23/14
**MILLER [23]** 2/4 3/9 5/20 6/20 7/18 7/20 12/6 13/9 16/23 20/20 22/3 22/7 24/12 30/19 30/22 31/24 32/4 33/2 37/13 37/14 38/1 59/2 60/20
**Miller's [1]** 26/18
**mind [2]** 28/21 34/10
**minor [1]** 39/8
**minute [2]** 18/11 35/21
**minutes [1]** 19/25
**mistrust [1]** 24/2
**moment [2]** 17/17 20/23
**money [6]** 4/1 5/8 5/11 29/12 29/15 29/24
**Montes [1]** 60/10
**month [2]** 5/2 5/7
**moot [1]** 23/25
**more [17]** 6/24 7/15 16/25 18/22 24/9 25/21 25/24 26/21 26/24 27/7 27/13 28/13 34/24 38/1 39/9 40/15 61/13
**morning [1]** 31/24
**most [1]** 32/18
**motion [8]** 5/20 5/22 5/25 59/9 59/10 59/24 62/1 62/8
**motivation [1]** 24/3
**Mr [86]**
**Mrazek [2]** 22/7 22/16
**Mrazek's [1]** 22/9
**Mrs [6]** 15/22 16/1 22/7 31/19 39/2 40/20
**Ms [30]** 3/22 4/20 5/9 6/15 8/13 11/1 18/14 20/1 20/16 21/25 22/11 22/16 22/23 23/23 24/17 26/5 26/20 26/20 27/23 29/1 30/3 30/4 30/24 31/5 31/6 31/25 40/4 59/14 59/25 61/22
**Ms. [1]** 30/25
**Ms. Levine [1]** 30/25
**much [3]** 4/4 8/17 14/2
**my [27]** 3/8 3/19 3/21 6/18 7/22 8/19 9/16 10/8 10/24 12/8 13/11 15/15 18/1 18/8 24/17 24/19 28/21 32/8 32/13 35/22 37/15 37/18 40/4 40/14 59/20 60/8 62/8
**myself [1]** 7/23

## N

**name [6]** 3/8 5/14 13/19 22/9 31/2 41/3

# N

**named [3]** 3/25 4/7 5/11
**names [1]** 5/8
**necessarily [3]** 30/16 40/19 61/21
**necessary [2]** 6/21 38/4
**need [5]** 10/9 10/11 35/4 61/16 62/19
**needs [2]** 3/17 30/18
**neither [2]** 15/23 28/15
**never [2]** 15/22 25/16
**new [1]** 29/19
**next [2]** 13/3 59/24
**NIRENBERG [2]** 1/23 63/15
**no [24]** 1/9 6/5 6/12 6/13 10/17 11/13
13/1 19/19 21/1 21/5 21/10 23/21 24/1
24/5 24/9 24/15 28/12 29/8 30/4 34/6
59/12 61/25 62/7 63/15
**non [2]** 25/1 25/1
**non-court [1]** 25/1
**non-fancy [1]** 25/1
**None [1]** 30/24
**Noonan's [1]** 39/24
**NORIEGA [2]** 1/11 3/6
**North [2]** 1/24 2/5
**not [80]**
**notes [1]** 8/7
**nothing [2]** 29/16 31/21
**notice [2]** 6/10 12/12
**now [33]** 5/23 6/6 6/10 6/18 8/19 9/7
10/6 10/11 12/4 12/9 14/6 16/14 16/25
18/10 19/23 20/16 21/18 24/1 25/7
25/10 25/16 28/23 30/22 31/22 32/4 33/2
33/15 34/2 35/11 37/1 40/24 60/17 61/25
**number [3]** 3/4 5/10 22/17
**numerous [1]** 4/17

