# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR10-01031(A)-AHM |
| Date | March 23, 2011 |

Present: The Honorable  A. HOWARD MATZ

Interpreter  N/A

| Stephen Montes | Cindy Nirenberg | Douglas Miller |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (2) Angela Maria Gomez Aguilar | √ | | | Molly Weber | | | √ |
| (3) Lindsey Manufacturing Company | | | | Jan L. Handzlik | | | √ |
| (4) Keith E. Lindsey | | | √ | Jan L. Handzlik | | | √ |
| (5) Steve K. Lee | | | √ | Janet Levine | | | √ |

**Proceedings:**  IN CHAMBERS (No Proceedings Held)

The Court ORDERS the Government to provide the following items to defense counsel, forthwith.

1. The first two unnumbered pages and pages 1 - 4 of the document the Government filed on March 23, 2011 under seal and *in camera* entitled "Ex Parte, In Camera Response to Court Order Regarding Email."  Docket Entry 329.

2. Attachment G of DE 329.

3. Attachment H of DE 329.

4. Attachment K of DE 329.

|  | : |
|---|---|
| Initials of Deputy Clerk | SMO |

cc: **USMO, USPO, PSA**