# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CR10-01031(A)-AHM | Date | April 14, 2011 |
| Present: The Honorable | A. HOWARD MATZ | | |
| Interpreter | Elisa Cabal and Maria Virginia Dicono (Spanish) | | |

| Stephen Montes | Victoria Valine/Cindy Nirenberg | Douglas Miller, AUSA<br>Jeffrey Goldberg, DOJ<br>Nicola Mrazek, DOJ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (2) Angela Maria Gomez Aguilar | √ | √ | | Stephen Larson<br>Molly Weber | √<br>√ | | √<br>√ |
| (3) Lindsey Manufacturing Company<br>(4) Keith E. Lindsey | √<br>√ | | √ | Jan Lawrence Handzlik<br>Matthew B. Hayes<br>Grace Tse | √<br>√<br>√ | | √<br>√<br>√ |
| (5) Steve K. Lee | √ | | √ | Janet Levine<br>Martinique Busino | √<br>√ | | √<br>√ |

| | Day COURT TRIAL | 8th | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|
| | One day trial; | Begun (1st day); | X | Held & continued; | Completed by jury verdict/submitted to court. |

- The Jury is impaneled and sworn.
- Opening statements made
- **X**  Witnesses called, sworn and testified.
- **X**  Exhibits identified     **X**  Exhibits admitted
- Government rests.      Defendant(s) _____ rest.
- Motion for mistrial by _____ is _____ granted _____ denied _____ submitted
- Motion for judgment of acquittal (FRCrP 29) _____ is _____ granted _____ denied _____ submitted
- Closing arguments made     Court instructs jury     Bailiff sworn
- Alternates excused     Jury retires to deliberate     Jury resumes deliberations
- Finding by Court as follows:     Jury Verdict as follows:
- Dft # _____ Guilty on count(s) _____     Not Guilty on count(s) _____
- Jury polled     Polling waived
- Filed Witness & Exhibit lists     Filed Jury notes     Filed Jury Instructions     Filed Jury Verdict
- Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.
- Dft # _____ remanded to custody.     Remand/Release# _____ issd.     Dft # _____ released from custody.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

|   | Bond exonerated as to Dft # |
|---|---|
| X | Case continued to  April 15, 2011 at 8:00 a.m.  for further trial/further jury deliberation. |
| X | Other: The Court GRANTS the ex Parte Application for an Order Shortening Time to File and Serve Defendant Steve K. Lee's Motion for Reconsideration of Court's Order Granting the Limited Admission of Jean-Guy Lamarche Correspondence Based on Changed Circumstances [405].  The Court orders the Government to file their opposition to (1) Defendant Steve Lee's Motion for Reconsideration of Order Granting Limited Admission of Jean-guy Lamarche Correspondence  Based on Changed Circumstances [Docket Entry 404] and (2) the Motion *in Limine* to Exclude Evidence of "Other Bad Acts" Filed by Defendants Lindsey Manufacturing Company, Keith E. Lindsey, and Steve K. Lee [DE 219] by the morning of April 15, 2011.  In the meantime, the Court will take the motion UNDER SUBMISSION. |

The Court GRANTS the *ex Parte* Application for an Order Shortening Time to File and Serve Defendant's Motion *in Limine* to Exclude the Testimony of Special Agent Dane Costley [DE 366].  The Court takes Defendant's Motion in Limine to Exclude the Testimony of Special Agent Dane Costley [DE 365] UNDER SUBMISSION .

The Court DENIES as MOOT the Motion *in Limine* to Preclude Government From Vouching for Witness and to Exclude Inflammatory Evidence Filed by Defendant Lindsey Manufacturing Company, Keith E. Lindsey, and Steve K. Lee [DE 430].  The Court orders the Government to file

|   |   |   |
|---|---|---|
|   | 4 : 32 |   |
| Initials of Deputy Clerk | SMO |   |