ROBERT L. CORBIN (State Bar No. 75445)
JESSICA L. TULK (State Bar No. 266258)
CORBIN, FITZGERALD & ATHEY LLP
601 West Fifth Street, Suite 1150
Los Angeles, California 90071-2024
Tel: (213) 612-0001
Fax: (213) 612-0061
rlcorb@corbfitzlaw.com
jtulk@corbfitzlaw.com

Attorneys for Third-Parties
Lela Lindsey, Colleen Lindsey
and Jordan Lindsey

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ENRIGUE FAUSTINO AGUILAR NORIEGA, ANGELA MARIA GOMEZ AGUILAR, KEITH E. LINDSEY, and LINDSEY MANUFACTURING COMPANY,<br><br>　　　　Defendants. | Case No. CR10-1031(A)- AHM<br><br>**RESPONSE TO THE GOVERNMENT'S *EX PARTE* APPLICATION FOR A PRELIMINARY ORDER OF FOFEITURE PURSUANT TO F.R. CRIM. P. 32.2 (B)** |

　　　　This response is submitted on behalf of defendants Lindsey Manufacturing Company, Keith E. Lindsey and Steve K. Lee (the "Defendants"), as well as on behalf of Lela Lindsey, Colleen Lindsey and Jordan Lindsey (the "Interested Third-Parties) each of whom holds an ownership interest in Lindsey Manufacturing Company.

　　　　By and through their attorneys, the Defendants and the Interested Third-Parties, have reviewed the government's *ex parte* application for preliminary forfeiture and

order for preliminary forfeiture, and recognize that the government, pursuant to Federal Rule of Criminal Procedure 32.2, has a right to initiate forfeiture proceedings.

While acknowledging the government's legal right to file forfeiture documents, the Defendants and the Interested Third-Parties disagree with certain assertions made within the documents.  In particular, they disagree with the government's assertion that, "in addition to the forfeiture of directly traceable property,  the government is entitled to a personal money judgment against the defendants for an amount equal to the value of the **gross proceeds** derived from the offense." (emphasis added) (Gov't *Ex Parte* App. p. 6).  Instead, the Defendants and the Interested Third-Parties believe that the government is only entitled to the **net profits** traceable to the offense at issue.  The Defendants and the Interested Third-Parties intend to demonstrate this during briefing on the government's motion for a money judgment.

Dated: May 19, 2011

Respectfully submitted,

CORBIN, FITZGERALD & ATHEY LLP

By: /s/  Robert L. Corbin_____
Robert L. Corbin

Attorneys for Lela Lindsey, Colleen Lindsey and Jordan Lindsey

2

RESPONSE TO GOVERNMENT'S *EX PARTE* APPLICATION FOR A PRELIMINARY ORDER OF FORFEITURE PURSUANT TO F. R. CRIM. P. 32.2

GREENBERG TRAURIG LLP

By: /s/  Jan L. Handzlik_____
         Jan L. Handzlik

Attorneys for Defendants Lindsey Manufacturing and Keith E. Lindsey


CROWELL & MORING LLP

By: /s/  Jan I. Levine_____
         Janet I. Levine

Attorneys for Defendant Steve K. Lee

Corbin, Fitzgerald & Athey LLP

RESPONSE TO GOVERNMENT'S *EX PARTE* APPLICATION FOR A PRELIMINARY ORDER OF FORFEITURE PURSUANT TO F. R. CRIM. P. 32.2