# O

**objectives [1]** 24/7
**observation [1]** 10/8
**obvious [1]** 23/13
**obviously [1]** 17/23
**occasion [1]** 21/9
**occasionally [1]** 26/8
**occasions [1]** 19/6
**occur [2]** 5/7 32/12
**occurred [1]** 59/3
**oceangate [1]** 2/13
**OCTOBER [1]** 63/12
**off [1]** 20/22
**offense [1]** 26/4
**office [5]** 2/3 22/14 22/16 37/15 37/18
**Official [1]** 1/23
**Oh [1]** 31/14
**Okay [22]** 10/18 11/17 11/21 12/17 13/3
14/24 15/7 15/17 16/24 16/24 18/10
19/15 20/9 21/23 23/1 23/7 24/4 30/6
32/1 32/3 36/6 59/2
**once [2]** 33/23 35/3
**one [27]** 4/16 6/12 6/13 7/3 8/22 8/24
8/24 10/19 13/3 16/18 21/13 21/23 22/17
26/25 30/15 32/9 33/4 33/21 35/18 35/24
39/2 39/15 40/6 60/3 60/16 60/22 61/21
**ongoing [3]** 16/3 22/10 31/4
**only [12]** 4/13 21/12 22/7 22/17 25/13
27/12 28/4 31/1 32/17 32/22 35/2 60/14
**oOo [1]** 41/6
**open [2]** 7/16 59/1
**opportunity [2]** 30/21 39/4
**opposed [1]** 39/8
**opposing [1]** 21/25
**opposition [2]** 5/22 5/25
**order [4]** 3/20 22/2 34/3 61/6
**ordered [1]** 41/5
**ordering [1]** 60/3
**ordinarily [1]** 27/17
**other [23]** 4/14 4/15 4/17 4/22 7/11
13/13 16/18 18/18 21/8 22/1 25/17 26/24
27/1 27/14 28/13 29/9 30/9 30/22 30/23
33/6 40/25 59/11 61/13
**other's [1]** 26/14
**others [2]** 34/2 59/21
**otherwise [1]** 29/24 33/12
**our [1]** 35/25
**out [14]** 8/25 9/9 9/21 22/4 22/19 24/18
25/8 31/16 31/22 32/17 34/5 40/18 40/19
40/22
**outcome [1]** 27/5
**outset [2]** 8/1 24/6
**outside [8]** 13/9 16/23 20/20 24/12
26/17 30/19 40/24 59/21
**over [11]** 5/1 5/7 10/4 10/24 15/9 28/21
31/7 31/23 37/11 40/11 60/22
**overlay [1]** 28/16
**overt [6]** 4/16 4/17 4/23 5/9 5/10 5/10
**own [2]** 9/18 40/15
**owned [2]** 11/25 12/1

# P

**P.M [2]** 1/19 3/2
**pace [1]** 33/8
**page [1]** 63/9
**pages [2]** 41/5 61/1
**paid [2]** 24/22 29/9
**papers [1]** 13/4 38/19
**paperwork [1]** 37/3
**part [6]** 6/3 22/10 25/13 40/21 40/23
59/6
**parte [3]** 5/17 5/24 62/3
**participant [3]** 17/24 39/8 39/9
**participants [1]** 9/24
**participating [1]** 21/8
**particular [4]** 10/16 11/15 14/13 15/9
**particularly [2]** 60/25 61/9
**parties [1]** 4/2
**partner [1]** 15/15
**parts [1]** 60/14
**pass [1]** 25/17
**passage [4]** 34/13 34/25 35/2 35/2
**passport [2]** 37/11 37/16
**pay [1]** 24/23
**paying [2]** 29/11 29/14
**penalty [1]** 27/18
**pending [4]** 3/23 15/18 15/21 22/1
**people [5]** 6/11 7/10 10/20 12/6 30/22
**period [6]** 5/2 5/6 5/7 14/15 15/9 15/23
**permanent [1]** 16/15
**permissible [1]** 14/2
**permit [6]** 29/3 34/5 34/13 35/1 35/7
40/5
**permitted [1]** 32/2
**person [4]** 10/25 27/14 27/16 33/21
**personal [1]** 19/21
**persons [1]** 26/12
**phone [1]** 18/23
**physical [1]** 21/16
**physically [1]** 14/1
**pick [1]** 9/18
**place [3]** 25/3 33/13
**placed [1]** 23/10
**plain [1]** 6/24
**PLAINTIFF [2]** 1/8 2/3
**planning [2]** 60/11 61/24
**plea [1]** 39/13
**please [5]** 3/7 6/7 24/11 30/2 40/24
**plunge [1]** 12/11
**point [18]** 7/3 9/16 10/9 10/16 12/5 12/7

15/22 19/25 21/6 23/5 29/7 32/17 32/21
34/6 35/8 36/23 38/17 38/18
**pointing [1]** 30/9
**popped [2]** 25/5 28/21
**portion [2]** 32/12 59/2
**position [8]** 8/3 22/3 29/3 33/15 35/14
39/12 40/2 62/18
**possession [1]** 33/23
**possibility [3]** 22/20 29/6 34/9
**possible [4]** 22/18 29/2 33/13 61/4
**possibly [3]** 29/4 29/4 38/7
**potential [7]** 4/3 4/15 17/2 27/21 28/6
28/16 31/7
**power [1]** 23/4
**practical [1]** 38/1
**Practices [2]** 4/25 5/6
**pre [1]** 22/20
**pre-trial [1]** 22/20
**precedent [1]** 36/19
**precise [1]** 19/24
**precisely [2]** 7/2 17/18
**prefatory [1]** 7/8
**prefer [1]** 12/7
**prejudice [3]** 59/9 62/2 62/4
**preliminary [2]** 26/2 60/10
**prepared [12]** 7/13 7/16 7/17 11/3 13/22
24/9 24/23 29/11 30/14 30/19 34/2 34/22
**preparing [1]** 36/1
**presence [5]** 7/9 26/18 59/21 61/10
61/15
**present [9]** 2/17 7/18 11/4 12/25 14/1
17/16 17/18 17/24 32/2
**presented [1]** 39/2
**presenting [1]** 11/6
**presumably [1]** 12/13
**presumptively [1]** 27/17
**pretty [1]** 27/23
**price [2]** 24/21 24/23
**primarily [2]** 6/8 6/14 24/17
**principle [1]** 14/2
**privately [2]** 10/10 16/9
**privilege [2]** 7/6 7/12
**probable [1]** 35/3
**probably [3]** 18/22 29/14 38/16
**problem [2]** 24/1 24/2
**procedural [2]** 3/16 35/14
**proceed [5]** 3/17 6/8 7/13 33/8 59/24
**proceeding [7]** 6/2 6/12 6/13 8/16 10/16
15/14 59/3
**proceedings [6]** 1/16 33/18 37/1 37/7
62/25 63/8
**process [2]** 37/4 37/6
**produce [1]** 62/12
**produced [1]** 62/13
**prompt [1]** 61/8
**promptly [1]** 61/17
**pronounced [1]** 5/14
**properly [1]** 61/7
**property [3]** 27/22 28/2 28/3
**propose [2]** 6/14 7/7
**proposing [1]** 35/11
**propriety [1]** 35/14
**prosecuted [1]** 25/18
**prosecution [4]** 4/12 5/5 7/10 22/10
**prosecutor [2]** 22/8 22/13
**protect [2]** 10/2 10/2
**protected [1]** 9/25
**protecting [1]** 40/15
**provide [3]** 22/1 29/8 60/5
**provided [6]** 7/19 19/23 20/1 20/10
20/12 20/24
**provisions [2]** 34/12 34/13
**public [3]** 9/25 14/19 21/19

**P**

**public's** [1] 10/2
**purpose** [4] 7/11 31/7 33/21 35/15
**purposes** [5] 6/2 16/8 31/20 33/7 33/9
**pursuant** [1] 63/5
**pursue** [2] 35/18 39/13
**pursued** [1] 27/1
**pushed** [1] 62/20
**put** [7] 23/14 25/1 34/15 34/16 37/25 59/22 62/16
**putting** [6] 6/23 22/5 22/6 28/13 30/7 39/17

**Q**

**qualify** [1] 37/3
**quasi** [1] 14/15
**question** [8] 13/3 17/2 18/11 20/2 28/24 33/11 33/15 37/25
**questioning** [1] 16/9
**questions** [15] 3/21 6/8 6/14 6/21 7/1 7/8 7/9 9/7 10/12 10/14 10/15 16/25 25/4 35/22 62/6
**quick** [2] 34/5 34/5
**quick-in** [1] 34/5
**quick-out** [1] 34/5
**quickly** [1] 28/22
**quite** [2] 18/18 31/21

**R**

**raise** [1] 32/6
**raises** [1] 26/8
**rare** [1] 60/16
**reach** [2] 23/4 59/17
**read** [3] 5/23 16/14 61/18
**real** [1] 39/1
**really** [6] 8/4 24/13 24/16 59/4 61/14 61/16
**reason** [2] 25/6 27/24
**reasons** [4] 19/20 35/18 37/22 39/18
**recall** [2] 18/3 19/1
**recitals** [1] 61/4
**recite** [2] 3/16 3/22
**recited** [2] 5/24 6/2
**recognize** [2] 6/11 6/12
**recollection** [1] 18/8
**recommendations** [1] 39/6
**record** [7] 5/3 6/3 29/4 33/10 40/5 40/10 59/10
**refer** [2] 11/18 26/9
**referred** [7] 4/9 4/14 4/23 5/9 24/20 30/23 59/20
**referring** [3] 21/21 26/4 32/19
**reflection** [1] 39/25
**refrain** [2] 33/12 33/16
**regardless** [1] 26/22
**regulations** [1] 63/10
**regulatory** [2] 14/11 14/18
**related** [3] 7/21 14/22 26/23
**relates** [1] 28/5
**relationship** [2] 31/4 40/1
**release** [3] 21/25 22/2 22/22
**relented** [1] 37/23
**relevant** [2] 16/21 32/22
**remain** [6] 29/4 32/2 59/4 59/5 59/24 62/9
**remarks** [1] 10/8
**remotely** [1] 36/14
**removed** [1] 8/15
**repeatedly** [1] 19/6
**replaced** [1] 9/11
**reported** [1] 63/7
**Reporter** [1] 1/23
**REPORTER'S** [1] 1/16

**represent** [7] 13/10 13/11 19/9 19/10 25/19 39/12 39/20
**representation** [8] 17/2 18/13 21/7 21/12 29/8 33/11 39/12 40/6 59/13
**representations** [1] 21/19
**representative** [2] 38/8 60/20
**represented** [5] 11/8 11/14 11/16 31/12 31/18
**representing** [9] 11/7 11/24 13/5 13/14 15/12 15/13 16/2 34/12 34/19
**represents** [2] 13/18 30/24
**request** [2] 30/12 62/9
**requested** [1] 38/23
**require** [5] 10/4 29/17 33/25 59/5 59/6
**requirement** [1] 7/2
**research** [2] 33/19 34/14
**resident** [1] 16/15
**resisting** [1] 22/1
**resolution** [1] 22/18
**resolve** [1] 14/23
**respect** [1] 11/2 16/18
**respond** [4] 6/22 12/8 16/12 24/25
**responding** [1] 35/22
**responsible** [3] 14/14 27/13 27/16
**restricted** [1] 9/1
**result** [3] 5/4 27/6 59/23
**resulted** [1] 61/22
**retired** [1] 11/5
**return** [1] 10/7
**returned** [1] 5/12
**reviewed** [2] 20/7 20/11
**right** [45] 3/14 6/6 6/17 6/20 6/21 6/22 6/24 8/8 8/18 8/23 8/25 9/1 9/17 9/18 9/18 9/19 9/21 9/21 10/3 10/11 10/13 10/24 12/4 12/4 12/9 16/3 16/15 20/6 21/18 21/21 21/22 23/22 24/15 25/23 29/21 30/24 33/12 33/13 33/15 33/17 34/2 36/24 60/17 62/19 62/24
**rights** [8] 8/17 8/21 8/22 10/2 11/1 11/9 19/9 22/24 36/19
**road** [4] 14/25 20/23 27/23 29/16
**Robertson** [1] 15/15
**Rodriguez** [1] 2/17
**Rodriguez-Villa** [1] 2/17
**room** [3] 22/15 41/4 59/21
**Rule** [7] 5/19 6/9 7/17 11/2 13/22 20/7 20/13
**rules** [2] 9/22 10/12
**ruling** [2] 32/15 40/16
**rushing** [1] 15/25

**S**

**safe** [4] 34/13 34/25 35/1 35/2
**said** [9] 11/22 13/24 17/17 22/4 22/12 22/16 28/24 32/14 38/10
**sake** [1] 38/20
**same** [4] 11/26/7 26/22 26/23
**sanctity** [1] 39/25
**saw** [5] 13/4 13/24 22/9 35/25 61/19
**say** [6] 16/18 17/5 30/14 34/3 37/12 38/3
**saying** [3] 10/13 36/25 61/12
**scenario** [1] 37/20
**scheduled** [1] 14/9
**scheme** [1] 26/15
**screen** [1] 37/16
**script** [1] 8/7
**sealed** [5] 6/13 32/13 41/5 59/4 59/5
**SEC** [3] 14/22 14/23 15/15
**second** [3] 8/6 8/11 17/19
**secondly** [3] 21/15 36/18 39/4
**Section** [1] 63/5
**secured** [1] 12/21
**see** [4] 6/3 11/17 34/1 35/21

**seek** [3] 18/24 19/2 19/8
**seeking** [1] 5/18
**seem** [1] 29/10
**sense** [1] 36/10
**sentence** [1] 27/6
**sentencing** [1] 39/6
**separate** [4] 4/17 5/1 21/12 26/11
**separately** [5] 26/3 26/14 59/14 59/14 60/7
**SEPTEMBER** [6] 1/18 3/1 3/20 5/13 5/14 5/20
**series** [1] 60/23
**serve** [1] 59/25
**served** [1] 60/21
**set** [4] 7/5 7/5 35/25 38/6
**seven** [3] 3/25 4/1 5/11
**sever** [1] 29/17
**several** [3] 5/6 15/9 35/18
**several-year** [1] 15/9
**severe** [1] 27/17
**seyfarth** [1] 2/9
**shall** [1] 38/3
**shaw** [1] 2/9
**she** [27] 3/12 4/20 4/21 5/11 8/10 12/15 17/5 17/9 17/11 17/12 20/17 22/10 22/11 22/19 22/23 24/21 25/2 25/6 25/6 25/8 25/17 25/18 31/8 31/21 31/22 31/22 37/11
**she's** [7] 17/7 17/8 25/2 25/5 25/6 25/7 31/21
**shift** [1] 18/10
**shortly** [1] 60/8
**should** [12] 16/23 19/4 19/8 32/1 35/18 38/24 39/7 40/1 40/17 41/4 60/10 60/20
**show** [1] 33/21
**shown** [1] 25/9
**shows** [1] 25/9
**side** [2] 23/21 28/15
**sides** [1] 62/19
**signatures** [1] 61/19
**signed** [4] 4/21 20/17 21/2 60/7
**significant** [1] 25/20
**signing** [1] 4/22
**simple** [1] 25/12
**simply** [1] 33/21
**since** [10] 13/5 13/7 16/5 16/6 17/5 17/7 17/10 18/13 18/18 31/22
**single** [1] 26/24
**sits** [1] 20/16
**sitting** [1] 10/23
**situation** [1] 25/4
**situations** [2] 30/8 39/16
**Six** [1] 4/1
**skeptical** [1] 19/20
**skimpy** [1] 5/4
**Skype** [4] 31/23 37/10 37/11 37/17
**SL** [6] 4/9 4/13 5/8 11/11 11/13 11/13
**slap** [1] 19/18
**small** [1] 32/22
**snapped** [1] 23/10
**so** [53]
**sole** [1] 4/8
**solid** [1] 35/8
**some** [17] 3/21 6/11 8/7 9/2 10/12 15/1 16/3 16/24 27/24 28/18 33/3 36/21 38/7 39/23 40/2 59/20 59/21
**someone** [2] 9/2 17/25
**someplace** [2] 14/6 36/10
**something** [27] 8/4 13/21 13/25 16/14 16/23 19/5 19/7 20/15 24/14 24/15 24/16 26/17 28/9 30/17 34/11 34/14 34/24 35/13 35/17 35/25 36/1 36/7 36/15 37/5 38/15 61/1 61/22

**S**

sometimes [1] 29/17
somewhat [1] 25/24
sorry [2] 36/5 41/2
sort [1] 26/1
sorted [1] 28/17
sought [1] 34/23
south [2] 2/10 40/6
SPANISH [7] 2/18 3/13 12/13 12/14
12/24 59/23 60/6
spans [1] 5/5
speak [8] 8/8 8/12 10/9 12/14 12/15
25/14 30/21 34/3
speaking [1] 10/7
special [1] 33/20
specifically [1] 26/16
specified [1] 14/15
spouse [3] 21/8 21/13 30/8
spouses [2] 21/7 28/11
Spring [2] 1/24 2/5
stage [2] 26/2 35/14
stake [1] 28/11
stakes [1] 37/20
stand [3] 9/8 20/16 59/8
standard [2] 6/9 30/7
standing [2] 8/13 38/21
start [5] 26/20 29/1 30/2 33/14 40/11
started [1] 22/7
starting [3] 9/13 9/16 9/21
state [1] 3/7
stated [1] 38/19
STATES [15] 1/1 1/7 2/3 3/9 8/20 8/21
16/15 19/3 22/25 33/24 34/20 36/9 38/25
63/6 63/10
status [4] 4/19 5/18 16/16 16/25
statute [1] 4/25
stay [4] 9/4 9/6 39/14 39/18
stenographically [1] 63/7
step [1] 59/24
Stephen [1] 11/5
steps [1] 38/4
Steven [1] 11/13
still [3] 10/6 13/10 25/18
story [1] 27/25
Street [3] 1/24 2/5 2/10
strikes [1] 27/23
strong [1] 39/11
subject [2] 15/24 62/11
submit [1] 37/19
submitted [4] 6/1 9/5 37/4 37/6
submitting [1] 36/20
subpoena [2] 23/4 31/15
subsequently [1] 22/19
such [2] 8/2 9/2
sudden [1] 25/5
sufficient [3] 60/17 60/18 60/1
suggests [1] 9/6
suite [2] 2/10 2/14
supplement [1] 6/22
support [1] 40/2
sure [6] 8/10 9/22 19/19 24/21 32/7 32/9
surprise [1] 18/18
surprised [1] 15/25
surprises [2] 61/5 61/5
surrender [1] 25/15
system [1] 9/20

**T**

table [1] 22/19
take [7] 19/21 25/3 26/4 28/8 34/8 35/5
39/25
taken [3] 9/19 22/15 28/3

talk [1] 34/2
talked [1] 22/17
target [1] 15/24
team [2] 22/4 59/14
teleconference [1] 36/5
telephone [2] 13/20 35/13
telephonic [5] 13/21 18/20 18/21 33/3
35/11
telephonically [1] 18/23
tell [11] 7/2 8/16 8/17 12/8 13/20 17/18
26/2 28/23 29/25 33/6 38/18
telling [1] 25/25
temporarily [2] 62/10 62/11
ten [2] 10/25 35/7
terms [7] 20/6 22/18 25/16 25/20 26/16
27/21 38/13
terrible [1] 27/25
testimony [1] 61/18
Texas [1] 14/7
than [9] 6/24 8/17 24/9 25/17 25/21
27/13 38/1 39/3 40/25
Thank [2] 62/22 62/23
that [288]
that's [19] 6/1 9/14 14/8 16/21 18/25
21/15 22/6 23/2 23/14 24/14 26/5 32/21
35/4 35/13 38/10 38/16 38/23 40/15
40/18
their [14] 14/14 24/6 24/7 25/13 27/22
27/22 28/5 29/15 29/15 36/19 38/6 39/5
61/4 61/7
them [8] 11/17 21/21 27/25 30/24 34/14
59/15 59/20 60/9
then [9] 3/17 5/11 22/15 29/18 31/23
40/11 60/9 60/11 61/16
theories [2] 8/1 8/2
there [47]
there's [2] 20/20 36/21
these [11] 4/22 13/4 14/23 19/6 25/3
26/6 27/21 28/22 30/9 33/18 36/14
they [22] 5/1 11/23 14/13 15/3 15/10
21/10 25/12 25/12 25/14 25/16 26/7
26/22 27/13 27/25 28/1 28/1 29/11 29/14
37/2 40/7 40/7 40/8
they challenge [1] 40/8
they're [1] 62/13
thin [1] 5/3
thing [5] 9/15 10/19 16/18 22/12 32/17
things [6] 9/8 18/18 22/18 32/9 40/6
60/22
think [38] 3/20 4/2 4/10 5/3 7/15 7/20
7/22 7/25 10/11 10/11 12/5 12/7 16/21
16/22 19/21 20/9 25/20 25/21 26/1 26/9
30/17 30/18 30/20 32/1 33/15 33/22 35/8
35/17 36/17 36/18 36/23 38/16 39/24
59/4 59/19 60/19 61/19 62/16
this [82]
those [7] 7/9 7/22 8/2 10/14 21/19
26/16 29/25 34/13 34/22 39/16 60/16
61/21
though [1] 8/19
thought [3] 28/18 28/21 40/12
thousands [1] 60/25
three [3] 17/5 17/13 18/22
threshold [2] 33/11 35/15
through [6] 4/24 20/14 28/17 37/4 60/14
61/23
throwing [1] 22/19
THURSDAY [2] 1/18 3/1
thus [1] 4/20
time [15] 10/5 12/20 12/23 13/25 14/15
15/17 15/23 16/3 17/10 18/2 21/13 29/18
31/10 34/23 62/13
times [4] 17/1 17/5 18/16 18/22

Title [1] 63/6
today [7] 1/3 13/20 31/9 33/4 35/10
35/12 38/21 60/4 60/15
today's [1] 59/3
together [3] 17/20 34/15 34/17
told [5] 12/21 19/4 23/1 23/5 26/19
too [2] 14/25 37/21
totally [1] 61/3
touched [1] 60/14
transactions [1] 4/18
transcript [6] 1/16 22/9 32/11 59/3 63/7
63/9
transfers [1] 5/1
transmission [1] 36/10
trial [5] 5/5 10/1 11/6 22/1 22/20
tried [2] 38/25 40/16
trigger [1] 30/16
triggered [1] 15/1
true [1] 61/3
try [1] 36/14
trying [10] 11/5 19/18 24/18 24/18 25/1
33/19 34/15 34/16 40/17 61/6
tune [1] 15/8
turn [1] 40/4
two [9] 4/1 4/8 4/24 18/22 26/21 26/24
27/12 27/12 61/20

**U**

U.S [7] 1/3 1/23 2/4 22/13 22/15 25/15
38/8
under [7] 4/25 10/1 11/1 14/21 37/1 37/2
39/15
underlying [1] 4/25
undermine [1] 9/20
understand [15] 8/18 9/16 11/16 14/3
19/15 19/19 19/21 19/22 22/3 24/14
24/23 26/10 28/12 29/13 33/1
understanding [5] 3/19 6/17 6/18 11/19
23/2
understands [8] 8/10 10/9 19/16 19/17
23/9 24/18 24/21 25/22
unified [1] 25/21
unindicted [1] 4/11
UNITED [15] 1/1 1/7 2/3 3/9 8/20 8/21
16/15 19/3 22/25 33/24 34/20 36/9 38/25
63/6 63/10
unless [1] 22/5
unseal [1] 59/6
until [1] 22/4
up [18] 3/17 7/5 7/5 8/6 22/15 23/10 25/9
25/9 26/6 29/7 33/21 35/25 37/11 38/6
40/22 60/9 60/23 62/12
upheld [2] 40/10 40/11
upon [3] 18/17 28/7 32/14
upstairs [2] 10/25 22/13
us [2] 10/24 15/25
USA [1] 3/4
using [1] 10/6

**V**

varied [1] 17/18
various [1] 10/20
verified [2] 36/10 37/15
verifying [1] 35/19 35/23 37/17
verifying identity [1] 37/17
version [1] 23/2
versus [1] 3/5
very [9] 5/3 25/19 25/20 29/6 29/10
29/11 29/11 40/10 60/8
video [7] 35/16 36/5 38/4 38/10 60/2
60/11 62/13
view [1] 23/8
Villa [1] 2/17

## V

**visa [1]** 25/21
**visually [1]** 36/11
**vital [1]** 28/10
**VTC [2]** 36/2 36/6

## W

**wait [2]** 35/21 40/24
**waiting [1]** 22/13
**waive [1]** 22/24
**waived [1]** 7/7
**waiver [8]** 7/11 19/24 20/6 20/13 20/17
32/24 38/23 60/17
**waivers [2]** 59/23 60/6
**want [28]** 3/22 6/7 7/5 8/6 8/9 8/18 9/6
9/15 10/15 14/24 16/11 17/16 21/15
24/15 24/20 25/12 25/12 25/14 26/7
26/22 28/9 32/5 32/6 34/1 38/1 38/18
40/21 61/7
**wanted [4]** 23/18 34/19 34/23 37/2
**wants [5]** 8/14 8/15 9/4 9/10 39/18
**warrant [4]** 16/1 33/22 34/23 35/2
**was [56]**
**wasn't [1]** 36/15
**way [14]** 7/24 21/15 22/5 22/6 26/5 26/5
28/1 28/14 37/1 37/2 39/12 62/15 62/16
62/16
**we [43]** 3/17 7/16 7/19 8/11 8/11 12/5
13/21 14/5 15/24 17/4 17/14 18/17 18/19
22/15 28/4 31/16 31/22 32/19 34/10
34/14 34/15 34/22 34/23 34/24 35/3 35/8
35/21 36/11 36/11 36/11 36/17 36/18
37/11 37/15 37/21 38/9 38/9 38/16 38/23
40/11 59/8 60/2 62/13
**we'll [1]** 9/8
**we're [6]** 7/17 9/15 22/4 30/20 38/10
62/24
**we've [3]** 20/11 23/1 26/7
**well [28]** 3/15 4/13 7/25 11/8 13/23
15/20 16/22 17/22 18/9 18/25 19/11 20/9
20/19 20/21 21/4 23/23 25/11 25/23
29/11 30/12 32/1 34/16 35/9 35/24 39/23
40/14 40/21 61/8
**went [6]** 14/6 14/8 15/11 15/17 37/18
60/22
**were [23]** 6/18 6/19 7/16 8/11 15/10
15/12 15/18 22/15 27/5 29/19 29/22
31/16 33/9 34/7 34/11 34/15 34/16 34/22
37/22 38/3 38/20 59/21 61/20
**WESTERN [1]** 1/2
**what [57]**
**what's [5]** 8/10 10/13 15/4 31/2 35/13
**whatever [6]** 12/23 28/1 29/17 32/15
38/12 39/18
**when [12]** 15/11 15/24 16/19 22/11
28/21 34/10 34/11 34/14 34/15 34/18
37/12 59/20
**where [17]** 9/8 12/5 12/7 22/16 26/21
26/24 28/10 30/20 33/18 33/20 33/20
38/16 39/18 59/8 60/12 60/16 60/25
**whereabouts [1]** 24/7
**wherever [1]** 60/13
**whether [11]** 4/21 13/25 14/21 20/2 20/3
26/2 26/22 26/25 29/25 30/12 33/6
**which [16]** 5/3 7/15 11/9 11/22 14/14
15/5 23/13 25/20 26/14 28/15 30/15
30/17 31/21 38/6 60/14 62/12
**while [1]** 13/25
**who [40]** 4/9 4/11 4/21 10/20 10/23
10/24 10/25 11/5 11/7 11/18 11/19 11/21
13/16 13/17 14/16 15/10 15/12 15/15
17/16 17/17 17/19 17/19 17/20 17/23

17/24 18/2 18/2 18/12 22/7 23/4 26/23
27/7 27/7 27/13 35/19 45/21 45/23 61/6
62/19 62/20
**who's [1]** 8/25
**whoever [3]** 29/14 29/15 59/13
**whole [3]** 17/9 30/22 39/1
**wholesale [1]** 61/12
**wholly [1]** 26/10
**whom [1]** 30/23
**whose [1]** 28/2
**why [5]** 9/14 16/21 25/10 34/1 37/21
**wife [11]** 16/17 18/14 21/4 26/3 26/7
26/9 26/14 26/23 39/14 39/19 39/20
**will [23]** 4/5 7/1 7/11 8/1 8/8 8/24 10/10
10/11 11/5 11/6 13/19 14/5 24/25 29/14
32/11 32/12 34/24 35/3 35/9 39/14 59/4
60/19 62/13
**willing [3]** 22/23 33/9 34/4
**wind [1]** 26/6
**wire [1]** 5/1
**wisely [1]** 29/7
**without [7]** 9/1 10/3 25/25 36/20 59/9
62/2 62/4
**witness [1]** 15/24
**woman [1]** 27/23
**won't [3]** 20/22 24/4 35/12
**words [3]** 10/6 28/13 29/9
**work [1]** 31/16
**working [2]** 6/18 18/2
**would [88]**
**wouldn't [1]** 24/6
**writing [6]** 20/1 20/18 20/24 21/1 21/2
59/22
**writings [2]** 61/20 61/21
**written [5]** 19/23 19/24 59/23 60/5 60/6
**wrong [2]** 10/5 28/20
**wrote [2]** 8/7 61/18
**www.cindynirenberg.com [1]** 1/25

## Y

**Yeah [1]** 62/15
**year [1]** 15/9
**years [2]** 5/6 10/25
**yes [26]** 10/22 12/3 12/10 13/12 13/15
13/24 14/20 17/15 18/6 18/15 21/14
21/16 23/6 27/3 27/9 27/15 27/19 28/20
30/5 31/3 31/11 31/20 32/16 33/1 36/6
37/14
**yesterday [1]** 5/21
**yet [2]** 59/19 61/16
**you [151]**
**you and [1]** 34/1
**you'd [2]** 8/23 34/1
**you'll [1]** 62/4
**you're [2]** 29/9 38/11
**you've [12]** 12/20 12/21 12/23 12/24
13/4 17/13 21/6 21/18 23/1 29/25 30/2
60/21
**young [2]** 2/12 27/23
**your [88]**

## Z

**zweiback [27]** 2/9 3/12 4/4 5/14 5/16
5/17 5/21 5/21 6/6 9/21 10/16 12/5 28/14
30/6 32/10 32/23 34/11 34/18 35/11 39/7
40/25 59/13 59/18 60/4 61/6 62/4 62/17
**Zwieback's [3]** 39/20 40/2 62/9
**Zwieback [1]** 59/10