1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

3        HONORABLE A. HOWARD MATZ, U.S. DISTRICT JUDGE

4                    – – –

5
                                )
6    UNITED STATES OF AMERICA,   )
                                )
7                    PLAINTIFF,  )
                                )
8          vs.                  ) No. CR10-1031-AHM
                                )
9    (2) ANGELA MARIA GOMEZ AGUILAR,    )
     (3) LINDSEY MANUFACTURING COMPANY, )
10   (4) KEITH E. LINDSEY, and    )
     (5) STEVE K. LEE,            )
11                               )
                     DEFENDANTS.  )
12   _____)

13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16             LOS ANGELES, CALIFORNIA

17            WEDNESDAY, MARCH 23, 2011

18                  1:30 P.M.

19

20

21

22      _____

23          CINDY L. NIRENBERG, CSR 5059
            U.S. Official Court Reporter
24          312 North Spring Street, #438
            Los Angeles, California 90012
25             *www.cindynirenberg.com*

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:
                         OFFICE OF THE UNITED STATES ATTORNEY
 3                       BY: DOUGLAS MILLER,
                             ASSISTANT U.S. ATTORNEY
 4                       13TH FLOOR
                         312 NORTH SPRING STREET
 5                       LOS ANGELES, CA 90012
                         213-894-2434
 6
                         US DEPARTMENT OF JUSTICE
 7                       FRAUD SECTION, CRIMINAL DIVISION
                         BY: NICOLA MRAZEK,
 8                           ASSISTANT U.S. ATTORNEY
                             JEFFREY A. GOLDBERG,
 9                           ASSISTANT U.S. ATTORNEY
                         1400 NEW YORK AVENUE NW
10                       6TH FLOOR
                         WASHINGTON, DC 20005
11                       202-353-3462

12

13   FOR THE DEFENDANT (2) AGUILAR:
                         GIRARDI KEESE
14                       BY: STEPHEN G. LARSON, ATTORNEY AT LAW
                             MOLLY B. WEBER, ATTORNEY AT LAW
15                       1126 WILSHIRE BOULEVARD
                         LOS ANGELES, CA 90017
16                       213-977-0211

17

18   FOR THE DEFENDANTS (3) LINDSEY MANUFACTURING COMPANY
     & (4) KEITH E. LINDSEY:
                         GREENBERG TRAURIG
19                       BY: JAN L. HANDZLIK, ATTORNEY AT LAW
                             GRACE TSE, ATTORNEY AT LAW
20                       2450 COLORADO AVENUE
                         SUITE 400-E
21                       SANTA MONICA, CA 90404
                         310-586-6542
22
                         HAYES EMPLOYMENT LAW PRACTICE
23                       BY: MATTHEW B. HAYES, ATTORNEY AT LAW
                         225 SOUTH LAKE AVENUE
24                       SUITE 300
                         PASADENA, CA 91101
25                       626-344-8530
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   APPEARANCES OF COUNSEL (CONTINUED):

 2   FOR THE DEFENDANT (5) STEVE K. LEE:
                         CROWELL & MORING
 3                       BY: JANET I. LEVINE, ATTORNEY AT LAW
                             MARTINIQUE BUSINO, ATTORNEY AT LAW
 4                       515 SOUTH FLOWER STREET
                         40TH FLOOR
 5                       LOS ANGELES, CA 90071
                         213-622-4750
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                      I N D E X

 2   WITNESSES:                          PAGE

 3   FARRELL BINDER

 4   DIRECT EXAMINATION BY THE COURT       10
     CROSS-EXAMINATION BY MR. HANDZLIK     24
 5   CROSS-EXAMINATION BY MS. LEVINE       58

 6

 7

 8

 9

10

11                      E X H I B I T S

12

13   DEFENDANT'S EXHIBITS             MARKED    ADMITTED

14   A                                  29

15   B                                  30

16   C                                  31

17   D                                  61

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          LOS ANGELES, CALIFORNIA; WEDNESDAY, MARCH 23, 2011

 2                          1:30 P.M.

 3                          - - - - -

 4          THE CLERK:  Calling Item Number 1, CR10-1031, USA

 5   versus Angela Maria Gomez Aguilar, Lindsey Manufacturing

 6   Company, Keith E. Lindsey and Steve K. Lee.

 7          Counsel, state your appearances, please.

 8          MR. MILLER:  Good afternoon, Your Honor.  Douglas

 9   Miller appearing on behalf of the United States.  With me at

10   counsel table are DOJ senior attorney -- trial attorneys Nicola

11   Mrazek and Jeff Goldberg.

12          THE COURT:  All right.  Good afternoon to all of you.

13          MR. LARSON:  Good afternoon.  Stephen Larson and

14   Molly Weber on behalf of defendant Angela Aguilar, who is in

15   custody and is being assisted by the services of the Spanish

16   language translator.

17          THE COURT:  All right.  Good afternoon.

18          MR. HANDZLIK:  Good afternoon, Your Honor.  Jan

19   Handzlik on behalf of Dr. Lindsey, who is present.  Also with

20   me today are Matt Hayes and Grace Tse sitting in the middle of

21   the front row.

22          THE COURT:  Okay.

23          MS. LEVINE:  Good afternoon, Your Honor.  Janet

24   Levine and Martinique Busino on behalf of Steve K. Lee.  Mr.

25   Lee is seated in the second row, second in.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  All right.  I recognize all the parties

 2   and players and have a feeling the introductions -- in fact, I

 3   am requesting that the introductions not be made.  You can

 4   simply say the defendants are present.  I know who they are,

 5   and we can save time, which will be an optimal benefit and a

 6   necessary objective from this moment on.

 7              Here's how we are going to proceed today.  I intend

 8   to rule on the Franks motion, which in practical terms has been

 9   granted because we are going to have the hearing.  That's

10   Number 222.

11              I intend to rule on the motion to suppress resulting

12   of the search from buildings one through five.  That's 209.

13              I will probably, depending on the questioning and how

14   far we get -- I have another matter on at 3 o'clock and a

15   meeting at 4:00 -- rule on buildings five and six.  That's

16   Number 210.  I will do the questioning of Agent Binder.

17              Is she here?

18              MR. MILLER:  She is, Your Honor.

19              THE COURT:  And then after I complete my questioning,

20   I will give both sides a chance to follow up with questioning

21   as well.

22              I will rule on all the other motions except the

23   motion to dismiss based on the notion that CFE is not an

24   official agency or official unit of the Mexican government on

25   Friday afternoon.  We're not going to have a hearing tomorrow.
```

1      There are at last count 27 motions pending before me.

2    I have worked up a lot of them.  All of the rulings I issue

3    will be oral and probably that will extend to the motion to

4    dismiss based upon the status of the CFE and whether Moreno is

5    an official of the government.  That will also be oral, but

6    probably supplemented by a written ruling.

7      In order to have a record that is useful and

8    especially a guidepost for me in presiding over the trial --

9    and I think we are going to start the trial on Tuesday -- I am

10   ordering the parties to share the cost, 50 percent for the

11   government, the remaining 50 percent to the determined in

12   whatever fashion they choose but collectively the

13   responsibility of the defendants, a daily transcript of these

14   proceedings today and Friday, and the party that prevails on

15   any given motion will have the duty to file by not later than

16   Monday afternoon a notice of proposed rulings -- or maybe it

17   should be entitled a "Proposed Order Reflecting Certain of the

18   Court's Pre-trial Rulings."  "A Proposed Order Reflecting

19   Certain of the Court's Pre-trial Rulings."

20     Use the context and content of the bases for my

21   rulings, the findings or the analyses that I articulate orally,

22   to lodge this proposed order.

23     That will require, of course, the transcript, and

24   beginning today, you'll have to get the transcript on a daily

25   basis.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1          The parties, when they file the proposed order,

2     should specify by the number of the order, meaning the docket

3     number, because my clerk and I have spent an enormous amount of

4     time trying to organize this, and we are going to proceed more

5     or less by the sequence, which might have been random, attached

6     to the filings as reflected in the docket number.

7          Make sure you have the docket number on your proposed

8     order, the title -- it doesn't necessarily have to be a

9     complete verbatim reflection of the title given for any motion,

10    but something that is descriptive.  For example, the title for

11    today -- for the entry for today could be the "Franks motion"

12    or it could be "Motion to Suppress Search of Buildings One

13    through Five"; it doesn't have to be a lengthy, official formal

14    recital -- and the outcome along with a very pithy -- doesn't

15    have to be anywhere close to a verbatim reflection of what the

16    transcript contains, but a pithy summary of my comments and

17    rulings on these motions.

18         The hearing on the Brady motion will be at 3 o'clock

19    on Monday.  I am just aware it's there.  I haven't had a moment

20    to look at it.

21         The hearing on Friday will deal not only with the

22    remaining motions, which I guess will be something in the range

23    of 22 or 23 or something like that, but jury instructions, and,

24    if we have time, I will go through what I usually do on the

25    morning of trial in more or less routine or simpler cases,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1    giving the lawyers guidance on the manner in which voir dire

 2    will be conducted and in which the allocated peremptories will

 3    be exercised and the other usual pre-trial requirements.

 4          The schedule for next week's trial will be all day

 5    Tuesday -- well, I have some other events, but it will start on

 6    Tuesday.  We'll continue on Wednesday.

 7          There will be no trial on Thursday or Friday.  I

 8    would have to leave early Thursday afternoon for the Central

 9    District conference in any event, and I have many other things

10    that I'm doing my best to deal with, so Thursday will be

11    devoted to some of those other things.  So we're dark Thursday

12    and Friday of next week.  We continue the following Tuesday.

13          Now, before I forget, if we have time, there is a

14    matter having absolutely nothing to do with this case

15    whatsoever.  It has to do with the pro se clinic that I'm very

16    involved in that I would like to speak to Mr. Larson about in

17    chambers for five minutes or less after the conclusion of this

18    hearing and if we have time before my next matter on the 3

19    o'clock calendar.

20          So with the assurance that there will be no reference

21    whatsoever to any aspect of what's going on in this case, is

22    that acceptable to you, Mr. Miller?

23          MR. MILLER:  No objection, Your Honor.

24          THE COURT:  And that will not be transcribed.  There

25    won't be a reporter there.  It's just totally unrelated.

1    So if you have the time and if we have the time,

2    please come back to chambers afterward.

3           MR. LARSON:  Yes, Your Honor.

4           THE COURT:  Now, turning to the so-called Franks

5    motion, which is Number 222, I decided to have the hearing

6    before I read any of the papers, and I have a certain view

7    about what the appropriate and required outcome is, but Agent

8    Binder is here.  I want her to step forth to be sworn and we

9    will proceed with certain questions I wish to ask on that

10   motion.

11          THE CLERK:  Please raise your right hand.

12          Do you solemnly swear that the testimony you shall

13   give in the cause now before this Court shall be the truth, the

14   whole truth, and nothing but the truth, so help you God?

15          THE WITNESS:  I do.

16          THE CLERK:  Please be seated.

17          Please state your full name and spell your last name

18   for the record.

19          THE WITNESS:  My name is Farrell Binder.  First name

20   is F-A-R-R-E-L-L.  Last name is B-I-N-D-E-R.

21                    FARRELL BINDER,

22              having been first duly sworn,

23                 testified as follows:

24          THE COURT:  All right.  Ms. Binder, I mispronounced

25   your name, but I will try to get it straight from here on in.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              Do you have the affidavit you submitted to Judge
 2    Nagle that resulted in the issuance of the warrant?  Do you
 3    have it up there with you?
 4              THE WITNESS:  I do not.
 5              THE COURT:  Please give it to her, Mr. Miller.
 6              MR. MILLER:  I'm handing the witness Exhibit A, 257.
 7              THE COURT:  Okay.  Now, Ms. Binder, you've reviewed
 8    that affidavit --
 9              THE WITNESS:  Yes, sir.
10              THE COURT:  -- in preparation for today's hearing,
11    correct?
12              THE WITNESS:  That's correct.
13              THE COURT:  And that's the affidavit that you
14    executed back in 2008 in November, as I recall.  What's the
15    precise date?  It is November 14th, correct?
16              THE WITNESS:  Correct.
17              THE COURT:  All right.  Now, turn to paragraph 18,
18    please, and paragraph 18, which begins on page 11, is
19    captioned, quote, "Origins of the Investigation."
20              Now, when did you first review documents provided to
21    you that had been obtained by or generated by the SEC?
22              THE WITNESS:  I'm sorry, Your Honor.  I apologize,
23    but there is a page out of order here, so I don't have that
24    page.
25              THE COURT:  Okay.  I'm beginning on page 11, Agent
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   Binder.
 2           THE WITNESS:  Right.  Mine goes from 10 to 12, so
 3   hang on just one second, please.
 4           Okay.  I'm sorry, sir.
 5           THE COURT:  All right.  Do you have page 11?
 6           THE WITNESS:  I do.
 7           THE COURT:  This is kind of background, but it could
 8   have a bearing.  When did you first review the documents that
 9   were obtained from the SEC?
10           THE WITNESS:  I believe it was in the summer of 2008.
11   I first learned of the investigation late spring, early summer
12   of 2008 and I believe got documents shortly thereafter and
13   began reviewing them.
14           THE COURT:  And did you get the documents directly
15   from the SEC or from a law enforcement agency other than the
16   SEC?
17           THE WITNESS:  From the SEC.
18           THE COURT:  Okay.  And when you got these documents
19   to which you refer, and on which so many of your affidavit and
20   showing of probable cause was based, did you make it your
21   business to make sure that you got all the applicable documents
22   that have been generated in the SEC's investigation of ABB?
23           THE WITNESS:  I got as many documents as I could.  I
24   don't know that they were allowed to turn over all documents
25   related to the investigation -- their investigation.
```

1        THE COURT:  Okay.  A key challenge to your affidavit

2   is based upon subsection (e) of paragraph 18 on page 12 in

3   which you represented under oath to the magistrate judge that

4   Sorvill had received payments from Lindsey.

5        THE WITNESS:  Yes.

6        THE COURT:  Now, the government has acknowledged that

7   that was not correct, that it did not receive payments and, at

8   least in any event, the government has zero evidence that LMC,

9   which is what I will use to refer to Lindsey, made any payments

10  directly to Sorvill.

11       So tell me how this assertion which the government

12  characterizes now as a minor error, how did it make its way

13  into your affidavit?

14       THE WITNESS:  Well, Your Honor, I did have

15  information that money from LMC went into Grupo and then was

16  transferred to the Sorvill account; however, I did not have

17  evidence listed in (e) and (f).  There were multiple -- I

18  started working on the search warrant in early fall of '08.

19       THE COURT:  Early fall, meaning September?

20       THE WITNESS:  Around September or October; say,

21  October area time frame -- and drafts were sent back and forth

22  between the attorneys and myself, and in reviewing the drafts,

23  it was not in the original drafts and appears to have --

24       THE COURT:  Wait a minute.  You say "in reviewing the

25  drafts."  You mean in preparation for today's hearing?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE WITNESS:  Well, yes, and prior to that as well.
 2              THE COURT:  Have the drafts that this witness
 3    reviewed been turned over to the defendants?
 4              MR. MILLER:  Your Honor, the drafts have not been.
 5    The witness, I believe, is referring to the time when she was
 6    preparing the affidavit in this case, I believe.  Is that what
 7    you were referring to?
 8              THE WITNESS:  In reviewing the --
 9              THE COURT:  What do you mean by "affidavit in this
10    case"?
11              MR. MILLER:  Meaning, the -- I think what the witness
12    was saying -- and I was taking notes, but --
13              THE COURT:  Why don't you sit down.  I will go about
14    it a little bit different.
15              What drafts are you referring to, Ms. Binder?
16              THE WITNESS:  Search warrant drafts that I looked at
17    in reviewing for preparation for this hearing.
18              THE COURT:  Okay.  These were drafts of a document
19    that eventually you signed and that was submitted to Magistrate
20    Judge Nagle, right?
21              THE WITNESS:  That is correct.
22              THE COURT:  And those drafts remain in the possession
23    of the FBI?
24              THE WITNESS:  Correct; an e-mail, yes.
25              THE COURT:  And in preparation for today's hearing,
```

```
 1    you reviewed those drafts again?

 2              THE WITNESS:  Correct.

 3              THE COURT:  And what did you start to tell me about

 4    what you noticed in those drafts that you reviewed in

 5    preparation for today's hearing?

 6              THE WITNESS:  In the draft that appears to have been

 7    e-mailed in late October, this reference was not in the draft.

 8    And then when I received the return draft from the attorney, I

 9    noticed in a November 11th e-mail -- approximately November

10    11th e-mail that this appeared.

11              In my review of the final draft before the search, I

12    did not catch that this was in the search warrant.  It was my

13    mistake, and I did not -- I reviewed it, I read it, and I did

14    not catch this error.

15              THE COURT:  Well, did you discuss this provision in

16    paragraph 18(e) with Magistrate Judge Nagle?

17              THE WITNESS:  I did not discuss this -- this

18    provision with her, no.

19              THE COURT:  Your recollection now is that before you

20    executed this affidavit, you personally had seen records that

21    reflected the flow of money from LMC to Grupo, that money then

22    being sent to Sorvill?

23              THE WITNESS:  I noticed an instance of that in the

24    time frame that the account was opened, yes, so the opening

25    money into the Grupo account appears to have come from wires
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1   from Lindsey, and within that same month's time frame, it was

 2   forwarded to Sorvill.

 3          THE COURT:  Which month was it?

 4          THE WITNESS:  It was back in 2002, I believe.  I

 5   can't recall the exact month.

 6          THE COURT:  Just one such connection that you make?

 7          THE WITNESS:  That's correct.

 8          THE COURT:  And what was the amount of money

 9   approximately?

10          THE WITNESS:  The approximate amount of money I

11   believe that went from Grupo to Sorvill was approximately

12   $145,000.

13          THE COURT:  And the approximate amount of money that

14   Lindsey or LMC had previously transferred to Grupo that you

15   think was related to that amount was how much?

16          THE WITNESS:  It appeared that to open the account,

17   there were two transfers of approximately $174,000.

18          THE COURT:  And this occurred in 2002, right?

19          THE WITNESS:  Correct.

20          THE COURT:  But the conclusion in paragraph 51 of

21   your affidavit tells the reader that there is probable cause to

22   believe certain things happened beginning in September of 2003,

23   correct?

24          THE WITNESS:  That's correct, because the focus of

25   this affidavit for me was the time frame of 2003 to 2008,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    because my -- what I was trying to convey to Magistrate Nagle
 2    was that there was probable cause to believe that there was
 3    money from Lindsey that went into the Grupo accounts, and
 4    during that same time frame -- and the money from Lindsey was,
 5    based upon wires that contained information that involved --
 6    the wires were for CFE contracts and CFE invoices.
 7             That money went into Grupo, and during the same time
 8    frame that -- the money -- money came out of the Grupo account
 9    to pay Nester Moreno, who I confirmed was a CFE official during
10    that time frame.  And during the same time frame, approximately
11    $14 million worth of contracts was going back to Lindsey.  My
12    focus wasn't on Sorvill.
13             THE COURT:  But you said "the same time frame."
14    Forgive me for interrupting, but the time frame that the
15    magistrate judge was required to consider in determining
16    whether there was probable cause was a time frame that began
17    after this one flow of -- one example of a flow of money from
18    Lindsey to Grupo to Sorvill that you have now told me about,
19    correct?
20             THE WITNESS:  Correct.  Yes, I agree.  My focus for
21    this search warrant was on Grupo.  It was not on Sorvill.  It
22    was on money from Lindsey to Grupo, from Grupo to the CFE
23    official, and contracts going from the CFE back to Lindsey.
24             THE COURT:  If that was the focus -- and it certainly
25    is in paragraph 51, which I think favors the government in
```

```
 1   terms of whether the probable cause was established sufficient

 2   to result in the searches of buildings one through five, then

 3   why did you even bother talking about events that preceded that

 4   time frame, in particular, the events about Sorvill?

 5           THE WITNESS:  Your Honor, I had set up sort of a

 6   background.  I thought that the magistrate would want to

 7   understand how the background of this investigation began, and

 8   I explained how ABB had provided money to Sorvill; Sorvill,

 9   whose account director/owner was Enrique Aguilar.

10           He also was directing funds with Angela Aguilar out

11   of the Grupo account, so I was setting that up as sort of a

12   background.

13           As I said, it's a mistake that the portion about

14   Sorvill was in there, but it was not what I was relying on to

15   relay to the judge for probable cause.  It was a background,

16   and I -- as I said, I apologize for missing it, but it was a

17   mistake that that's in there in the introduction section.

18           THE COURT:  Did it occur to you when you were in the

19   process of drafting this affidavit with the -- you knew, of

20   course, that it was necessary to submit to some magistrate

21   judge for the purposes of getting a warrant properly issued,

22   right?

23           THE WITNESS:  Yes, sir.

24           THE COURT:  Did it occur to you that it would

25   buttress the showing that would be required to establish
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    probable cause to make the reader understand that there was

2    some link between Lindsey, even if it was indirect, and Sorvill

3    because of what had happened with ABB?

4              THE WITNESS:  I didn't think that it was important

5    for probable cause, but for background, I did want the

6    magistrate to know that Enrique Aguilar, and Angela Aguilar as

7    a signatory, were on both Sorvill and the Grupo accounts.  That

8    was the link.

9              This sections (e) and (f) on page 12, when I read it

10   over, I did not catch this error.  I mean, this is not

11   something that I wanted the judge to rely on, expected to the

12   judge to rely on, or caught myself that it was in there.  It's

13   just a mistake.

14             THE COURT:  If you had been unaware of any documents

15   involving Sorvill and LMC, what, if any, difference would that

16   have had in your preparation of this affidavit?

17             THE WITNESS:  Well, I didn't rely on Sorvill at all

18   because my focus was on Lindsey.  Lindsey wires like a very

19   large amount of wires referencing CFE going into the Grupo

20   account, and then money during the same time frame from the

21   Grupo account going to a CFE official and the contracts going

22   back to Lindsey.

23             So to me, the focus was on Grupo and the kind of

24   circular nature of, you know, money going into this account,

25   the account going to the official and then contracts going back

1    to Lindsey.

2          That was my focus for probable cause.  The other

3    information was background to me.

4          THE COURT:  Why was there a reference to Sorvill in

5    paragraph 38 beginning on page 20?

6          The reference to Sorvill is on page 21.  It reads,

7    quote, "I further know based upon my training and experience

8    that intermediaries like Grupo and Sorvill will often receive a

9    substantial fee for facilitating illegal payments to foreign

10   officials."

11         THE WITNESS:  Correct.

12         THE COURT:  And why did you include Sorvill in that

13   sentence?

14         THE WITNESS:  I was noting based on the background

15   with the ABB investigation where they self-reported that they

16   were paying -- or they believed that bribes were being paid

17   from their Sugarland subsidiary through an intermediary.  That

18   same person was the -- basically director of the Sorvill

19   account as well as the Grupo account.

20         And based upon my training and my cases, as well as

21   the training that I've gone through, I was just noting for the

22   judge that that often happens where money does not go directly

23   to the person you are paying a bribe to.  It often goes -- so

24   that you don't trace where the money is going through, it goes

25   through another person.

```
 1              THE COURT:  All right.  Now, in that sentence where

 2    both -- where the words Grupo and Sorvill both appear, Grupo is

 3    capitalized and Sorvill -- all caps and Sorvill is not.  Was

 4    that intended to suggest a difference in their status to the

 5    reader?

 6              THE WITNESS:  Yes, sir.

 7              THE COURT:  What was the difference?

 8              THE WITNESS:  The difference was that Grupo, based

 9    upon the investigation so far, seemed to be the link between

10    Lindsey Manufacturing and payments to a government official.

11    Sorvill, again, was sort of background based on the ABB

12    reporting and the origins of the case.  It wasn't considered at

13    this point sort of a subject of this -- of this transfer, the

14    flow of money.

15              THE COURT:  All right.  Now, please look at paragraph

16    17 of your affidavit.  That appears on page 11.

17              THE WITNESS:  Yes.

18              THE COURT:  A second fundamental challenge to the

19    sufficiency of your affidavit for purposes of this Franks

20    hearing and motion, docket Number 222, is that the affidavit

21    failed to properly account for the sources of money in the

22    Grupo accounts to make fair and specific links between certain

23    kinds of deposits and certain kinds of transfers to distinguish

24    between the amounts of money and disclose the amounts of money

25    that Lindsey had paid to Grupo before this time frame of 2003.
```

```
 1                You're aware that that's a fundamental basis for this
 2    challenge, right?
 3                THE WITNESS:  Yes, sir.
 4                THE COURT:  Okay.  Now, the reference in paragraph
 5    17 -- well, the single sentence in that paragraph itself says,
 6    quote, "At the same time, Lindsey's payments to Grupo..." --
 7    and then it continues.  And what time was that supposed to be?
 8                THE WITNESS:  The time frame surrounding the purchase
 9    of the Ferrari, the yacht and the American Express card.
10                THE COURT:  So you had the understanding when you
11    signed this affidavit that during that time frame, there had
12    been 19 contracts to Lindsey worth almost $15 million just in
13    that time frame?
14                THE WITNESS:  Your Honor, I think I list on another
15    section the time frame for the contracts.  I'm sorry.
16                I have the time frame, on page 23, March 10th, 2004
17    through I believe 2007 -- October 2007.  But, generally, that
18    time frame listed in the conclusion of the affidavit, that's
19    what I was -- I was able to locate those particular contracts
20    on a website involving CFE in Mexico, like a public disclosure
21    website.
22                There were also notes from the wire transfer forms
23    from Lindsey Manufacturing into the Grupo account.  They often
24    noted the contract number or invoices relating to a particular
25    contract.
```

```
 1              THE COURT:  Okay.  So I take it you would say, Agent
 2   Binder, that you were just simply setting forth the story as
 3   best you understood it, showing as completely as you could the
 4   connection between LMC and CFE and to the extent to which Grupo
 5   was involved, and all of these moneys were background because
 6   the probable cause that you were asking the magistrate judge to
 7   find is only that which is set forth in paragraph 51; is that
 8   correct?
 9              THE WITNESS:  Well, if you will allow me a moment,
10   let me just check paragraph 51.
11              THE COURT:  Yes.  Paragraph 51 says that the time
12   frame basically is between September 2003 and May 2008.
13              THE WITNESS:  Correct.
14              THE COURT:  And you have those 19 contracts and the
15   almost $15 million.
16              THE WITNESS:  Correct.  So I was attempting to relate
17   to the magistrate the evidence that I thought showed probable
18   cause that there would be evidence that Lindsey
19   Manufacturing -- involving the payments from Lindsey into Grupo
20   and out to Nester Moreno, as well as the contracts.  So I was
21   trying to convey to her what evidence we had to support
22   probable cause for that.
23              THE COURT:  All right.  Mr. Handzlik, do you want to
24   follow up with questions?
25              MR. HANDZLIK:  I do, Your Honor.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE COURT:  Please proceed.

 2          You will have your opportunity at the conclusion of

 3   the defendants.  That last statement was directed to Mr.

 4   Miller.

 5                      CROSS-EXAMINATION

 6   BY MR. HANDZLIK:

 7   Q.   Good afternoon, Agent Binder.

 8   A.   Good afternoon, sir.

 9   Q.   You testified a moment ago that essentially you made a

10   mistake when you included or you stated in your affidavit that

11   moneys were transferred from Lindsey to Sorvill or large

12   deposits were made from Lindsey to Sorvill; is that correct?

13   A.   Yes, sir.

14   Q.   And at some point you recognized or realized that you had

15   made that mistake; isn't that correct?

16   A.   Yes, sir.

17   Q.   And when was that?

18   A.   That was when I was later on trying to obtain another

19   search warrant in the same matter.  I can't remember the exact

20   time frame, but I did go back and review this affidavit and

21   noted that there was a mistake in it and I corrected it in the

22   next application.

23   Q.   I see.

24          THE COURT:  Is that the application for the warrant

25   that would authorize a search of buildings six and seven?
```

```
 1                 THE WITNESS:  No, sir.

 2                 THE COURT:  That was the application for the

 3   inspection and search of the computers?

 4                 THE WITNESS:  That was the -- that warrant was a

 5   roll-back warrant, so that was the same time frame.  But then

 6   later on, I went -- in attempting to comply with CDT -- the CDT

 7   requirements I went back and submitted another affidavit, and I

 8   deleted the portion that I found was not correct.

 9                 THE COURT:  Okay.  Please continue, Mr. Handzlik.

10                 And that was in 2010, was it?

11                 THE WITNESS:  I believe, yes.  I believe so, sir.

12   BY MR. HANDZLIK:

13   Q.   And do you recall the date upon which you executed the

14   affidavit for the electronically stored information -- or

15   signed the affidavit, I should say?

16   A.   I don't recall, sir.

17   Q.   In fact, Agent Binder, you provided affidavits in support

18   of a number of warrants in this case or in connection with this

19   case; is that correct?

20   A.   Yes, sir.

21   Q.   In addition to the warrant application, the affidavit on

22   November 14th of 2008, you got a second warrant on November

23   20th when you were out at the premises; isn't that correct?

24   A.   Yes, sir.

25   Q.   And you repeated the allegation that Lindsey had made
```

```
 1    large payments to Sorvill in that affidavit; is that correct?
 2    A.    Yes, sir.
 3    Q.    And then subsequent to that, on December 1st, 2008, you
 4    provided an affidavit in support of a seizure warrant for
 5    Bluffview Securities -- for a Bluffview Securities account of
 6    Mr. Aguilar, do you recall that?
 7              MR. MILLER:  Objection.  Relevance.
 8              THE COURT:  Overruled.  What was the date that you
 9    asked about?
10              MR. HANDZLIK:  December 1st, 2008.
11              THE COURT:  All right.  Do you have the question in
12    mind, Ms. Binder?
13              THE WITNESS:  I do.  If you had a copy of that
14    warrant -- if I could take a look at it.
15              MR. HANDZLIK:  May I approach the witness, Your
16    Honor?
17              THE COURT:  Yes.
18              MR. HANDZLIK:  Thank you.
19              THE COURT:  I take it, Mr. Handzlik, this is part of
20    this investigation in this case?
21              MR. HANDZLIK:  Yes, Your Honor.
22    BY MR. HANDZLIK:
23    Q.    Not to belabor the point -- and I will show you the
24    documents in a minute.  I'm just going to change my question
25    and withdraw the last one.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              Agent Binder, you have testified that when you
 2    executed or prepared the affidavit for the electronically
 3    stored information, you noticed your mistake and corrected it?
 4    A.   Yes, sir.
 5    Q.   That's the mistake with regard to Sorvill and Lindsey; is
 6    that correct?
 7    A.   Yes, sir.
 8    Q.   But you executed or prepared two more affidavits after
 9    that search warrant, didn't you, Agent Binder?
10    A.   I'm not sure.
11    Q.   Well, I will try to refresh your recollection.  On October
12    5th of 2010, do you recall preparing and signing an affidavit
13    in support of a seizure warrant for a yacht named Dream Seeker?
14    A.   Yes, sir.
15    Q.   And on October 5th, 2010, do you recall preparing and
16    signing an affidavit in support of a seizure warrant for Banco
17    Popular -- for an account at Banco Popular?
18    A.   No, sir.
19              MR. HANDZLIK:  And now, Your Honor, if I may approach
20    the witness?
21              THE COURT:  Yes.
22              MR. HANDZLIK:  Thank you.
23              THE COURT:  In follow-up to that last question about
24    the second October 5th affidavit?
25              MR. HANDZLIK:  Yes, Your Honor.
```

```
 1              THE COURT:  All right.  Go ahead.

 2              MR. HANDZLIK:  May I have just a moment, sir?

 3              THE COURT:  Yes.

 4              MR. HANDZLIK:  And now if I may approach, Your Honor?

 5              THE COURT:  Hand it to the clerk, please.

 6              MR. HANDZLIK:  Yes, I will.

 7              May I ask questions from here for a moment, Your

 8     Honor?

 9              THE COURT:  All right.

10              THE WITNESS:  I believe it was Special Agent -- well,

11     let me see.

12              THE COURT:  I don't think there's a question pending.

13     Just look at the warrant.  Okay?  I mean the affidavit.

14              THE WITNESS:  I don't see the -- I don't see the

15     Banco Popular warrant.

16              MR. HANDZLIK:  May I approach?

17              THE COURT:  Yeah, just find it for her and then show

18     it to her.

19              Go help, Mr. Montes.  We've got to move this along,

20     so let's proceed as efficiently as we can, please.

21              MR. HANDZLIK:  Your Honor, if I may, I'm directing

22     Agent Binder's attention to the October 5th, I believe it is,

23     affidavit in support of the seizure warrant for the yacht.

24     BY MR. HANDZLIK:

25     Q.   And would you please take a look at your affidavit in
```

```
 1    support of that warrant.

 2              THE COURT:  Do you want to have this marked for

 3    identification, so you have a record on this?

 4              MR. HANDZLIK:  Yes, Your Honor.

 5              THE COURT:  Okay.

 6              THE WITNESS:  Yes, sir.

 7              THE COURT:  Let's mark it as Defense Exhibit A.  We

 8    won't give it a number, we'll give it a letter.

 9         (Defendants' Exhibit A was marked for identification.)

10    BY MR. HANDZLIK:

11    Q.   And would you please turn to the portion of that affidavit

12    where you discuss the link between Lindsey and Sorvill.

13              Are you able to find that?

14    A.   Yes, I see it, sir.

15    Q.   And it is a fact, isn't it, Agent Binder, that in that

16    October seizure warrant that you signed under penalty of

17    perjury, that you again stated that Lindsey had made large

18    deposits to the Sorvill account; isn't that correct?

19    A.   Yes, sir.  I didn't catch that error.

20    Q.   That was after you sought and got the warrant for the

21    electronically seized information; isn't that correct?

22    A.   I'm not sure about the date.

23    Q.   Very well.  I will find that.

24              Would you please turn to tab Number 4 in that binder,

25    which I will ask be marked as Defendants' Exhibit B.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1          (Defendants' Exhibit B was marked for identification.)

 2    BY MR. HANDZLIK:

 3    Q.   This is a seizure warrant.  I misspoke a moment ago.  This

 4    is a seizure warrant that is supported by an affidavit from IRS

 5    Special Agent Rudolpho Mendoza; is that correct?

 6    A.   It appears to be.

 7    Q.   And it contains -- if you would turn to the same page of

 8    Agent Mendoza's affidavit, which I believe was on October 5th

 9    of 2010, it contains the same language about Lindsey having

10    made large deposits to Sorvill, does it not?

11    A.   Can you refer me to a page?

12    Q.   Well, unfortunately I don't have a copy in my hands.

13          MR. HANDZLIK:  Your Honor, may I approach the

14    witness?

15          THE COURT:  Yes, you may.

16          MR. HANDZLIK:  I am referring the witness to page 6,

17    paragraph 17 -- is that correct? -- of Mr. Mendoza's -- Agent

18    Mendoza's affidavit.

19    BY MR. HANDZLIK:

20    Q.   Do you see that?

21    A.   Yes, sir.

22    Q.   And Agent Mendoza made that same representation to the

23    magistrate judge, did he not?

24    A.   It appears so, yes.

25    Q.   And that was also on the same date, October 5th, 2010,

 1    that you executed and signed your affidavit in support of the

 2    yacht seizure; is that correct?

 3    A.   Let me just check the dates.

 4              Yes, it appears so.

 5              THE COURT:  Okay.  I take it, Mr. Handzlik, that

 6    these -- this line of inquiry, which for the last few minutes

 7    have been about conduct and affidavits for 2010, is meant to

 8    challenge her assertion as to when she first learned about the

 9    error in the underlying affidavit, which is the one in question

10    for this motion, this Franks motion?

11              MR. HANDZLIK:  Your Honor, it's intended to challenge

12    the agent's credibility with regard to the statements.

13              THE COURT:  Okay.  All right.  If you can pursue that

14    line of inquiry as efficiently as possible.

15              MR. HANDZLIK:  I will.

16              THE COURT:  Do so knowing I get the point.

17              MR. HANDZLIK:  I will do so, Your Honor.  I would

18    like to just clarify one thing.  I would like -- the copy of

19    the warrant for the electronically stored information that we

20    discussed a moment ago, it has now been placed in Agent

21    Binder's hands.  I would like that marked as Defendants' C.

22         (Defendants' Exhibit C was marked for identification.)

23    BY MR. HANDZLIK:

24    Q.   Do you see that, Agent Binder?

25    A.   Yes, sir.

```
 1   Q.   Please tell the Court the date upon which you sought the
 2   warrant for the Lindsey electronically stored information.
 3   A.   It appears to be August 20th, 2010.
 4   Q.   Thank you.
 5        THE COURT:  And in that warrant for the ESI, there is
 6   no reference to payments from Lindsey to Sorvill, I take it; is
 7   that correct?
 8        THE WITNESS:  Yeah, I do not believe so.  I do not
 9   believe there's any mention of that in the August 20 --
10   BY MR. HANDZLIK:
11   Q.   Agent Binder, in discussing the origins of the
12   investigation with -- or rather, not discussing, but answering
13   the judge's questions with regard to the origins of the
14   investigation, you told the Court that you had exchanged drafts
15   of your affidavit.
16        Now I'm directing your attention for clarity sake to
17   the affidavit that you executed on November 14th, 2008.  And I
18   believe you've just testified that you exchanged drafts of your
19   affidavit with the prosecutors; is that correct?
20   A.   Well, I made the draft and I forwarded it to the
21   prosecutor -- prosecutors, and they were returned, and I
22   forwarded them again.  That type of thing, yes.
23   Q.   I take it when you forwarded your draft to the
24   prosecutors, they marked it up and sent it back to you; is that
25   correct?
```

1   A.   Well, they were e-mailed.  I don't know if they were

2   marked up.  They had blanks in them -- that type of thing --

3   that I needed to fill in.

4   Q.   I see.  And marked up is perhaps a bad term.  Which

5   prosecutors did you send the drafts to, by the way?

6   A.   AUSA Doug Miller and Department of Justice attorney Nicola

7   Mrazek.

8   Q.   And you received the drafts back from one or both of them

9   and it had additional information in it at that time?

10  A.   Yes, and clarifications, yes, and also I forwarded it to

11  my co-case agent, Susan Guernsey.

12  Q.   And then you redid your draft of your affidavit; is that

13  correct?

14  A.   It was sort of an evolving process.

15  Q.   An evolving process.  And then you sent it back to the

16  prosecutors for them to take a look at?

17  A.   Yes, sir.

18  Q.   And they sent the draft back to you again?

19  A.   Yes, sir.

20  Q.   And there were clarifications or additional facts,

21  something like that?

22  A.   Yes, sir.

23  Q.   How many drafts did you exchange with the prosecutors?

24  A.   I don't know exactly, but I would say five or six maybe --

25  seven; somewhere around there.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1  Q.   And do you know or are you aware of the fact that the

2  defense had requested drafts of your search warrant affidavit

3  in discovery in this case?

4  A.   I heard mention of it, but I wasn't involved in the

5  discussion about it.

6  Q.   Did they ask you to provide copies of your drafts to them

7  so that they could -- when I say "they," did the prosecutors --

8  after the defense made that request that you heard about, did

9  the prosecutor ask you to provide copies of your draft

10 affidavits so that they could review them?

11 A.   I don't recall that, no.

12 Q.   In answering the judge's questions -- and I believe this

13 relates to paragraph 51 of your November 14th affidavit -- and

14 forgive me if I get your words wrong, Agent Binder, but in

15 discussing in your mind the relative unimportance of Sorvill,

16 you believe you stated that you were concentrating on the

17 circular nature of the transactions.  Do you recall testimony

18 to that effect?

19 A.   Yes, sir.

20 Q.   And by "circular nature" -- and I believe you said this is

21 what you wanted to get across to the magistrate judge; is that

22 correct, Agent Binder?

23 A.   Well, I wanted to get across to the magistrate judge that

24 money from Grupo, a large amount was going -- I'm sorry.  Money

25 from Lindsey Manufacturing in a large amount was going into the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1   Grupo account; and on those wire transfer forms from Lindsey

 2   Manufacturing to Grupo, there was reference to CFE contracts,

 3   CFE invoices; and that during the same time frame, Grupo was

 4   providing money for a car, a yacht and an American Express card

 5   for Nester Moreno, who I determined was a CFE official, a

 6   government official; and during that same time frame,

 7   approximately 19 contracts were going back to Lindsey

 8   Manufacturing.

 9           That's what I was trying to convey to the judge.

10   Q.   What time frame are you talking about or are you talking

11   about now?

12   A.   Well, I noted the time frame listed on the contracts

13   and -- let me find it again.

14           THE COURT:  Let me try to help here.  Look at

15   paragraph 51.

16           THE WITNESS:  Yes, sir.

17           THE COURT:  Was the time frame to which you were just

18   referring when you were answering Mr. Handzlik's question the

19   same time frame that that paragraph starts out with?

20           THE WITNESS:  Yes, sir.

21           THE COURT:  State what it is on the record, please.

22           THE WITNESS:  September 2003 to May 2008.

23   BY MR. HANDZLIK:

24   Q.   And Agent Binder, I believe in your testimony you said

25   pretty much what you said a moment ago, the circular nature of

1    the transactions of money into the Grupo account and then

2    payments to the official and then contracts back to Lindsey.

3    But that wasn't accurate, was it, Agent Binder.

4    A.   Well, what I was talking about -- and maybe I should

5    clarify "circular."

6            I'm not saying that the money -- specific money from

7    Grupo -- from Lindsey went in and that exact same money went

8    back out.

9            What I'm saying is money went in from Lindsey

10   Manufacturing; money went out from the same account during the

11   same time frame from Grupo to pay for things for Nester Moreno;

12   and during that same time frame, 19 contracts, approximately,

13   went back to Lindsey Manufacturing.

14           That's what I was trying to convey to the judge.

15   Q.   Thank you.  And just for clarification, I wasn't asking

16   about the commingling issue that we've raised but really the

17   time frame.

18           In fact, as the judge asked you in questions a few

19   moments ago, there is a portion of your affidavit -- I believe

20   it's paragraph 17 -- that talks about the contracts that CFE

21   gave or let to Lindsey; isn't that correct?

22   A.   Paragraph 17 on page 11?

23   Q.   Well, I may have the paragraph wrong, but you discussed a

24   paragraph in which there is a list of contracts from CFE to

25   Lindsey; isn't that correct?

1   A.   Yes, sir.

2   Q.   And those contracts cover a time period from 2003 or 2004

3   all the way up to 2008; isn't that correct?

4   A.   I believe the last contract might have been 2007, but --

5   Q.   I believe it's paragraph 43 on page 23.  Do you see that?

6   A.   Yes.  According to the database, the first contract I saw

7   was March 10th, 2004; and according to that database, the last

8   contract that I saw was September 28th, 2007 -- no, I'm sorry.

9   October 3rd, 2007.

10  Q.   But, in fact, we know -- and you knew at the time,

11  actually, that no payments of any sort were made by Grupo to

12  Mr. Moreno until at least August of 2006; isn't that correct?

13  A.   No payments -- I can't recall when the American Express

14  card was issued.  I can't say for sure.

15  Q.   Well, is there a portion of your affidavit that talks

16  about the payment of the American Express card bill?

17           THE COURT:  It begins on page 21 -- I think it's what

18  you are asking about, Mr. Handzlik -- in paragraph 39.

19           MR. HANDZLIK:  Yes, Your Honor.

20           THE COURT:  Is that the paragraph you want the

21  witness to look at?

22           MR. HANDZLIK:  Your Honor, actually, it would be

23  paragraph 40 on page 22 -- or both the paragraphs.

24           THE COURT:  Okay.  Now, what's your question?

25

```
 1   BY MR. HANDZLIK:

 2   Q.   My question is, Agent Binder, in fact, there were many

 3   contracts that CFE gave to Lindsey Manufacturing before any

 4   payments of any sort were made to Nester Moreno; isn't that

 5   correct?

 6   A.   Any payments that were made to Nester Moreno -- I can't

 7   say that payments weren't made to Nester Moreno prior to the

 8   time frame that I specified in the warrant.

 9   Q.   Well, in other words, you can't tell us something that you

10   don't know about or documents, here.  We're talking about the

11   warrant itself.  And I'm asking you on the basis of the

12   warrant, didn't you tell the magistrate judge that Lindsey

13   Manufacturing had received contracts from CFE starting in 2004

14   and going through 2007 or 2008; isn't that correct?

15   A.   That is correct.

16   Q.   And didn't you tell the magistrate judge that these

17   contracts were procured by corruption and fraud; isn't that

18   correct?

19   A.   That's not what I put in the warrant, no, sir.

20   Q.   You told the magistrate judge that there was a circular

21   relationship between the payments by Lindsey to Grupo and then

22   Grupo to Moreno; isn't that correct?

23   A.   No, sir.  That's not what I said to the magistrate judge.

24        THE COURT:  Okay.  Let me give you a little bit of

25   guidance.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              I have to make a decision here, and my decision is

 2     going to rest primarily on whether or not the contents of

 3     paragraph 51 contained intentionally or false -- recklessly

 4     false statements; and even if they did, whether if purged of

 5     those statements, there would remain probable cause.

 6              I understand -- and I think it's perfectly sound

 7     argument -- why the defense has stressed so heavily the

 8     acknowledged misrepresentation as to payments from Lindsey to

 9     Sorvill.

10              And I understand also -- and I hope my questioning

11     reflects this -- why the defense has stressed that the Grupo

12     account contained deposits from other sources and lots of money

13     that wasn't properly sliced out and explained and acknowledged,

14     but my job is to determine under Franks whether if the

15     affidavit were purged of those falsities or material omissions,

16     there would still be probable cause; and in order to determine

17     that, I focused on paragraph 51 because that's the conclusion

18     that the government -- that this witness relied on in telling

19     the magistrate judge there was probable cause for something, so

20     I encourage you to focus your questions on that.

21              I wanted to pursue the other things to determine

22     whether or not there was intentional and invidious misconduct

23     on the part of the government generally and in particular Agent

24     Binder, and I am giving you the opportunity to follow up, which

25     you've done, but I want you to understand what my analysis and
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    my approach is, so please proceed on that basis.

 2              MR. HANDZLIK:  Thank you, Your Honor.

 3              I would point out first -- well, Your Honor, as a

 4    precursor or a preamble, if you will, for support for our

 5    questions about paragraph 51, we sought to establish -- and I

 6    believe we did establish certain things.  And I am not asking

 7    the Court questions, but I'll state what those things are so as

 8    not to belabor the testimony of the agent.

 9              First of all, from paragraph 51 and from the earlier

10    part of the affidavit, it is clear that there was -- there were

11    contractual relations -- extensive contractual relations

12    between Lindsey and CFE before a dime was ever allegedly paid

13    to Mr. Moreno.

14              The fact of the matter is that a $300 American

15    Express payment was made in August of 2006, and then a yacht

16    was purchased in I believe September or so of 2006.  Lindsey

17    funds were not used for those things.  That's Number 1.  And

18    that's based upon the analysis -- the very extensive analysis

19    that Mr. Durkin has done of the account.

20              In fact, the impression -- the inference that Agent

21    Binder sought to have the magistrate judge draw was exactly

22    what she testified to in this courtroom, and that is that

23    Lindsey Manufacturing procured contracts on the basis of

24    corrupt payments from Lindsey to Grupo and payments to Mr.

25    Moreno.  That is false, and that's what underlies paragraph 51.
```

```
 1              My statement --

 2              THE COURT:  Okay.  I already understood that.  I

 3    don't think it's necessary for you to explain again what the

 4    premise is, although you are in a fair-minded way responding to

 5    my guidance in focusing on paragraph 51.  But because I want to

 6    move on, let me put it this way.  If you have more questions of

 7    this witness that focus on the Franks issues -- I'll get to the

 8    search warrant itself, some of which you were saying gets to

 9    the validity of the motion that's 209 -- or the search that is

10    challenged in the motion 209.  Some of it may even be very

11    helpful themes to pursue at any trial, but I don't think you

12    need to belabor it anymore.

13              MR. HANDZLIK:  Very well.

14              THE COURT:  Any other questions?

15              MR. HANDZLIK:  I do.  I do, Your Honor, but if it

16    would help the Court, I would simply state what we believe

17    paragraph 51 shows, but I will ask Agent Binder questions about

18    it, too.

19              THE COURT:  Just ask questions.

20              MR. HANDZLIK:  Thank you, Your Honor.

21    BY MR. HANDZLIK:

22    Q.   Agent Binder, looking at paragraph 51 on page 31 of your

23    affidavit, do you have that in front of you?

24    A.   Yes, I do.

25    Q.   The paragraph begins, "Based upon the foregoing," which
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1   means the earlier part of the affidavit, "there is probable

 2   cause to believe that between September 2003 and May 2008" --

 3   you see that?

 4   A.   Yes.

 5   Q.   "...that Lindsey made payments into Grupo's Global account

 6   totaling $5,333,000"; is that correct?

 7   A.   Yes, sir.

 8   Q.   And you knew at the time that you wrote that sentence that

 9   the 5 million and some dollars were paid by Lindsey

10   Manufacturing to Grupo as part of a commission or sales agent

11   relationship, did you not?

12   A.   No, sir.

13   Q.   You didn't know at the time that Aguilar and Grupo were

14   acting as sales representatives for Lindsey Manufacturing?

15   A.   I didn't know for sure that that was the case.  I knew

16   that that amount of money went into that account at that time.

17   Q.   So it's your testimony today, then, that these two

18   entities, Lindsey and Grupo, could be sort of unrelated to the

19   contracts that were procured from CFE?  Is that what you are

20   saying?

21   A.   No.  I'm not saying that they were unrelated to the

22   contracts, no, but I didn't know at that time that Grupo was

23   Lindsey's representative.

24   Q.   Very well.  You did note to the Court that each one of the

25   wire transfers from Lindsey to Grupo had a contract number on

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1    it; isn't that correct?

 2    A.   They didn't all have a contract number, but they

 3    referenced CFE or an invoice or something.

 4    Q.   Invoice or an order number, you are absolutely correct.

 5              Let's go to the --

 6              THE COURT:  Okay.  Just let me interrupt.  We need to

 7    bring in another interpreter to relieve the interpreter who

 8    began this session, so I understand that the new interpreter

 9    has arrived.

10              Oh, it's Elsa.  Come on.  Would you step forward,

11    please.

12              THE INTERPRETER:  Thank you, Your Honor.

13              THE COURT:  Please proceed, Mr. Handzlik.

14              MR. HANDZLIK:  Thank you, Your Honor.

15    BY MR. HANDZLIK:

16    Q.   We were discussing paragraph 51.  I was going to the next

17    sentence, and that sentence talks about the Aguilars and Cesar

18    Moreno and Nester Moreno using -- and I will just quote, "Used

19    $2,262,301 of that money to help buy Nester Moreno, a Mexican

20    public official, a Ferrari, a yacht, and to make over 100,000

21    in payments toward his Amex card bills."

22              When you said "that money" in that sentence, what

23    money are you referring to?

24    A.   I was talking about the fact that Lindsey Manufacturing

25    put $5 million into the account and that 2,262,301 from that

1    Grupo account went to purchase items for Nester Moreno.

2    Q.    But that was not true, was it, Agent Binder?

3    A.    I believed that it was.

4    Q.    2,262 -- 2,262,301 represents the entire purchase price

5    for the Ferrari, the yacht and the $100,000 in payments to the

6    American Express card; isn't that correct?

7    A.    Over a hundred thousand in payments, yes.  Sorry.  Over

8    $100,000, yes.

9    Q.    Oh, I'm sorry.  Over $100,000 paid.  That sum, that figure

10   represents all three of those things that you contend were

11   given to Mr. Moreno; isn't that correct?

12   A.    Yes, sir.

13   Q.    And you say that the payments for all three of those

14   things came from money that Lindsey paid to Grupo; isn't that

15   what you said right here?

16   A.    What I said was that that money -- that part of that money

17   that came from Grupo into the account went out to pay Nester

18   Moreno.

19   Q.    All right.  I think we are saying the same thing.  But, in

20   fact, you knew at the time that the American Express payments

21   didn't start until August of 2006, Number 1 -- compound

22   question -- that the yacht was purchased in September or

23   October of 2006, and the Ferrari was paid for approximately in

24   late February of 2007?  You knew that, didn't you, Agent

25   Binder?

1    A.   Yes, sir.

2    Q.   And you also knew that the $5,330,000 and some change put

3    by Lindsey into the Grupo account, that started back in 2002,

4    really, didn't it -- or 2004; isn't that correct?

5    A.   2002, yes, sir.

6    Q.   So please explain to the Court the tracing or the money

7    trail, if you will, between the moneys that Lindsey put into

8    the Grupo account and these payments to Mr. Moreno which didn't

9    take place for several years.

10             MR. MILLER:  Objection.  Relevance, Your Honor.

11             THE COURT:  Overruled.

12             THE WITNESS:  I didn't do a tracing on the account.

13   What I looked at was deposits into the Grupo account and money

14   coming out of the Grupo account.  The deposits in from Lindsey

15   Manufacturing totaled that amount.

16             Lindsey Manufacturing was a main contributor to the

17   account.  In fact, their money opened the account.  And then of

18   that money that they put in, 2,262,301 went out to buy things

19   for Nester Moreno.  That's what I was saying here.

20   BY MR. HANDZLIK:

21   Q.   And that last part, that is not true, is it, Agent Binder,

22   because the moneys, the vast majority -- I think $1.8 million

23   or so of the moneys that Lindsey transferred to -- or maybe

24   even higher -- that Lindsey transferred to Grupo took place

25   before anything was ever paid to Mr. Moreno; isn't that

1  correct?

2  A.   That's correct, but in my training and experience, it is

3  not necessarily the money that is going to come in right before

4  the purchase, but it's built up over time.

5         Money came in for a long period of time.  If -- I

6  think between -- I'm not sure if it's exact, but between 2002

7  to 2004, there was about one-and-a-half million and the rest

8  came in later, closer in time to the purchases.

9  Q.   So you were representing to the magistrate judge at the

10  time you sought the search warrant that moneys paid by Lindsey

11  years before any supposed bribe were actually the moneys that

12  were accumulated and paid for the bribes; is that right?

13  A.   I believe I was pretty specific throughout the search

14  warrant as to the time frames.  I believed that the moneys came

15  in to make these purchases.

16         Specifically for each item, I tried to go in and look

17  at the withdrawals and the deposits during that time frame of

18  each purchase and how much money came in from Lindsey.  So I

19  tried to make it clear to the magistrate exactly the timing of

20  when money came in from Lindsey and what time frame moneys left

21  Lindsey.

22  Q.   And you knew then when you were telling that to the

23  magistrate judge and making these representations to the

24  magistrate judge that there was a vast amount of money in the

25  Grupo account other than moneys that had been placed in the

1   account by Lindsey; isn't that correct?

2   A.   No, sir.

3   Q.   There was no other money in the account?

4   A.   There was some other money in the account, but I won't say

5   it was vast amounts of money.

6   Q.   Then I agree with you.  I will withdraw the word "vast."

7        You examined the Grupo accounts.  It's really a Bear

8   Stearns account for Grupo, isn't that correct, moneys held at

9   Bear Stearns?

10  A.   Yes.  They are the custodian.

11  Q.   Yeah, and you examined that account, the withdrawals, the

12  deposits, isn't that correct?

13  A.   Yes, sir.

14  Q.   And in your examination of that account, you saw there

15  were numerous credits and debits, withdrawals and payments over

16  the years, didn't you?

17  A.   That was not my focus.  My focus was on Lindsey payments

18  into the account, not trading activity or that type of thing.

19  Q.   That was not my question.  My question was did you observe

20  in the Grupo account at Bear Stearns that there were

21  numerous -- there was a lot of activity on that account from

22  2002 to August or September of 2006; isn't that correct?

23  A.   There was activity in the account.

24  Q.   There was millions of dollars of activity; isn't that

25  correct?

1    A.    Well, it's the same money that's being put into stocks and

2    securities, but that was not the focus.  The focus was deposits

3    into the account and withdrawals from the account.

4         THE COURT:  Look, I want to deal with this line of

5    inquiry that you are getting through now.  The charges in this

6    case are Foreign Corrupt Practices Act charges and money

7    laundering charges, and a need to account on a

8    dollar-for-dollar or date-by-date basis for the exact flow of

9    money is not a requirement for upholding a warrant challenged

10   under Franks.

11        There doesn't have to be that degree of specificity

12   in the tracing of the funds.  The Rutgard case that the

13   government cited accurately stands for that proposition.

14        Moreover -- this is partial findings, because we've

15   got to move along here -- it seems to me that one way of

16   looking at the discrepancy between the amount of money that in

17   paragraph 51 is mentioned by this witness as having been paid

18   into Grupo's account, which is 5,300,000 plus, the discrepancy

19   between that and the 2,000,262, if anything, makes it harder to

20   establish bad faith or recklessness or downright falsehood

21   because it leaves the reader free to make the inference about a

22   lot of the money may have been kosher, that there may,

23   therefore, have been ongoing business relationships which were

24   not part of this claimed scheme.

25        If this affidavit had said there was as a result of

1   the affiant analysis $2,262,301 that she had found that LMC had

2   paid to Grupo, and then that precise amount of money having

3   been used to the benefit, directly or indirectly, of Nester

4   Moreno, it would have been a stronger application, not a weaker

5   one.

6           So I don't look at the fact that there is a higher

7   amount of this money as strong evidence whatsoever that the

8   showing that you would have to make under Franks is available

9   to you under paragraph 51.

10          I, therefore, ask you to move on to a different line

11  of inquiry if there is anything more that you have left.

12          MR. HANDZLIK:  I haven't quite finished with

13  paragraph 51.

14          THE COURT:  Well, then, go ahead.

15  BY MR. HANDZLIK:

16  Q.   Agent Binder, if you would look to the next sentence in

17  paragraph 51, it begins, "During that same period" -- do you

18  see that?

19  A.   Yes, sir.

20  Q.   -- and obviously referring to the period mentioned in

21  sentence one, September 2003 to May of 2008.

22          "During that same period" -- and I will skip the

23  Nester Moreno clause and start with, "CFE Mexico awarded

24  Lindsey 19 government contracts worth fourteen million,

25  nine-hundred eleven" --

```
 1            THE REPORTER:  Counsel, once again.

 2            MR. HANDZLIK:  I'm sorry.  I went too fast.

 3   BY MR. HANDZLIK:

 4   Q.   Agent Binder, in looking at that sentence that begins,

 5   "During the same period," you see that you represent to the

 6   magistrate judge that there is some relevance or relationship,

 7   I would assume, between the payments that had been made to Mr.

 8   Moreno, which you discuss in the previous thing, and the

 9   following, "During that same time period, CFE Mexico" -- I'm

10   skipping a portion of the sentence -- "awarded Lindsey 19

11   government contracts worth $14,911,000," et cetera.  Do you see

12   that?

13   A.   Yes, sir.

14   Q.   But you knew that was not true, Agent Binder, didn't you?

15   A.   No, I didn't.

16   Q.   Well, looked at in isolation, that sentence is accurate,

17   is it not?  In other words, there had been a dollar amount of

18   contracts from CFE to Lindsey in that amount; isn't that

19   correct?

20   A.   Yes, sir.

21   Q.   But the inference that you asked magistrate judge to draw

22   was that those contracts had been procured as a result of the

23   payments -- the illicit payments that had been made to Mr.

24   Moreno; isn't that correct?

25   A.   No, sir.
```

```
 1   Q.   Then what were you asking the magistrate judge to find?

 2   A.   I was asking the magistrate judge to find based on

 3   everything that was in the affidavit that I put into the

 4   conclusion was that there would be evidence of a crime located

 5   at Lindsey Manufacturing, that there is probable cause to

 6   believe that evidence would be found there.

 7   Q.   Well, that certainly was the purpose of the warrant, I

 8   grant that to you, but the warrant has to be based on a factual

 9   statement that rises to the level of probable cause; isn't that

10   correct?

11   A.   Yes, sir.

12   Q.   And the probable cause -- the inferences that you asked

13   the magistrate judge to draw with regard to probable cause were

14   that all of these gratuities that supposedly were given by

15   Grupo to Moreno had been paid for with Lindsey money; isn't

16   that correct?

17   A.   When I was -- as I said before, what I was trying to show

18   was that Lindsey money went into an intermediary account

19   referencing CFE on the wire transfers into that account; and

20   that during the same time frame, money came out of that same

21   account to the benefit of the public official who was at CFE;

22   and then during the same time frame, 19 contracts were awarded

23   to Lindsey.

24        So I was trying to establish for the magistrate that

25   there was enough evidence for probable cause that we may find
```

1    evidence of a crime at Lindsey Manufacturing.  That's what I

2    was -- that was the purpose.

3    Q.   But the time frame that you told the magistrate judge

4    about started in September of 2003; isn't that correct?

5    A.   Yes, sir.

6    Q.   And you knew that no payments or gratuities of any sort

7    had been given to Mr. Moreno until August of -- allegedly in

8    August of 2006?

9              MR. MILLER:  Asked and answered.

10             THE COURT:  Okay.  Well, I want to put an end to this

11   theme which is in the papers.

12             MR. HANDZLIK:  All right.  Thank you, Your Honor.

13             THE COURT:  It's not a misplaced thing, but I want to

14   make some findings because I'm not just going to reserve them

15   to the end.

16             MR. HANDZLIK:  May I ask another couple --

17             THE COURT:  No.  Let me make my findings on this

18   point.

19             The corrupt payments section of the affidavit begins

20   in paragraph (g) on page 15.  The probable cause that the

21   affiant pointed to and asked the magistrate judge to consider

22   had to do with the 2,262-.  It had to do with the Ferrari, the

23   yacht and the Amex bills.

24             That's the crux of what this affidavit, and

25   eventually what this warrant seeking evidence to determine

1  whether or not there was a further basis to proceed with an

2  investigation and possible prosecution, was primarily about.

3         A lot of the rest of it -- and there were some

4  inferences that may have been misleading that may have been

5  sought.  I am not in a position to delve directly into the

6  affiant's mind to know whether she was playing in her own mind

7  some kind of devious game, but they are mostly background.

8  They are not irrelevant.

9         They are a fair basis for the challenge to the

10 affidavit to have been made, but they are not essential because

11 the standard is -- and I think it's been satisfied under

12 Franks -- understand the standard whether or not there would be

13 probable cause, even if all those misleading features or

14 inaccurate features of the affidavit were excised, and I think

15 there is, particularly when you compare the corrupt payments

16 section in paragraph (g) and the paragraphs that follow that,

17 paragraph 27, 28, et cetera, and paragraph 51.

18        If everything else that has been challenged had

19 been -- had never been in that affidavit, I am convinced that

20 Magistrate Judge Nagle or any careful and reasonable magistrate

21 judge would have nevertheless authorized the issuance of a

22 warrant.

23        Maybe it would have been more carefully adjusted to

24 contain recitals that wouldn't incorporate these misleading

25 references, but it would have been issued anyway.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          And the link that's strongest, which was adequately
 2   set forth in the affidavit, is as to the approximate $297,500
 3   that was used to buy the Ferrari.  That matched almost to the
 4   dollar on a reasonably tight temporal link the deposits that
 5   LMC wired into the Grupo account in that time frame in January
 6   and February of 2007.
 7          So I am going to deny the -- well, I try to give
 8   lawyers a chance to do their thing, especially when their
 9   clients are here, and I haven't given the chance to Ms. Levine
10   or Mr. Larson.  I don't think Mr. Miller needs one, but if you
11   want to finish up, then finish up very, very efficiently.
12          MR. HANDZLIK:  Well, I'm going to try, Your Honor.
13          THE COURT:  I will give you a chance to build a
14   record, but you already know where I'm coming from.
15          MR. HANDZLIK:  I understand and appreciate that, Your
16   Honor, and, of course, I respectfully disagree with the Court
17   for the reasons that I've stated.
18          We were looking at paragraph 51.  Paragraph 27 even
19   more forcefully in my view indicates the misrepresentation.
20   But I would like to address the Court's comments about the
21   Ferrari because what the Court said, respectfully, is
22   inaccurate.
23          THE COURT:  In what way?
24          MR. HANDZLIK:  Agent Binder selectively took -- and I
25   am not -- this is not new.  It's in the Durkin declarations and
```

```
 1    the schedules.  Agent Binder selectively chose Lindsey deposits
 2    to the Grupo account at Bear Stearns to come close to the
 3    297,000.
 4              She neglected -- and I don't have the exact dates in
 5    mind, but I believe they were in January of 2007.  There were
 6    three deposits from Lindsey.
 7              Agent Binder neglected to tell the magistrate judge
 8    that there was yet another deposit from Lindsey in February --
 9    I think it was early February of 2007 -- of 140- or 115- or
10    120- -- I can't remember exactly what it was.
11              If she had used that deposit with the last two
12    deposits, she wouldn't have been able to hit the $297,000 for
13    the Ferrari.  Instead, she selectively chose deposits to the
14    Grupo account that added up to that.
15              The other aspect of that, Your Honor, is that after
16    those three deposits were made by Lindsey in January of 2007,
17    the account balance in the Grupo account fell below --
18              THE COURT:  I saw Agent Durkin's analysis of all of
19    that.
20              MR. HANDZLIK:  Well, it fell to like 115- or some
21    thousand dollars.  And then it was brought back up not just by
22    the Lindsey deposit, but by the sales of securities, so I
23    respectfully --
24              THE COURT:  Remember what the standard is.  It isn't
25    prove beyond a reasonable doubt.  Some of what I am saying now
```

```
 1    has an even more direct application to motion Number 209.

 2              I don't think that what you have pointed out,

 3    fair-minded as it is, requires me -- and it certainly doesn't

 4    propel me to change my finding that I voiced a few minutes ago.

 5              MR. HANDZLIK:  And, Your Honor, I respect the Court's

 6    finding, and I appreciate the opportunity to make the statement

 7    or the argument.  It was in response to what the Court said.

 8              If I may --

 9              THE COURT:  Don't worry about that.

10              MR. HANDZLIK:  And I will try the Court's patience

11    perhaps again.  If the Court will give me leave to ask Agent

12    Binder about two other things regarding Sorvill, which I

13    believe --

14              THE COURT:  No, no.  I don't think that's going to be

15    productive.

16              Let's give your co-counsel, Ms. Levine, a chance.

17    Okay?  She seems to be geared up to ask some questions as well.

18              MR. MILLER:  Your Honor, may I impose on the Court

19    for a moment, because I believe on behalf of the government

20    it's my duty to point out an additional error that we found as

21    we prepared a response to this motion that I want to bring to

22    the Court's attention.

23              I thought I would be directing Ms. Binder first and

24    bring that out in her direct examination, but because of the

25    way this is going, I'd like to point it out to the Court so
```

```
 1    that it's clear to the Court before it makes its final ruling

 2    something that the government has found as it prepared for this

 3    motion.

 4              THE COURT:  Go ahead.  That will at least help Ms.

 5    Levine and maybe Mr. Handzlik again or Mr. Larson to follow up.

 6    So what is it that's newly discovered?

 7              MR. MILLER:  What we discovered, Your Honor, was that

 8    in the affidavit, there is a reference to paragraph -- I

 9    believe it's --

10              THE WITNESS:  It's paragraph 32 on page 17.

11              MR. MILLER:  Thank you.

12              Paragraph 32 on page 17.  And if the Court would

13    direct its attention to that page --

14              THE COURT:  Yeah, I have it.

15              MR. MILLER:  -- you'll see that in that paragraph

16    there is a sentence that begins, "There were no other wires

17    into Grupo's Global account."

18              THE COURT:  Yes, I see it.

19              MR. MILLER:  Your Honor, as the government prepared

20    its -- the witness, Your Honor, we were alerted to the fact by

21    the account records that there was something that was referred

22    to as a journal entry in the transaction detail -- and I have

23    this document here -- of an additional $433,000-approximate

24    wire coming into the account.  And based on this document --

25              THE COURT:  From LMC?
```

 1          MR. MILLER:  We don't know who it's from.  It says an

 2   HSBC account.  That's how the account is identified.  And I

 3   wanted to point that out to the Court.  I think Agent Binder --

 4          THE COURT:  Was HSBC one of the institutions that

 5   Lindsey used to transfer money by wire?

 6          MR. MILLER:  Not that we know of, Your Honor, no.

 7          THE COURT:  Okay.  Anything else?

 8          MR. MILLER:  I'm prepared -- I can explain to the

 9   Court why that happened, but if you want to let the defense --

10          THE COURT:  Let's let Ms. Levine have a shot, and

11   then we will get back to that point.

12          MS. LEVINE:  Thank you, Your Honor.

13          If I might ask the Court to ask the agent -- or the

14   government to produce the drafts of the affidavits so that -- I

15   know the Court's feeling on time -- and we can review them and

16   submit them if they raise any other questions.

17          THE COURT:  So ordered.  Produce the drafts that are

18   still extant, still available by noon tomorrow, Mr. Miller.

19          MS. LEVINE:  Thank you, Your Honor.

20                       CROSS-EXAMINATION

21   BY MS. LEVINE:

22   Q.   Agent Binder, the changes to the affidavit that resulted

23   in Sorvill being in the affidavit, those were suggestions by

24   the prosecutors?

25   A.   I don't know.  I assume so.  I did not make the change to

1    my recollection and it came back in a draft.

2    Q.    And in that time period -- not now, because I know you've

3    discussed it now -- but in that time period leading up to the

4    execution of the warrant in November of 2008, did you discuss

5    that with either of the prosecutors?

6    A.    No, I did not.

7    Q.    You didn't notice it at all?

8    A.    That's correct.  I did not notice it.

9    Q.    And you testified that your August 2010 search warrant

10   affidavit for this CDT warrant -- the so-called CDT warrant

11   didn't have the Sorvill mentioned in it; isn't that right?

12   A.    I don't believe it did.

13   Q.    But you did in that affidavit incorporate by reference the

14   prior warrants, right?

15   A.    Yes.

16   Q.    And you attached them?

17   A.    Yes.

18   Q.    And you didn't make any changes or note to the magistrate

19   at that point that those warrants contained misstatements?

20   A.    Correct.

21   Q.    And you knew that?

22   A.    I didn't think about it.  I just -- I mean, I don't think

23   I attached it myself.  I think they were attached.

24   Q.    You knew they were being attached?

25   A.    Yes, I knew they were being attached.

```
 1   Q.   And you didn't say, "Mr. Miller, we are putting in

 2   something that's false"?

 3   A.   No, I did not.

 4   Q.   And you didn't say that to Ms. Mrazek either?

 5   A.   No, I did not.

 6   Q.   And you discussed the warrant with them before it went

 7   into the magistrate judge; isn't that right?

 8   A.   I did discuss the warrant, yes.

 9   Q.   And, in fact, you discussed -- it was they that brought up

10   the CDT decision to you and suggested that you have a new

11   warrant; isn't that right?

12   A.   I don't believe at first that they brought it up.  I

13   believe it was our computer person was the first time I heard

14   about it.

15   Q.   Now, in discussing whether or not Sorvill is an important

16   part of this, you're still part of this prosecution team,

17   aren't you?

18   A.   Yes.

19   Q.   And have you been a part of preparing the summary charts

20   in this case?

21   A.   Not very much, no.

22   Q.   Have you seen them?

23   A.   A couple of them, but not too many.

24            MS. LEVINE:  If I might ask the --

25            MR. MILLER:  Your Honor, relevance.  These were
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1   drafts provided to the defendant.

 2            THE COURT:  Overruled.  Go ahead.

 3            MS. LEVINE:  If I might have this marked as

 4   Defendants' --

 5            THE COURT:  I'm just assuming that you have a basis

 6   to follow up with the last two questions that has a direct

 7   bearing on the Franks motion?

 8            MS. LEVINE:  Yes, Your Honor.

 9            THE COURT:  This will be Defendants' Exhibit D?

10            MS. LEVINE:  Yes, Your Honor.

11        *(Defendants' Exhibit D was marked for identification.)*

12            THE COURT:  Lay a foundation.

13   BY MS. LEVINE:

14   Q.   Do you see that, Agent Binder?

15   A.   Yes.

16   Q.   Have you seen that before?

17   A.   I don't know if in this version, but maybe some version of

18   this.

19   Q.   And this is a version of a chart that is intended to go

20   before the jury to talk about what this case is about, isn't

21   it?

22   A.   I assume so.  I haven't had discussions about charts with

23   the prosecution team.

24   Q.   And you see that it talks about money going from Lindsey

25   to a box called Grupo and Sorvill; isn't that right?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   A.   Including Enrique Aguilar and Angela Aguilar.

 2   Q.   And the money goes from Lindsey to Grupo and Sorvill;

 3   isn't that right?

 4        THE COURT:  And from that draft exhibit, Ms. Levine,

 5   what inference do you want me to draw or what finding do you

 6   want me to reach as to the basis for Judge Nagle to issue a

 7   warrant that can be enforceable?

 8        MS. LEVINE:  Your Honor, as to the agent's testimony

 9   that when she made that conclusion in paragraph 51, she was

10   talking about the circular nature of the transactions and not

11   talking about Sorvill.  We're now -- even up to today, we

12   are -- this agent and the team believes that the Sorvill

13   payments didn't occur.

14        It's important enough to put to the jury in a way

15   that it shows that payments went from Lindsey to Sorvill and

16   then from Sorvill to Mr. Moreno.  And so to --

17        THE COURT:  That may be a very legitimate, valid,

18   possibly strong point, but not for purposes of this motion, so

19   move on to something else, please.

20   BY MS. LEVINE:

21   Q.   Agent, this other $433,000 payment from HSBC in January of

22   2007, that's right around the time of the purchase of the

23   Ferrari, isn't it?

24   A.   Yes.

25   Q.   And so the purchase of the Ferrari for the $297,000 could
```

```
 1   have been from this $433,000 or any amount of money that was in
 2   that account, couldn't it?
 3   A.   Well, I know that that money went in from LMC.  I don't
 4   know much about this deposit because --
 5           THE COURT:  I will make a finding and take judicial
 6   notice of the fact that the account was funded -- that
 7   the account had moneys in it from which the payments for the
 8   Ferrari could have been used, and not all the moneys --
 9   evidently, according to what Mr. Miller just disclosed, not
10   even close to all the moneys had been recently placed there by
11   Lindsey.
12           That's what you want me to conclude, right?
13           MS. LEVINE:  Yes, Your Honor, I did.
14           THE COURT:  All right.  Now, let me ask you
15   something, Ms. Binder.
16           THE WITNESS:  Yes.
17           THE COURT:  And I want you to think before you
18   answer.  When you were drafting this affidavit, how did it come
19   to your attention that the 297,000 transfer into the Grupo
20   account and approximately same transfer out of it for the
21   Ferrari was apparent?
22           THE WITNESS:  I was looking at the deposits and
23   withdrawal section of the statement.  The statements are
24   approximately 30 to 40 pages.  I looked at deposits into the
25   account and money out of the account, so deposits and
```

```
 1    withdrawal section.

 2              THE COURT:  Well, when you looked at the deposits

 3    into the account, did you see the 433,000 from HSBC?

 4              THE WITNESS:  No, sir.  It was in a miscellaneous

 5    section.

 6              THE COURT:  Miscellaneous section of what?

 7              THE WITNESS:  Of the Grupo Global account statement.

 8    I believe there is a copy of the actual statement.  It's under

 9    "Journal."  It says "Miscellaneous Journal," so it was mixed in

10    with a lot of credits and debits and I did not see that wire.

11    It's not in the same section as all of the Lindsey deposits or

12    any withdrawals out of the account.

13              THE COURT:  Okay.  Now, at the time that you prepared

14    this affidavit, you had been an agent for approximately ten

15    years?

16              THE WITNESS:  Yes, sir.

17              THE COURT:  And you knew that the stronger the link,

18    the likelier it is that the probable cause threshold would be

19    met, right?

20              THE WITNESS:  Yes, sir.

21              THE COURT:  So you went about trying to determine

22    whether as close to a dollar-for-dollar lineup you could

23    accomplish, there was some clear temporal, meaning time,

24    connection, between money going from Lindsey into Grupo and

25    money going from Grupo to the benefit of Mr. Moreno, right?
```

```
 1              THE WITNESS:  Yes, sir.

 2              THE COURT:  So did you look for ways to make that

 3    link that would be as strong as that particular link that the

 4    Ferrari was?

 5              Did you try to find something that seemed to be

 6    particularly clear in terms of money from Lindsey and a benefit

 7    to Moreno?

 8              THE WITNESS:  No, sir.  In fact, I was just looking

 9    at deposits and withdrawals during the time frame.  I wasn't

10    trying to include or not include some things.  In fact, for the

11    yacht portion --

12              THE COURT:  Well, didn't you feel that you had hit

13    pay dirt when you happened to see these $297,000 transactions?

14              THE WITNESS:  I didn't think of it that way.

15              THE COURT:  It wasn't a Eureka moment?

16              THE WITNESS:  No.  It was more interesting.  It was

17    very interesting that it happened that way.  But, for example,

18    the yacht money comes in after the actual payment for the

19    yacht, but I know in money laundering cases, in my experience,

20    it's not a dollar-for-dollar analysis, it's a time frame

21    analysis.

22              THE COURT:  Go ahead, Ms. Levine.

23              MS. LEVINE:  Your Honor, I may not have anything

24    more.  If I might ask Mr. Handzlik, we may be done.

25              THE COURT:  All right.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          (Counsel confer off the record.)

 2   BY MS. LEVINE:

 3   Q.   In going through these accounts, Agent Binder, you

 4   noticed, though, that there were deposits from parties that

 5   weren't Lindsey Manufacturing, didn't you?

 6   A.   Yes.

 7   Q.   And did you investigate who those were at that time?

 8   A.   Not at that time.

 9   Q.   And did it matter to you who those were?

10   A.   Not at that time.  I was focused on Lindsey Manufacturing

11   deposits.

12   Q.   You started with the conclusion that Lindsey Manufacturing

13   had engaged in wrongdoing and set out to prove it?

14   A.   No, ma'am.

15   Q.   Well, you didn't look at alternate sources, and you

16   also -- right?

17   A.   I didn't -- I'm sorry.  Could you --

18   Q.   You didn't look at alternate sources for payments of what

19   you considered payments to Mr. Moreno?

20   A.   I looked at Lindsey Manufacturing deposits into the

21   account --

22   Q.   And --

23   A.   -- because -- I'm sorry.

24   Q.   Go ahead.  I apologize.

25   A.   -- because I noted that on the wire transfers from Lindsey
```

 1   Manufacturing, it mentioned CFE and it mentioned CFE invoices,

 2   and I knew at that point that money from the Grupo account was

 3   going out to buy things for a CFE official.

 4   Q.   And you didn't look at the other deposits to see whether

 5   they had any relation to CFE or anything else, right?

 6   A.   Not at that time.

 7   Q.   Not before you got the warrant?

 8   A.   Not before I got the warrant; that's correct.

 9   Q.   And you didn't look to see if the contracts Lindsey had

10   with CFE were legitimate in any way, did you?

11   A.   Well, I thought that part of what we would find at Lindsey

12   was a determination of whether they would be legitimate or not.

13   My purpose for the warrant was to show the magistrate probable

14   cause that there may be evidence of a crime at Lindsey.

15   Q.   And in doing that, you didn't look at any other sources

16   for the money that went into the account?

17   A.   Not at that time.

18   Q.   And you didn't put that in the affidavit, that there were

19   other sources in the account of money that could have been used

20   to buy these items?

21   A.   Correct.

22   Q.   And you didn't put in when you noted the 297,000 for the

23   Ferrari and the coincidence of payments, that other payments

24   had gone into the account from third parties that you didn't

25   investigate?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1   A.   At that time I didn't know about this wire transfer, so I

 2   didn't have information at that time.

 3   Q.   You had information about other sources of money into the

 4   account, right?

 5   A.   Some other sources, yes.

 6   Q.   And in doing your investigation before the warrant was

 7   issued, you said you had looked at I think it was the website

 8   of CFE and you saw that there were these contracts that CFE had

 9   let to Lindsey Manufacturing?

10   A.   Yes, I did.

11   Q.   And at the time you did this, did you do any investigation

12   with CFE to see what they thought about the contracts?

13   A.   Not at that time.

14             MS. LEVINE:  I have nothing further, Your Honor.

15             THE COURT:  Mr. Larson?

16             MR. LARSON:  No questions, Your Honor.

17             THE COURT:  Anything from you, Mr. Miller?

18             MR. MILLER:  Nothing, Your Honor.

19             THE COURT:  Okay.  Here's my rulings -- and I'm going

20   to -- because motion 222 is so closely tied -- almost

21   inextricably tied to 209, I am going to make some findings, at

22   least in part, of the motion to suppress the evidence seized

23   pursuant to the warrant that is the motion that's 209.

24             But before I proceed any further, is your client

25   here, Mr. McNicholas?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1          MR. MCNICHOLAS:  Yes, Your Honor, sitting right next

 2     to me.

 3          THE COURT:  Come back at 3:30.  I'm confident that we

 4     can complete that matter which you have been waiting for by 4

 5     o'clock.  I have to go to a meeting by 4 o'clock.  If you want

 6     to go have a cup of coffee and be back in 15 minutes -- because

 7     we need to give a break to the court reporter as well, but we

 8     will start at 3:30.

 9          Now, as most of my comments previously have

10     established, my overall conclusion and summary findings as to

11     the Franks motion Number 222 is that it's a strong motion, but

12     ultimately not strong enough to result in quashing the warrant

13     itself on the basis of invidious conduct by the affiant or by

14     the government generally.

15          Sloppy, it is.  And it may be a precursor of a lot of

16     problems that could arise -- I don't know if they will -- in

17     further proceedings, possibly motions, certainly if there's a

18     trial, as to whether or not the government has the goods.

19          This is not a preliminary ruling on a Rule 29 motion,

20     and it doesn't have to be because, as I've tried to stress --

21     and these are just comments flowing from me.  I don't have a

22     script here.  I didn't walk out into the courtroom with a

23     script and I won't have any when I rule orally on all of these

24     other dozens of motions, but if you excise the most invidious

25     portions of the Binder affidavit -- and you can step down, if

 1    you want, Ms. Binder -- there would be enough to warrant the

 2    issuance of the affidavit.

 3              That is the bottom line.

 4              The standard is not even that there is evidence,

 5    prima facie, of the commission of a crime.  The government

 6    cited cases for that proposition, and that's a correct

 7    conclusion, much less proof beyond a reasonable doubt, but is

 8    there enough to warrant the use of a warrant to pursue further

 9    evidence in the course of an investigation when you clean up

10    the errors, omissions and misrepresentations in the affidavit?

11    And I find that there is.

12              I also find that to the -- so that would be a

13    sufficient basis to deny the Franks motion just standing alone.

14              I can't make sense -- no, I won't put it that way.  I

15    can't make a finding as to the presence or absence of good

16    faith, or more precisely bad faith, in the drafting and seeking

17    of the affidavit, and I am referring now to the testimony of

18    Ms. Binder.

19              From the point of view of body language, I saw

20    nothing in her testimony today that suggests that she was in

21    any way dissembling or failing to testify truthfully.

22              These investigations have a life of their own, and my

23    guess is that this one began with some notion that the

24    government had that if ABB was on the hook and CFE was a

25    deep-pocketed source of revenue to American businesses, then

```
 1    really they should go further in their inquiry.  And then who
 2    knows what happened after that, but investigations don't take
 3    place in a vacuum.  They are not the only ones that a
 4    particular agent works on.  They are not the only ones that a
 5    particular team of AUSAs work on.
 6         They know at the outset that there isn't going to be
 7    all of the evidence and maybe not even anything close to enough
 8    evidence to indict, much less convict, but they have to surpass
 9    and satisfy a standard that permits a Court to get involved by
10    issuing a warrant.  And that's what happened here.  They
11    thought they had enough.  They weren't acting in a blind and
12    reckless way; very sloppy way, but for both prongs of the
13    Franks motion, I find that the government is entitled to
14    proceed further to the next step.
15         Now, the next step I thought would be today I would
16    rule on the actual search.  There are issues in the search that
17    get not just to probable cause, and implicit in my findings
18    today is a finding that there was probable cause, but there is
19    a serious challenge as to overbreadth and to certain other
20    things, and I will rule on those on Friday.
21         So I want to try to be practical about -- I'm going
22    to do something which may not be particularly judicious, but in
23    the hope that there is some kind of professional exchanges
24    going on between both sides, this may be of some benefit.
25         Mr. Miller, I am highly likely -- I'm not making a
```

1    final finding, but highly likely to grant the motion to

2    suppress Mr. Lindsey's statement -- I worked that one up, but

3    we will have to have a hearing on that -- and not quite as

4    likely, but leaning toward granting Mr. Lee's motion as well.

5          And I only mention that now because you are going to

6    have to assess what this case is really about.  My law clerk

7    told me that the revised witness list still has 70-some odd

8    witnesses.  I don't know if that's true.  I don't want to get

9    into trial management right now.

10          We are not going to have a trial that's cluttered up

11   in that fashion.

12          So we will take a break.  I have another matter that

13   is going to resume in 12 minutes, and I will see you here on

14   Friday.

15          Mr. Larson, would you come back for just a minute,

16   please.

17          MR. LARSON:  Yes, Your Honor.

18       *(Proceedings concluded.)*

19                        --oOo--

20

21

22

23

24

25

1

2

3                         CERTIFICATE

4

5      I hereby certify that pursuant to Section 753,

6  Title 28, United States Code, the foregoing is a true and

7  correct transcript of the stenographically reported

8  proceedings held in the above-entitled matter and that the

9  transcript page format is in conformance with the

10  regulations of the Judicial Conference of the United States.

11

12  Date: MARCH 24, 2011

13

14

15

16                      /s/  Cindy L. Nirenberg, CSR No. 5059

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

**$**

$1.8 [1] 45/22
$1.8 million [1] 45/22
$100,000 [3] 44/5 44/8 44/9
$14 [1] 17/11
$14,911,000 [1] 50/11
$145,000 [1] 16/12
$15 [2] 22/12 23/15
$174,000 [1] 16/17
$2,262,301 [2] 43/19 49/1
$297,000 [3] 55/12 62/25 65/13
$297,500 [1] 54/2
$300 [1] 40/14
$433,000 [3] 57/23 62/21 63/1
$433,000-approximate [1] 57/23
$5 [1] 43/25
$5,330,000 [1] 45/2
$5,333,000 [1] 42/6

**'**

'08 [1] 13/18

**-**

--oOo [1] 72/19

**.**

...that [1] 42/5

**/**

/s [1] 73/16

**0**

0211 [1] 2/16

**1**

10 [1] 12/2
100,000 [1] 43/20
1031 [1] 5/4
10th [2] 22/16 37/7
11 [5] 11/18 11/25 12/5 21/16 36/22
1126 [1] 2/15
115 [2] 55/9 55/20
11th [2] 15/9 15/10
12 [4] 12/2 13/2 19/9 72/13
120 [1] 55/10
13Th [1] 2/4
140 [1] 55/9
1400 [1] 2/9
14th [4] 11/15 25/22 32/17 34/13
15 [2] 52/20 69/6
17 [7] 21/16 22/5 30/17 36/20 36/22
57/10 57/12
18 [4] 11/17 11/18 13/2 15/16
19 [7] 22/12 23/14 35/7 36/12 49/24
50/10 51/22
1:30 [2] 1/18 5/2
1st [2] 26/3 26/10

**2**

2,000,262 [1] 48/19
2,262 [2] 44/4 52/22
2,262,301 [3] 43/25 44/4 45/18
20 [2] 20/5 32/9
20005 [2] 2/10
2002 [6] 16/4 16/18 45/3 45/5 46/6 47/22
2003 [9] 16/22 16/25 21/25 23/12 35/22
37/2 42/2 49/21 52/4
2004 [6] 22/16 37/2 37/7 38/13 45/4 46/7
2006 [7] 37/12 40/15 40/16 44/21 44/23
47/22 52/8
2007 [12] 22/17 22/17 37/4 37/8 37/9
38/14 44/24 54/6 55/5 55/9 55/16 62/22
2008 [15] 11/14 12/10 12/12 16/25 23/12
25/22 26/3 26/10 32/17 35/22 37/3

38/14 42/2 49/21 59/4
2010 [8] 25/19 27/12 27/15 30/9 30/25
31/7 32/3 59/9
2011 [3] 1/17 5/1 73/12
202-353-3462 [1] 2/11
209 [6] 6/12 41/9 41/10 56/1 68/21
68/23
20th [2] 25/23 32/3
21 [2] 20/6 37/17
210 [1] 6/16
213-622-4750 [1] 3/5
213-894-2434 [1] 2/5
213-977-0211 [1] 2/16
22 [2] 8/23 37/23
222 [5] 6/10 10/5 21/20 68/20 69/11
225 [1] 2/23
23 [5] 1/17 5/1 8/23 22/16 37/5
24 [1] 73/12
2434 [1] 2/5
2450 [1] 2/20
257 [1] 11/6
27 [3] 7/1 53/17 54/18
28 [2] 53/17 73/6
28th [1] 37/8
29 [1] 69/19
297,000 [3] 55/3 63/19 67/22

**3**

30 [1] 63/24
300 [1] 2/24
31 [1] 41/22
310-586-6542 [1] 2/21
312 [2] 1/24 2/4
32 [2] 57/10 57/12
3462 [1] 2/11
38 [1] 20/5
39 [1] 37/18
3:30 [2] 69/3 69/8
3rd [1] 37/9

**4**

40 [2] 37/23 63/24
400-E [1] 2/20
40th [1] 3/4
43 [1] 37/5
433,000 [1] 64/3
438 [1] 1/24
4750 [1] 3/5
4:00 [1] 6/15

**5**

5,300,000 [1] 48/18
50 [2] 7/10 7/11
5059 [2] 1/23 73/16
51 [23] 16/20 17/25 23/7 23/10 23/11
34/13 35/15 39/3 39/17 40/5 40/9 40/25
41/5 41/17 41/22 43/16 48/17 49/9
49/13 49/17 53/17 54/18 62/9
515 [1] 3/4
5th [6] 27/12 27/15 27/24 28/22 30/8
30/25

**6**

626-344-8530 [1] 2/25
6542 [1] 2/21
6th [1] 2/10

**7**

70-some [1] 72/7
753 [1] 73/5

**8**

8530 [1] 2/25

**9**

90012 [2] 1/24 2/5

90017 [1] 2/15
90071 [1] 3/5
90404 [1] 2/5
91101 [1] 2/24

**A**

ABB [6] 12/22 18/8 19/3 20/15 21/11
70/24
able [3] 22/19 29/13 55/12
about [51] 9/16 10/7 14/13 15/3 17/18
18/3 18/4 18/13 26/9 27/23 29/22 30/9
31/7 31/8 34/5 34/8 35/10 35/11 36/4
36/16 36/20 37/16 37/18 38/10 38/10
40/5 41/17 43/17 43/24 46/7 48/21 52/4
53/2 54/20 56/9 56/12 59/22 60/14
61/20 61/20 61/22 61/24 62/10 62/11
63/4 64/21 68/1 68/3 68/12 71/21 72/6
above [1] 73/8
above-entitled [1] 73/8
absence [1] 70/15
absolutely [2] 9/14 43/4
acceptable [1] 9/22
accomplish [1] 64/23
according [3] 37/6 37/7 63/9
account [78]
accounts [5] 17/3 19/7 21/22 47/7 66/3
accumulated [1] 46/12
accurate [2] 36/3 50/16
accurately [1] 48/13
acknowledged [3] 13/6 39/8 39/13
across [2] 34/21 34/23
Act [1] 48/6
acting [2] 42/14 71/11
activity [4] 47/18 47/21 47/23 47/24
actual [3] 64/8 65/18 71/16
actually [3] 37/11 37/22 46/11
added [1] 55/14
addition [1] 25/21
additional [4] 33/9 33/20 56/20 57/23
address [1] 54/20
adequately [1] 54/1
adjusted [1] 53/23
ADMITTED [1] 4/13
affiant [3] 49/1 52/21 69/13
affiant's [1] 53/6
affidavit [71] 11/1 11/8 11/13 12/19 13/1
13/13 14/6 14/9 15/20 16/21 16/25
18/19 19/16 21/16 21/19 21/20 22/11
25/21 26/1 26/4 27/2 27/12 27/16 27/24
28/13 28/23 28/25 29/11 30/4 30/8
30/18 31/1 31/9 32/15 32/17 32/19
33/12 34/2 34/13 36/19 37/15 39/15
40/10 41/23 42/1 48/25 51/3 52/19
52/24 53/10 53/14 53/19 54/2 57/8
58/22 58/23 59/10 59/13 63/18 64/14
67/18 69/25 70/2 70/10 70/17
affidavits [5] 25/17 27/8 31/7 34/10
58/14
after [9] 6/19 9/17 17/17 27/8 29/20 34/8
55/15 65/18 71/2
afternoon [11] 5/8 5/12 5/13 5/17 5/18
5/23 6/25 7/16 9/8 24/7 24/8
afterward [1] 10/2
again [10] 15/1 21/11 29/17 32/22 33/18
35/13 41/3 50/1 56/11 57/5
agency [2] 6/24 12/15
agent [50] 6/16 10/7 11/25 23/1 24/7
25/17 27/1 27/9 28/10 28/22 29/15 30/5
30/8 30/17 30/22 31/20 31/24 32/11
33/11 34/14 34/22 35/24 36/3 38/2
39/23 40/8 40/20 41/17 41/22 42/10
44/2 44/24 45/21 49/16 50/4 50/14
54/24 55/1 55/7 55/18 56/11 58/3 58/13
58/22 61/14 62/12 62/21 64/14 66/3

# A

**agent...** [1] 71/4
**agent's** [2] 31/12 62/8
**ago** [6] 24/9 30/3 31/20 35/25 36/19 56/4
**agree** [2] 17/20 47/6
**AGUILAR** [12] 1/9 2/13 5/5 5/14 18/9 18/10 19/6 19/6 26/6 42/13 62/1 62/1
**Aguilars** [1] 43/17
**ahead** [6] 28/1 49/14 57/4 61/2 65/22 66/24
**AHM** [1] 1/8
**alerted** [1] 57/20
**all** [41] 5/12 5/12 5/17 6/1 6/1 6/22 7/2 9/4 10/24 11/7 12/5 12/21 12/24 19/17 21/1 21/3 21/15 23/5 23/23 26/11 28/1 28/9 31/13 37/3 40/9 43/2 44/10 44/13 44/19 51/14 52/12 53/13 55/18 59/7 63/8 63/10 63/14 64/11 65/25 69/23 71/7
**allegation** [1] 25/25
**allegedly** [2] 40/12 52/7
**allocated** [1] 9/2
**allow** [1] 23/9
**allowed** [1] 12/24
**almost** [4] 22/12 23/15 54/3 68/20
**alone** [1] 70/13
**along** [3] 8/14 21/19 48/15
**already** [2] 41/2 54/14
**also** [10] 5/19 7/5 18/10 22/22 30/25 33/10 39/10 45/2 66/16 70/12
**alternate** [2] 66/15 66/18
**although** [1] 41/4
**am** [14] 6/3 7/9 8/19 30/16 39/24 40/6 53/5 53/19 54/7 54/25 55/25 68/21 70/17 71/25
**AMERICA** [1] 1/6
**American** [8] 22/9 35/4 37/13 37/16 40/14 44/6 44/20 70/25
**Amex** [2] 43/21 52/23
**amount** [17] 8/3 16/8 16/10 16/10 16/15 19/19 34/24 34/25 42/16 45/15 46/24 48/16 49/2 49/7 50/17 50/18 63/1
**amount was** [1] 34/24
**amounts** [1] 21/24 21/24 47/5
**analyses** [1] 7/21
**analysis** [7] 39/25 40/18 40/18 49/1 55/18 65/20 65/21
**ANGELA** [6] 1/9 5/5 5/14 18/10 19/6 62/1
**ANGELES** [6] 1/16 1/24 2/5 2/15 3/5 5/1
**another** [9] 6/14 20/25 22/14 24/18 25/7 43/7 52/16 55/8 72/12
**answer** [1] 63/18
**answered** [1] 52/9
**answering** [3] 32/12 34/12 35/18
**any** [30] 7/15 8/9 9/9 9/21 10/6 13/8 13/9 19/14 19/15 32/9 37/11 38/3 38/4 38/6 41/11 41/14 46/11 52/6 53/20 58/16 59/18 63/1 64/12 67/5 67/10 67/15 68/11 68/24 69/23 70/21
**anymore** [1] 41/12
**anything** [8] 45/25 48/19 49/11 58/7 65/23 67/5 68/17 71/7
**anyway** [1] 53/25
**anywhere** [1] 8/15
**apologize** [3] 11/22 18/16 66/24
**apparent** [1] 63/21
**appear** [1] 21/2
**appearances** [3] 2/1 3/1 5/7
**appeared** [2] 15/10 16/16
**appearing** [1] 5/9
**appears** [8] 13/23 15/6 15/25 21/16 30/6 30/24 31/4 32/3

**applicable** [1] 12/21
**application** [6] 24/2 24/24 25/2 25/21 49/4 56/1
**appreciate** [2] 54/15 56/6
**approach** [6] 26/15 27/19 28/4 28/16 30/13 40/1
**appropriate** [1] 10/7
**approximate** [4] 16/10 16/13 54/2 57/23
**approximately** [11] 15/9 16/9 16/11 16/17 17/10 35/7 36/12 44/23 63/20 63/24 64/14
**are** [40] 5/10 5/20 6/4 6/4 6/7 6/9 7/1 7/9 8/4 14/15 20/23 29/13 34/1 35/10 35/10 37/18 40/7 41/4 42/19 43/4 43/23 44/19 47/10 48/5 48/6 53/7 53/8 53/9 53/10 54/9 58/17 60/1 62/12 63/23 69/21 71/3 71/4 71/16 72/5 72/10
**area** [1] 13/21
**aren't** [1] 60/17
**argument** [2] 39/7 56/7
**arise** [1] 69/16
**around** [3] 13/20 33/25 62/22
**arrived** [1] 43/9
**articulate** [1] 7/21
**as** [64] 6/21 8/6 10/23 11/14 12/23 12/23 13/12 14/1 18/11 18/13 18/16 19/6 20/19 20/19 20/20 20/20 23/2 23/3 23/3 23/20 23/20 28/20 28/20 29/7 29/25 31/8 31/14 31/14 31/21 36/18 39/8 40/3 40/7 42/10 42/14 46/14 48/17 48/25 49/7 50/22 51/17 54/2 56/3 56/17 56/20 57/2 57/19 57/22 61/3 62/6 62/8 64/11 64/22 65/3 65/3 69/7 69/6 69/10 69/18 69/20 70/15 71/19 72/8 72/10
**ask** [16] 10/9 28/7 29/25 34/6 34/9 41/17 41/19 49/10 52/16 56/11 56/17 58/13 58/13 60/24 63/14 65/24
**asked** [6] 26/9 36/18 50/21 51/12 52/9 52/21
**asking** [7] 23/6 36/15 37/18 38/11 40/6 51/1 51/2
**aspect** [2] 9/21 55/15
**assertion** [2] 13/11 31/8
**assess** [1] 72/6
**ASSISTANT** [3] 2/3 2/8 2/9
**assisted** [1] 5/15
**assume** [3] 50/7 58/25 61/22
**assuming** [1] 61/5
**assurance** [1] 5/23
**attached** [6] 8/5 59/16 59/23 59/23 59/24 59/25
**attempting** [2] 23/16 25/6
**attention** [5] 28/22 32/16 56/22 57/13 63/19
**attorney** [14] 2/2 2/3 2/8 2/9 2/14 2/14 2/19 2/19 2/23 3/3 3/3 5/10 15/8 33/6
**attorneys** [2] 5/10 13/22
**August** [9] 32/3 32/9 37/12 40/15 44/21 47/22 52/7 52/8 59/9
**AUSA** [1] 33/6
**AUSAs** [1] 71/5
**authorize** [1] 24/25
**authorized** [1] 53/21
**available** [2] 49/8 58/18
**avenue** [3] 2/9 2/20 2/23
**awarded** [3] 49/23 50/10 51/22
**aware** [3] 8/19 22/1 34/1

# B

**B-I-N-D-E-R** [1] 10/20
**back** [26] 10/2 11/14 13/21 16/4 17/11 17/23 19/22 19/25 24/20 25/5 25/7 32/24 33/8 33/15 33/18 35/7 36/2 36/8 36/13 45/3 53/8 58/11 59/1 69/3 69/6 72/15

**background** [11] 12/7 18/6 18/7 18/12 18/15 19/5 20/3 20/14 21/11 23/5 53/7 28/15 19/5 33/4 48/20 70/16
**bad** [3] 33/4 48/20 70/16
**balance** [1] 55/17
**Banco** [3] 27/16 27/17 28/15
**based** [15] 6/23 7/4 12/20 13/2 17/5 20/7 20/14 20/20 21/8 21/11 40/18 41/25 51/2 51/8 57/24
**bases** [1] 7/20
**basically** [2] 20/18 23/12
**basis** [12] 7/25 22/1 38/11 40/1 40/23 48/8 53/1 53/9 61/5 62/6 69/13 70/13
**Bear** [4] 47/7 47/9 47/20 55/2
**bearing** [2] 12/8 61/7
**because** [25] 6/9 8/3 16/24 17/1 19/3 19/18 23/5 39/17 41/5 45/22 48/14 48/21 52/14 53/10 54/21 56/19 56/24 59/2 63/4 66/23 66/25 68/20 69/6 69/20 72/5
**been** [42] 6/8 8/5 10/22 11/21 12/22 14/3 14/4 15/6 19/14 22/12 31/7 31/20 37/4 46/25 48/17 48/22 48/23 49/3 49/4 50/7 50/17 50/22 50/23 51/15 52/7 53/4 53/4 53/10 53/11 53/18 53/19 53/19 53/23 53/25 55/12 60/19 63/1 63/8 63/10 64/14 67/19 69/4
**before** [23] 7/1 9/13 9/18 10/6 10/13 15/11 15/19 21/25 38/3 40/12 45/25 46/3 46/11 51/17 57/1 60/6 61/16 61/20 63/17 67/7 67/8 68/6 68/24
**began** [5] 12/13 17/16 18/7 43/8 70/23
**beginning** [4] 7/24 11/25 16/22 20/5
**begins** [7] 11/18 37/17 41/25 49/17 50/4 52/19 57/16
**behalf** [5] 5/9 5/14 5/19 5/24 56/19
**being** [5] 5/15 15/22 20/16 48/1 58/23 59/24 59/25
**belabor** [3] 26/23 40/8 41/12
**believe** [38] 12/10 12/12 14/5 14/6 16/4 16/11 16/22 17/12 22/17 25/11 25/11 28/10 28/22 30/8 32/8 32/9 32/18 34/12 34/16 34/20 35/24 36/19 37/4 37/5 40/6 40/16 41/16 42/2 46/13 51/6 55/5 56/13 56/19 57/9 59/12 60/12 60/13 64/8
**believed** [3] 20/16 44/3 46/14
**believes** [1] 62/12
**below** [1] 55/17
**benefit** [6] 6/5 49/3 51/21 64/25 65/6 71/24
**best** [2] 9/10 23/3
**between** [19] 13/22 19/2 21/9 21/22 21/24 23/4 23/12 29/12 38/21 40/12 42/2 45/7 46/6 46/6 48/16 48/19 50/7 64/24 71/24
**beyond** [2] 55/25 70/7
**bill** [1] 37/16
**bills** [2] 43/21 52/23
**binder** [46] 6/16 10/8 10/19 10/21 10/24 11/7 12/1 14/15 23/2 24/7 25/17 26/12 27/1 27/9 29/15 29/24 31/24 32/11 34/14 34/22 35/24 36/3 38/2 39/24 40/21 41/17 41/22 44/2 44/25 45/21 49/16 50/4 50/14 54/24 55/1 55/7 56/12 56/23 58/5 58/22 61/14 63/15 66/3 69/25 70/1 70/18
**Binder's** [2] 28/22 31/21

**B**

bit [2] 12/14 38/24
blanks [1] 33/2
blind [1] 71/11
Bluffview [2] 26/5 26/5
body [1] 70/19
both [8] 6/20 19/7 21/2 21/2 33/8 37/23 71/12 71/24
bother [1] 18/3
bottom [1] 70/3
Boulevard [2] 2/15
box [1] 61/25
Brady [1] 8/18
break [2] 69/7 72/12
bribe [2] 20/23 46/11
bribes [2] 20/16 46/12
bring [3] 43/7 56/21 56/24
brought [3] 55/21 60/9 60/12
build [1] 54/13
buildings [5] 6/12 6/15 8/12 18/2 24/25
built [1] 46/4
business [2] 12/21 48/23
businesses [1] 70/25
busino [2] 3/3 5/24
buttress [1] 18/25
buy [5] 43/19 45/18 54/3 67/3 67/20

**C**

ca [5] 2/5 2/15 2/21 2/24 3/5
calendar [1] 9/19
CALIFORNIA [4] 1/2 1/16 1/24 5/1
called [3] 10/4 59/10 61/25
Calling [1] 5/4
came [10] 17/8 44/14 44/17 46/5 46/8 46/14 46/18 46/20 51/20 59/1
can [10] 6/3 6/5 28/20 30/11 31/13 58/8 58/15 62/7 69/4 69/25
can't [9] 16/5 24/19 37/13 37/14 38/6 38/9 55/10 70/14 70/15
capitalized [1] 21/3
caps [1] 21/3
captioned [1] 11/19
car [1] 35/4
card [6] 22/9 35/4 37/14 37/16 43/21 44/6
careful [1] 53/20
carefully [1] 53/23
case [16] 9/14 9/21 14/6 14/10 21/12 25/18 25/19 26/20 33/11 34/3 42/15 48/6 48/12 60/20 61/20 72/6
cases [4] 8/25 20/20 65/19 70/6
catch [4] 15/12 15/14 19/10 29/19
caught [1] 19/12
cause [28] 10/13 12/20 16/21 17/2 17/16 18/1 18/15 19/1 19/5 20/2 23/6 23/18 23/22 39/5 39/16 39/19 42/2 51/5 51/9 51/12 51/13 51/25 52/20 53/13 64/18 67/14 71/17 71/18
CDT [5] 25/6 25/6 59/10 59/10 60/10
CENTRAL [2] 1/2 9/8
certain [9] 7/17 7/19 10/6 10/9 16/22 21/22 21/23 40/6 71/19
certainly [4] 17/24 51/7 56/3 69/17
CERTIFICATE [1] 73/3
certify [1] 73/5
Cesar [1] 43/17
cetera [2] 50/11 53/17
CFE [35] 6/23 7/4 17/6 17/6 17/9 17/22 17/23 19/19 19/21 22/20 23/4 35/2 35/3 35/5 36/20 36/24 38/3 38/13 40/12 42/19 43/3 49/23 50/9 50/18 51/9 51/21 67/1 67/1 67/3 67/5 67/10 68/8 68/8 68/12 70/24
challenge [7] 13/1 21/18 22/2 31/8

challenged [3] 41/10 48/9 53/18
chambers [1] 9/17 10/2
chance [5] 6/20 54/8 54/9 54/13 56/16
change [4] 26/24 45/2 56/4 58/25
changes [2] 58/22 59/18
characterizes [1] 13/12
charges [3] 48/5 48/6 48/7
chart [1] 61/19
charts [2] 60/19 61/22
check [2] 23/10 31/3
choose [1] 7/12
chose [2] 55/1 55/13
CINDY [2] 1/23 73/16
circular [7] 19/24 34/17 34/20 35/25 36/5 38/20 62/10
cited [2] 48/13 70/6
claimed [1] 48/24
clarification [1] 36/15
clarifications [2] 33/10 33/20
clarify [2] 31/18 36/5
clarity [1] 32/16
clause [1] 49/23
clean [1] 70/9
clear [5] 40/10 46/19 57/1 64/23 65/6
clerk [3] 8/3 28/5 72/6
client [1] 68/24
clients [1] 54/9
clinic [1] 9/15
close [5] 8/15 55/2 63/10 64/22 71/7
closely [1] 68/20
closer [1] 46/8
cluttered [1] 72/10
co [2] 33/11 56/16
co-case [1] 33/11
co-counsel [1] 56/16
Code [1] 73/6
coffee [1] 69/6
coincidence [1] 67/23
collectively [1] 7/12
Colorado [1] 2/20
come [8] 10/2 15/25 43/10 46/3 55/2 63/18 69/3 72/15
comes [1] 65/18
coming [3] 45/14 54/14 57/24
comments [4] 8/16 54/20 69/9 69/21
commingling [1] 36/10
commission [2] 42/10 70/5
COMPANY [1] 53/15
compare [1] 53/15
complete [2] 6/19 8/9 69/4
completely [1] 23/3
comply [1] 25/6
compound [1] 44/21
computer [1] 60/13
computers [1] 25/3
concentrating [1] 34/16
conclude [1] 63/12
concluded [1] 72/18
conclusion [10] 9/17 16/20 22/18 24/2 39/17 51/4 62/9 66/12 69/10 70/7
conduct [2] 31/7 69/13
conducted [1] 9/2
confer [1] 66/1
conference [2] 9/9 73/10
confident [1] 69/3
confirmed [1] 17/9
conformance [1] 73/9
connection [4] 16/6 23/4 25/18 64/24
consider [2] 17/15 52/21
considered [2] 21/12 66/19
contain [1] 53/24
contained [4] 17/5 39/3 39/12 59/19
contains [3] 8/16 30/7 30/9
contend [1] 44/10

content [1] 7/20
contents [1] 39/2
context [1] 7/20
continue [3] 9/6 9/12 25/9
continued [1] 3/1
continues [1] 22/7
contract [7] 22/24 22/25 37/4 37/6 37/8 42/25 43/2
contracts [32] 17/6 17/11 17/23 19/21 19/25 22/12 22/15 22/19 23/14 23/20 35/2 35/7 35/12 36/2 36/12 36/20 36/24 37/2 38/3 38/13 38/17 40/23 42/19 42/22 49/24 50/11 50/18 50/22 51/22 67/9 68/8 68/12
contractual [2] 40/11 40/11
contributor [1] 45/16
convey [4] 17/1 23/21 35/9 36/14
convict [1] 71/8
convinced [1] 53/19
copies [2] 34/6 34/9
copy [4] 26/13 30/12 31/18 64/8
correct [68] 11/11 11/12 11/15 11/16 13/7 14/21 14/24 15/2 16/7 16/19 16/23 16/24 17/19 17/20 20/11 23/8 23/13 23/16 24/12 24/15 25/8 25/19 25/23 26/1 27/6 29/18 29/21 30/5 30/17 31/2 32/7 32/19 32/25 33/13 34/22 36/21 36/25 37/3 37/12 38/5 38/14 38/15 38/18 38/22 42/6 43/1 43/4 44/6 44/11 45/4 46/1 46/2 47/1 47/8 47/12 47/22 47/25 50/19 50/24 51/10 51/16 52/4 59/8 59/20 67/8 67/21 70/6 73/7
corrected [2] 24/21 27/3
corrupt [4] 40/24 48/6 52/19 53/15
corruption [1] 38/17
cost [1] 7/10
could [15] 8/11 8/12 12/7 12/23 23/3 26/14 34/7 34/10 42/18 62/25 63/8 64/22 66/17 67/19 69/16
couldn't [1] 63/2
counsel [7] 2/1 3/1 5/7 5/10 50/1 56/1 66/1
count [1] 7/1
couple [2] 52/16 60/23
course [4] 7/23 18/20 54/16 70/9
court [23] 1/1 1/23 4/4 10/13 32/1 32/14 40/7 41/16 42/24 45/6 54/16 54/21 56/7 56/11 56/18 56/25 57/1 57/12 58/3 58/9 58/13 69/7 71/9
Court's [7] 7/18 7/19 54/20 56/5 56/10 56/22 58/15
courtroom [2] 40/22 69/22
cover [1] 37/2
CR10 [2] 1/8 5/4
CR10-1031 [1] 5/4
CR10-1031-AHM [1] 1/8
credibility [1] 31/12
credits [2] 47/15 64/10
crime [4] 51/4 52/1 67/14 70/5
Criminal [1] 2/7
CROSS [4] 4/4 4/5 24/5 58/20
CROSS-EXAMINATION [4] 4/4 4/5 24/5 58/20
Crowell [1] 3/2
crux [1] 52/24
CSR [2] 1/23 73/16
cup [1] 69/6
custodian [1] 47/10
custody [1] 5/15

**D**

daily [2] 7/13 7/24
dark [1] 9/11
database [2] 37/6 37/7
date [9] 11/15 25/13 26/8 29/22 30/25

**D**

**date...** [4] 32/1 48/8 48/8 73/12
**date-by-date** [1] 48/8
**dates** [2] 31/3 55/4
**day** [1] 9/4
**DC** [1] 2/10
**deal** [3] 8/21 9/10 48/4
**debits** [2] 47/15 64/10
**December** [2] 26/3 26/10
**decided** [1] 10/5
**decision** [3] 39/1 39/1 60/10
**declarations** [1] 54/25
**deep** [1] 70/25
**deep-pocketed** [1] 70/25
**defendant** [4] 2/13 3/2 5/14 61/1
**DEFENDANT'S** [1] 4/13
**defendants** [6] 1/11 2/17 6/4 7/13 14/3 24/3
**Defendants'** [8] 29/9 29/25 30/1 31/21 31/22 61/4 61/9 61/11
**defense** [6] 29/7 34/2 34/8 39/7 39/11 58/9
**degree** [1] 48/11
**deleted** [1] 25/8
**delve** [1] 53/5
**deny** [2] 54/7 70/13
**deny the** [1] 54/7
**Department** [2] 2/6 33/6
**depending** [1] 6/13
**deposit** [4] 55/8 55/11 55/22 63/4
**deposits** [26] 21/23 24/12 29/18 30/10 39/12 45/13 45/14 46/17 47/12 48/2 54/4 55/1 55/6 55/12 55/13 55/16 63/22 63/24 63/25 64/2 64/11 65/9 66/4 66/11 66/20 67/4
**descriptive** [1] 8/10
**detail** [1] 57/22
**determination** [1] 67/12
**determine** [5] 39/14 39/16 39/21 52/25 64/21
**determined** [2] 7/11 35/5
**determining** [1] 17/15
**devious** [1] 53/7
**devoted** [1] 9/11
**did** [53] 11/20 12/8 12/14 12/20 13/7 13/12 13/14 13/16 15/3 15/12 15/13 15/13 15/15 15/17 18/3 18/18 18/24 19/5 19/10 20/12 24/20 30/23 33/5 33/23 34/6 34/7 34/8 39/4 40/6 42/11 42/24 47/19 58/25 59/4 59/6 59/8 59/12 59/13 60/3 60/5 60/8 63/13 63/18 64/3 64/10 65/2 65/5 66/7 66/9 67/10 68/10 68/11 68/11
**didn't** [40] 19/4 19/17 27/9 29/19 38/12 38/16 42/13 42/15 42/22 43/2 44/21 44/24 45/4 45/8 45/12 47/16 50/14 50/15 59/7 59/11 59/18 59/22 60/1 60/4 62/13 65/12 65/14 66/5 66/15 66/17 66/18 67/4 67/9 67/15 67/18 67/22 67/24 68/1 68/2 69/22
**difference** [4] 19/15 21/4 21/7 21/8
**different** [2] 14/14 49/10
**dime** [1] 40/12
**dire** [1] 9/1
**direct** [5] 4/4 56/1 56/24 57/13 61/6
**directed** [1] 24/3
**directing** [4] 18/10 28/21 32/16 56/23
**directly** [5] 12/14 13/10 20/22 49/3 53/5
**director** [2] 18/9 20/18
**director/owner** [1] 18/9
**dirt** [1] 65/13
**disagree** [1] 54/16
**disclose** [1] 21/24
**disclosed** [1] 63/9
**disclosure** [1] 22/20
**discovered** [2] 67/6 67/7
**discovery** [1] 34/5
**discrepancy** [2] 48/16 48/18
**discuss** [6] 15/15 15/17 29/12 50/8 59/4 60/8
**discussed** [5] 31/20 36/23 59/3 60/6 60/9
**discussing** [5] 32/11 32/12 34/15 43/16 60/15
**discussion** [1] 34/5
**discussions** [1] 61/22
**dismiss** [2] 6/23 7/4
**dissembling** [1] 70/21
**distinguish** [1] 21/23
**DISTRICT** [4] 1/1 1/2 1/3 9/9
**DIVISION** [2] 1/2 2/7
**do** [45] 6/16 8/24 9/14 9/15 10/12 10/15 11/1 11/2 11/4 12/5 12/6 14/9 23/23 23/25 25/13 26/6 26/11 26/13 27/12 27/15 29/2 30/20 31/16 31/17 31/24 32/8 32/8 34/1 34/17 37/5 41/15 41/15 41/23 41/24 45/12 49/17 50/11 52/22 52/22 54/8 61/14 62/5 62/5 68/11 71/22
**docket** [4] 8/2 8/6 8/7 21/20
**document** [3] 14/18 57/23 57/24
**documents** [11] 11/20 12/8 12/12 12/14 12/18 12/21 12/23 12/24 19/14 26/24 38/10
**does** [2] 20/22 30/10
**doesn't** [6] 8/8 8/13 8/14 48/11 56/3 69/20
**doing** [3] 9/10 67/15 68/6
**DOJ** [1] 5/10
**dollar** [8] 48/8 48/8 50/17 54/4 64/22 64/22 65/20 65/20
**dollar-for-dollar** [3] 48/8 64/22 65/20
**dollars** [3] 42/9 47/24 55/21
**don't** [33] 11/23 12/24 14/13 20/24 25/16 28/12 28/14 28/14 30/12 33/1 33/24 34/11 38/10 41/3 41/11 49/6 54/10 55/4 56/2 56/9 56/14 58/1 58/25 59/12 59/22 60/12 61/17 63/3 69/16 69/21 71/2 72/8 72/8
**done** [3] 39/25 40/19 65/24
**doubt** [2] 55/25 70/7
**Doug** [1] 33/6
**DOUGLAS** [2] 2/3 5/8
**down** [2] 14/13 69/25
**downright** [1] 48/20
**dozens** [1] 69/24
**Dr** [1] 5/19
**draft** [11] 15/6 15/7 15/8 15/11 32/20 32/23 33/12 33/18 34/9 59/1 62/4
**drafting** [3] 18/19 63/18 70/16
**drafts** [22] 13/21 13/22 13/23 13/25 14/2 14/4 14/15 14/16 14/18 14/22 15/1 15/4 32/14 32/18 33/5 33/8 33/23 34/2 34/6 58/14 58/17 61/1
**draw** [4] 40/21 50/21 51/13 62/5
**Dream** [1] 27/13
**duly** [1] 10/22
**during** [18] 17/4 17/7 17/9 17/10 19/20 22/11 35/3 35/6 36/10 36/12 44/17 49/17 49/22 50/5 50/9 51/20 51/22 65/9
**Durkin** [2] 40/19 54/25
**Durkin's** [1] 55/18
**duty** [2] 7/15 56/20

**E**

**e-mail** [3] 14/24 15/9 15/10
**e-mailed** [2] 15/7 33/1
**each** [3] 42/24 46/16 46/18
**earlier** [2] 40/9 42/1
**early** [5] 9/8 12/11 13/18 13/19 55/9

**effect** [1] 34/18
**efficiently** [3] 28/20 31/14 54/11
**either** [2] 59/5 60/4
**electronically** [5] 25/14 27/2 29/21 31/19 32/2
**eleven** [1] 49/25
**Elsa** [1] 43/10
**else** [4] 53/18 58/7 62/19 67/5
**employment** [1] 2/22
**encourage** [1] 39/20
**end** [2] 52/10 52/15
**enforceable** [1] 8/3
**enforcement** [1] 12/15
**engaged** [1] 66/13
**enormous** [1] 8/3
**enough** [7] 51/25 62/14 69/12 70/1 70/8 71/7 71/11
**Enrique** [3] 18/9 19/6 62/1
**entire** [1] 44/4
**entities** [1] 42/18
**entitled** [3] 7/17 71/13 73/8
**entry** [2] 8/11 57/22
**error** [6] 13/12 15/14 19/10 29/19 31/9 56/20
**errors** [1] 70/10
**ESI** [1] 32/5
**especially** [2] 7/8 54/8
**essential** [1] 53/10
**essentially** [1] 24/9
**establish** [5] 18/25 40/5 40/6 48/20 51/24
**established** [2] 18/1 69/10
**et** [2] 50/11 53/17
**Eureka** [1] 65/15
**even** [12] 18/3 19/2 39/4 41/10 45/24 53/13 54/18 56/1 62/11 63/10 70/4 71/7
**event** [2] 9/9 13/8
**events** [3] 9/5 18/3 18/4
**eventually** [2] 14/19 52/25
**ever** [2] 40/12 45/25
**everything** [2] 51/3 53/18
**evidence** [17] 13/8 13/17 23/17 23/18 23/21 49/7 51/4 51/6 51/25 52/1 52/25 67/14 68/22 70/4 70/9 71/7 71/8
**evidently** [1] 63/9
**evolving** [2] 33/14 33/15
**exact** [6] 16/5 24/19 36/7 46/6 48/8 55/4
**exactly** [4] 33/24 40/21 46/19 55/10
**examination** [7] 4/4 4/4 4/5 24/5 47/14 56/24 58/20
**examined** [2] 47/7 47/11
**example** [3] 8/10 17/17 65/17
**except** [1] 6/22
**exchange** [1] 33/23
**exchanged** [2] 32/14 32/18
**exchanges** [1] 71/23
**excise** [1] 69/24
**excised** [1] 53/14
**executed** [7] 11/14 15/20 25/13 27/2 27/8 31/1 32/17
**execution** [1] 59/4
**exercised** [1] 58/13
**exhibit** [9] 11/6 29/7 29/9 29/25 30/1 31/22 61/9 61/11 62/4
**EXHIBITS** [1] 4/13
**expected** [1] 19/11
**experience** [3] 20/7 46/2 65/19
**explain** [3] 41/3 45/6 58/8
**explained** [2] 18/8 39/13
**Express** [7] 22/9 35/4 37/13 37/16 40/15 44/6 44/20
**extant** [1] 58/18
**extend** [1] 7/3
**extensive** [2] 40/11 40/18
**extent** [1] 23/4

**F**

**F-A-R-R-E-L-L [1]** 10/20
**facie [1]** 70/5
**facilitating [1]** 20/9
**fact [18]** 6/2 25/17 29/15 34/1 36/18
37/10 38/2 40/14 40/20 43/24 44/20
45/17 49/6 57/20 60/9 63/6 65/8 65/10
**facts [1]** 33/20
**factual [1]** 51/8
**failed [1]** 21/21
**failing [1]** 57/18
**fair [4]** 21/22 41/4 53/9 56/3
**fair-minded [2]** 41/4 56/3
**faith [3]** 48/20 70/16 70/16
**fall [2]** 13/18 13/19
**false [4]** 39/3 39/4 40/25 60/2
**falsehood [1]** 48/20
**falsities [1]** 39/15
**far [2]** 6/14 21/9
**Farrell [1]** 10/19 10/21
**fashion [2]** 7/12 72/11
**fast [1]** 50/2
**favors [1]** 17/25
**FBI [1]** 14/23
**features [2]** 53/13 53/14
**February [4]** 44/24 54/6 55/8 55/9
**fee [1]** 20/9
**feel [1]** 65/12
**feeling [2]** 6/2 58/15
**fell [2]** 55/17 55/20
**Ferrari [14]** 22/9 43/20 44/5 44/23 52/22
54/3 54/21 55/13 62/23 62/25 63/8
63/21 65/4 67/23
**few [3]** 31/6 36/18 56/4
**figure [1]** 44/9
**file [2]** 7/15 8/1
**filings [1]** 8/1
**fill [1]** 33/3
**final [3]** 15/11 57/1 72/1
**find [13]** 23/7 28/17 29/13 29/23 35/13
51/1 51/2 51/25 65/5 67/11 70/11 70/12
71/13
**finding [7]** 56/4 56/6 62/5 63/5 70/15
71/18 72/1
**findings [7]** 7/21 48/14 52/14 52/17
68/21 69/10 71/17
**finish [2]** 54/1 54/11
**finished [1]** 49/12
**first [12]** 10/19 10/22 11/20 12/8 12/11
31/8 37/6 40/3 40/9 56/23 60/12 60/13
**five [6]** 6/12 6/15 8/13 9/17 18/2 33/24
**Floor [2]** 2/4 2/10 3/4
**flow [5]** 15/21 17/17 17/17 21/14 48/8
**Flower [1]** 3/4
**flowing [1]** 69/21
**focus [13]** 16/24 17/12 17/20 17/24
19/18 19/23 20/2 39/20 41/7 47/17
47/17 48/2 48/2
**focused [2]** 39/17 66/10
**focusing [1]** 41/5
**follow [6]** 6/20 23/24 27/23 39/24 53/16
57/5 61/6
**follow-up [1]** 27/23
**following [2]** 9/12 50/9
**follows [1]** 10/23
**for that [1]** 70/6
**forcefully [1]** 54/19
**foregoing [2]** 41/25 73/6
**foreign [2]** 20/9 48/6
**forget [1]** 9/13
**forgive [2]** 17/14 34/14
**formal [1]** 8/13
**format [1]** 73/9
**forms [2]** 22/22 35/1

**forth [5]** 10/8 13/21 23/2 23/7 54/2
**forward [1]** 43/10
**forwarded [5]** 16/2 32/20 32/22 32/23
33/10
**found [5]** 25/8 49/1 51/6 56/20 57/2
**foundation [1]** 61/12
**fourteen [1]** 49/24
**frame [41]** 13/21 15/24 16/1 16/25 17/4
17/8 17/10 17/10 17/13 17/14 17/16
18/4 19/20 21/25 22/8 22/11 22/13
22/15 22/16 22/18 23/12 24/20 25/5
35/3 35/6 35/10 35/12 35/17 35/19
36/11 36/12 36/17 38/8 46/17 46/20
51/20 51/22 52/3 54/5 65/9 65/20
**frames [1]** 46/14
**Franks [14]** 6/8 8/11 10/4 21/19 31/10
39/14 41/7 48/10 49/8 53/12 61/7 69/11
70/13 71/13
**fraud [2]** 2/7 38/17
**free [1]** 48/21
**Friday [7]** 6/25 7/14 8/21 9/7 9/12 71/20
72/14
**front [2]** 5/21 41/23
**full [1]** 10/17
**fundamental [2]** 21/18 22/1
**funded [1]** 63/6
**funds [3]** 18/10 40/17 48/12
**further [8]** 20/7 53/1 68/14 68/24 69/17
70/8 71/1 71/14

**G**

**game [1]** 53/7
**gave [2]** 36/21 38/3
**geared [1]** 56/17
**generally [3]** 22/17 39/23 69/14
**generated [2]** 11/21 12/22
**get [13]** 6/14 7/24 10/25 12/14 31/16
34/14 34/21 34/23 41/7 58/11 71/9
71/17 72/8
**gets [1]** 41/8
**getting [2]** 18/21 48/5
**Girardi [1]** 2/13
**give [6]** 6/20 10/13 11/5 29/8 29/8
38/24 54/7 54/13 56/11 56/16 69/7
**given [6]** 7/15 8/9 44/11 51/14 52/7 54/9
**giving [2]** 9/1 39/24
**Global [3]** 42/5 57/17 64/7
**go [17]** 8/24 14/13 20/22 24/20 28/1
28/19 43/5 46/16 49/14 57/4 61/2 61/19
65/22 66/24 69/5 69/6 71/1
**God [1]** 10/14
**goes [4]** 12/2 20/23 20/24 62/2
**going [41]** 6/7 6/9 6/25 7/9 8/4 9/21
17/11 17/23 19/19 19/21 19/21 19/24
19/25 19/25 20/24 26/24 34/24 34/25
35/7 38/14 39/2 43/16 46/3 52/14 54/7
54/12 56/14 56/25 61/24 64/24 64/25
66/3 67/3 68/19 68/21 71/6 71/21 71/24
72/5 72/10 72/13
**Goldberg [2]** 2/8 5/11
**GOMEZ [1]** 1/9 5/5
**gone [2]** 20/21 67/24
**good [9]** 5/8 5/12 5/13 5/17 5/18 5/23
24/7 24/8 70/15
**goods [1]** 69/18
**got [10]** 12/12 12/18 12/21 12/23 25/22
28/19 29/20 48/15 67/7 67/8
**government [23]** 6/24 7/5 7/11 13/6 13/8
13/11 17/25 21/10 35/6 39/18 39/23
48/13 49/24 50/11 56/19 57/2 57/19
58/14 69/14 69/18 70/5 70/24 71/13
**grace [2]** 2/19 5/20
**grant [2]** 51/8 72/1
**granted [1]** 6/9
**granting [1]** 72/4

**gratuities [2]** 51/14 52/6
**Greenberg [1]** 2/18
**Grupo [70]** 13/19 15/21 15/25 16/11
16/14 17/3 17/7 17/8 17/18 17/21 17/22
17/22 18/11 19/7 19/19 19/21 19/23
20/8 20/19 21/2 21/2 21/8 21/22 21/25
22/6 22/23 23/4 23/19 34/24 35/1 35/2
35/3 36/1 36/7 36/11 37/11 38/21 38/22
39/11 40/24 42/10 42/13 42/18 42/22
42/25 44/1 44/14 44/17 45/3 45/8 45/13
45/14 45/24 46/25 47/7 47/8 47/20 49/2
51/15 54/5 55/2 55/14 55/17 61/25 62/2
63/19 64/7 64/24 64/25 67/2
**Grupo's [3]** 42/5 48/18 57/17
**Guernsey [1]** 33/11
**guess [2]** 8/22 70/23
**guidance [3]** 9/1 38/25 41/5
**guidepost [1]** 7/8

**H**

**had [53]** 8/19 11/21 13/4 15/20 16/14
18/5 18/8 19/3 19/14 19/16 21/25 22/10
22/11 23/21 24/14 25/25 26/13 29/17
32/14 33/2 33/9 34/2 38/13 42/25 46/25
48/25 49/1 49/1 50/7 50/17 50/22 50/23
51/15 52/7 52/22 52/22 53/18 53/19
55/11 61/22 63/7 63/10 64/14 65/12
66/13 67/5 67/9 67/24 68/3 68/7 68/8
70/24 71/11
**half [1]** 46/7
**hand [2]** 10/11 28/5
**handing [1]** 11/6
**hands [2]** 30/12 31/21
**HANDZLIK [11]** 2/19 4/4 5/19 23/23 25/9
26/19 31/5 37/18 43/13 57/5 65/24
**Handzlik's [1]** 35/18
**hang [1]** 12/3
**happened [7]** 16/22 19/3 58/9 65/13
65/17 71/2 71/10
**happens [1]** 20/22
**harder [1]** 48/19
**has [16]** 6/8 9/15 13/6 13/8 31/20 39/7
39/11 40/19 43/9 51/8 53/18 56/1 57/2
61/6 69/18 72/7
**have [101]**
**haven't [4]** 8/19 49/12 54/9 61/22
**having [5]** 9/14 10/22 30/9 48/17 49/2
**hayes [3]** 2/22 2/23 5/20
**he [2]** 18/10 30/23
**heard [3]** 34/4 34/8 60/13
**hearing [13]** 6/9 6/25 8/18 8/21 9/18
10/5 11/10 13/25 14/17 14/25 15/5
21/20 72/3
**heavily [1]** 39/7
**held [2]** 47/8 73/8
**help [6]** 10/14 28/19 35/14 41/16 43/19
57/4
**helpful [1]** 41/11
**her [10]** 10/8 11/5 15/18 23/21 28/17
28/18 31/8 53/6 56/24 70/20
**here [17]** 6/17 10/8 10/25 11/23 28/7
35/14 38/10 39/1 44/15 45/19 48/15
54/9 57/23 68/25 69/22 71/10 72/13
**Here's [2]** 6/7 68/19
**hereby [1]** 73/5
**higher [2]** 45/24 49/6
**highly [2]** 71/25 72/1
**his [1]** 43/21
**hit [2]** 55/12 65/12
**Honor [55]** 5/8 5/18 5/23 6/18 9/23 10/3
11/22 13/14 14/4 18/5 22/14 23/25
25/16 26/21 27/19 27/25 28/4 28/8
28/9 29/4 30/13 31/11 31/17 37/19
37/22 40/2 40/3 41/15 41/20 43/12
43/14 45/10 52/12 54/12 54/16 55/15

## H

**Honor...** [19] 56/5 56/18 57/7 57/19 57/20 58/6 58/12 58/19 60/25 61/8 61/10 62/8 63/13 65/23 68/14 68/16 68/18 69/17 72/17
**HONORABLE** [1] 1/3
**hook** [1] 70/24
**hope** [2] 39/10 71/23
**how** [11] 6/7 6/13 13/11 13/12 16/15 18/7 18/8 33/23 46/18 58/2 63/18
**HOWARD** [1] 1/3
**however** [1] 13/16
**HSBC** [4] 58/2 58/4 62/21 64/3
**hundred** [2] 44/7 49/25

## I

**I'd** [1] 56/25
**I'll** [2] 40/7 41/7
**I'm** [33] 9/10 9/15 11/6 11/22 11/25 12/4 22/15 26/24 27/10 28/21 29/22 32/16 34/24 36/6 36/9 37/8 38/11 42/21 44/9 46/6 50/2 50/9 52/14 54/12 54/14 58/8 61/5 66/17 66/23 68/19 69/3 71/21 71/25
**I've** [3] 20/21 54/17 69/20
**identification** [5] 29/3 29/9 30/1 31/22 61/11
**identified** [1] 58/2
**illegal** [1] 20/9
**illicit** [1] 50/23
**implicit** [1] 71/17
**important** [3] 19/4 60/15 62/14
**impose** [1] 56/18
**impression** [1] 40/20
**inaccurate** [2] 53/14 54/22
**include** [3] 20/12 65/10 65/10
**included** [1] 24/10
**Including** [1] 62/1
**incorporate** [2] 53/24 59/13
**indicates** [1] 54/19
**indict** [1] 71/8
**indirect** [1] 19/2
**indirectly** [1] 49/3
**inextricably** [1] 68/21
**inference** [4] 40/20 48/21 50/21 62/5
**inferences** [2] 51/12 53/4
**information** [11] 13/15 17/5 20/3 25/14 27/3 29/21 31/19 32/2 33/9 68/2 68/3
**inquiry** [5] 31/6 31/14 48/5 49/11 71/1
**inspection** [1] 25/3
**instance** [1] 15/23
**Instead** [1] 55/13
**institutions** [1] 58/4
**instructions** [1] 8/23
**intend** [2] 6/7 6/11
**intended** [3] 21/4 31/11 61/19
**intentional** [1] 39/22
**intentionally** [1] 39/3
**interesting** [2] 65/16 65/17
**intermediaries** [1] 20/8
**intermediary** [2] 20/17 51/18
**interpreter** [3] 43/7 43/7 43/8
**interrupt** [1] 43/6
**interrupting** [1] 17/14
**introduction** [1] 18/17
**introductions** [2] 6/2 6/3
**investigate** [2] 66/7 67/25
**investigation** [15] 11/19 12/11 12/22 12/25 12/25 18/7 20/15 21/9 26/20 32/12 32/14 53/2 68/6 68/11 70/9
**investigations** [2] 70/22 71/2
**invidious** [3] 39/22 69/13 69/24
**invoice** [2] 43/3 43/4
**invoices** [4] 17/6 22/24 35/3 67/1

**involved** [5] 9/16 17/5 23/5 34/4 71/9
**involving** [3] 19/15 32/20 63/19
**irrelevant** [1] 53/8
**IRS** [1] 30/4
**is** [140]
**isn't** [38] 24/15 25/23 29/15 29/18 29/21 36/21 36/25 37/3 37/12 38/4 38/14 38/17 38/22 43/1 44/6 44/11 44/14 45/4 45/25 47/1 47/8 47/12 47/22 47/24 50/18 50/24 51/9 51/15 52/4 55/24 59/11 60/7 60/11 61/20 61/25 62/3 62/23 71/6
**isolation** [1] 50/16
**issuance** [2] 11/2 53/21 70/2
**issue** [3] 7/2 36/16 62/6
**issued** [4] 18/21 37/14 53/25 68/7
**issues** [2] 41/7 71/16
**issuing** [1] 71/10
**it** [168]
**it's** [30] 8/19 9/25 18/13 19/12 31/11 36/20 37/5 37/17 39/6 41/3 42/17 43/10 46/4 46/6 47/7 48/1 52/13 53/11 54/25 56/20 57/1 57/9 57/10 58/1 62/14 64/8 64/11 65/20 65/20 69/11
**item** [2] 5/4 46/16
**items** [2] 44/1 67/20
**its** [8] 13/12 57/1 57/13 57/20
**itself** [4] 22/5 38/11 41/8 69/13

## J

**JAN** [2] 2/19 5/18
**JANET** [2] 3/3 5/23
**January** [4] 54/5 55/5 55/16 62/21
**Jeff** [1] 5/11
**jeffrey** [1] 2/8
**job** [1] 39/14
**journal** [3] 57/22 64/9 64/9
**judge** [39] 1/3 11/1 13/3 14/20 15/16 17/15 18/15 18/21 19/11 19/12 20/22 23/6 30/23 34/21 34/23 35/9 36/14 36/18 38/12 38/16 38/20 38/23 39/19 40/21 46/9 46/23 46/24 50/6 50/21 51/1 51/2 51/13 52/3 52/21 53/20 53/21 55/7 60/7 62/6
**judge's** [2] 32/13 34/12
**judicial** [2] 63/5 73/10
**judicious** [1] 71/4
**jury** [3] 8/23 61/20 62/14
**just** [31] 8/19 9/25 12/3 16/6 19/13 20/21 22/12 23/2 23/10 26/24 28/2 28/13 28/17 31/3 31/18 32/18 35/17 36/15 41/19 43/6 43/18 52/14 55/21 59/22 61/5 63/9 65/8 69/21 70/13 71/17 72/15
**Justice** [2] 2/6 33/6

## K

**Keese** [1] 2/13
**KEITH** [3] 1/10 2/18 5/6
**key** [1] 13/1
**kind** [4] 12/7 19/23 53/7 71/23
**kinds** [2] 21/23 21/23
**knew** [15] 18/19 37/10 42/8 42/15 44/20 44/24 45/2 46/22 50/14 52/6 59/21 59/24 59/25 64/17 67/2
**know** [28] 6/4 12/24 19/6 19/24 20/7 33/1 33/24 34/1 37/10 38/10 42/13 42/15 42/22 53/6 54/14 58/1 58/6 58/15 58/25 59/2 61/17 63/3 63/4 65/19 68/1 69/16 71/6 72/8
**knowing** [1] 31/16
**knows** [1] 71/2
**kosher** [1] 48/22

## L

**lake** [1] 2/23

**language** [3] 5/16 30/9 70/19
**large** [7] 49/18 24/11 26/1 29/17 30/10 34/24 34/25
**larson** [7] 2/14 5/13 9/16 54/10 57/5 68/15 72/15
**last** [12] 7/1 10/17 10/20 24/3 26/25 27/23 31/6 37/4 37/7 45/21 55/11 61/6
**late** [3] 12/11 15/7 44/24
**later** [4] 7/15 24/18 25/6 46/8
**laundering** [2] 48/7 65/19
**law** [10] 2/14 2/14 2/19 2/19 2/22 2/23 3/3 3/3 12/15 72/6
**lawyers** [2] 9/1 54/8
**Lay** [1] 61/12
**leading** [1] 59/3
**leaning** [1] 72/4
**learned** [2] 12/11 31/8
**least** [4] 13/8 37/12 57/4 68/22
**leave** [2] 9/8 56/11
**leaves** [1] 48/21
**lee** [5] 1/10 3/2 5/6 5/24 5/25
**Lee's** [1] 72/4
**left** [2] 46/20 49/11
**legitimate** [3] 62/17 67/10 67/12
**lengthy** [1] 8/13
**less** [5] 8/5 8/25 9/17 70/7 71/8
**let** [14] 23/10 28/11 31/3 35/13 35/14 36/21 38/24 41/6 43/6 52/17 58/9 58/10 63/14 68/9
**let's** [5] 28/20 29/7 43/5 56/16 58/10
**letter** [1] 29/8
**level** [1] 51/9
**LEVINE** [9] 3/4 4/5 5/24 54/9 56/16 57/5 58/10 62/4 65/22
**life** [1] 70/22
**like** [12] 8/23 9/16 19/18 20/8 22/20 31/18 31/18 31/21 33/21 34/20 55/20 56/25
**likelier** [1] 64/18
**likely** [3] 71/25 72/1 72/4
**LINDSEY** [103]
**Lindsey's** [3] 22/6 42/23 72/2
**line** [5] 31/6 31/14 48/4 49/10 70/3
**lineup** [1] 64/22
**link** [9] 19/2 19/8 21/9 29/12 54/1 54/4 64/17 65/3 65/3
**links** [1] 21/22
**list** [3] 22/14 36/24 72/7
**listed** [3] 13/17 22/18 35/12
**little** [2] 14/14 38/24
**LMC** [10] 13/8 13/15 15/21 16/14 19/15 23/4 49/1 54/5 57/25 63/3
**locate** [1] 22/19
**located** [1] 51/4
**lodge** [1] 7/22
**long** [1] 46/5
**look** [18] 8/20 21/15 26/14 28/13 28/25 33/16 35/14 37/21 46/16 48/4 49/6 49/16 65/2 66/15 66/18 67/4 67/9 67/15
**looked** [7] 14/16 45/13 50/16 63/24 64/2 66/20 68/7
**looking** [6] 41/22 48/16 50/4 54/18 63/22 65/8
**LOS** [6] 1/16 1/24 2/5 2/15 3/5 5/1
**lot** [6] 7/2 47/21 48/22 53/3 64/10 69/15
**lots** [1] 39/12

## M

**ma'am** [1] 66/14
**made** [22] 6/3 13/9 24/9 24/12 24/15 25/25 29/17 30/10 30/22 34/20 34/23 37/11 38/4 38/6 38/7 40/15 42/5 50/7 50/23 53/10 55/16 62/9
**magistrate** [37] 13/3 14/19 15/16 17/1 17/15 18/6 18/20 19/6 23/6 23/17 30/23

**M**

**magistrate..** [26] 34/21 34/23 38/12 38/16 38/20 38/23 39/19 40/21 46/9 46/19 46/23 46/24 50/6 50/21 51/1 51/2 51/13 51/24 52/3 52/21 53/20 53/20 55/7 59/18 60/7 67/13
**magistrate exactly** [1] 46/19
**mail** [3] 14/24 15/9 15/10
**mailed** [2] 15/7 33/1
**main** [1] 45/16
**majority** [1] 45/22
**make** [23] 8/7 12/20 12/21 13/12 16/6 19/1 21/22 39/1 43/20 46/15 46/19 48/21 49/8 52/14 52/17 56/6 58/25 59/18 63/5 65/2 68/21 70/14 70/15
**makes** [2] 48/19 57/1
**making** [2] 46/23 71/25
**management** [1] 72/9
**manner** [1] 9/1
**MANUFACTURING** [27] 1/9 2/17 5/5 21/10 22/23 23/19 34/25 35/2 35/8 36/10 36/13 38/3 38/13 40/23 42/10 42/14 43/24 45/15 45/16 51/5 52/1 66/5 66/10 66/12 66/20 67/1 68/9
**many** [6] 9/9 12/19 12/23 33/23 38/2 60/23
**MARCH** [5] 1/17 5/1 22/16 37/7 73/12
**MARIA** [1] 1/9 5/5
**mark** [1] 29/7
**marked** [12] 4/13 29/2 29/9 29/25 30/1 31/21 31/22 32/24 33/2 33/4 61/3 61/11
**martinique** [2] 3/3 5/24
**matched** [1] 54/3
**material** [1] 39/15
**Matt** [1] 5/20
**matter** [9] 6/14 9/14 9/18 24/19 40/14 66/9 69/4 72/12 73/8
**matthew** [1] 2/23
**MATZ** [1] 1/3
**may** [30] 23/12 26/15 27/19 28/2 28/4 28/7 28/16 28/21 30/13 30/15 35/22 36/23 41/10 42/2 48/22 48/22 49/21 51/25 52/16 53/4 53/4 56/8 56/18 62/17 65/23 65/24 67/14 69/15 71/22 71/24
**maybe** [8] 7/16 33/24 36/4 45/23 53/23 57/5 61/17 71/7
**maybe not** [1] 71/7
**McNicholas** [1] 68/25
**me** [34] 5/9 5/20 7/1 7/8 13/11 15/3 16/25 17/14 17/18 19/23 20/3 23/9 23/10 28/11 30/11 31/3 34/14 35/13 35/14 38/24 41/6 43/6 48/15 52/17 56/3 56/4 56/11 62/5 62/6 63/12 63/14 69/2 69/21 72/7
**mean** [5] 13/25 14/9 19/10 28/13 59/22
**meaning** [4] 8/2 13/19 14/11 64/23
**means** [1] 42/1
**meant** [1] 31/7
**meeting** [2] 6/15 69/5
**Mendoza** [2] 30/5 30/22
**Mendoza's** [3] 30/8 30/17 30/18
**mention** [3] 32/9 34/4 72/5
**mentioned** [5] 48/17 49/20 59/11 67/1 67/1
**met** [1] 64/19
**Mexican** [2] 6/24 43/19
**Mexico** [3] 22/20 49/23 50/9
**middle** [1] 5/20
**might** [6] 8/5 37/4 58/13 60/24 61/3 65/24
**MILLER** [12] 2/3 5/9 9/22 11/5 24/4 33/6 54/10 58/18 60/1 63/9 68/17 71/25
**million** [8] 17/11 22/12 23/15 42/9 43/25 45/22 46/7 49/24

**millions** [1] 47/24
**mind** [5] 26/12 34/15 53/6 53/6 55/5
**minded** [2] 41/4 56/3
**Mine** [1] 12/2
**minor** [1] 13/12
**minute** [3] 13/24 26/24 72/15
**minutes** [5] 9/17 31/6 56/4 69/6 72/13
**miscellaneous** [3] 64/4 64/6 64/9
**misconduct** [1] 39/22
**misleading** [3] 53/4 53/13 53/24
**misplaced** [1] 52/13
**mispronounced** [1] 10/24
**misrepresentation** [2] 39/8 54/19
**misrepresentations** [1] 70/10
**missing** [1] 18/16
**misspoke** [1] 30/3
**misstatements** [1] 59/19
**mistake** [9] 15/13 18/13 18/17 19/13 24/10 24/15 24/21 27/3 27/5
**mixed** [1] 64/9
**Molly** [2] 2/14 5/14
**moment** [6] 6/6 8/19 23/9 24/9 28/2 28/7 30/3 31/20 35/25 56/19 65/15
**moments** [1] 36/19
**Monday** [2] 7/16 8/19
**money** [77]
**moneys** [14] 23/5 24/11 45/7 45/22 45/23 46/10 46/11 46/14 46/20 46/25 47/8 63/7 63/8 63/10
**Monica** [1] 2/21
**Montes** [1] 28/19
**month** [2] 16/3 16/5
**month's** [1] 16/1
**more** [11] 8/4 8/25 27/8 41/6 49/11 53/23 54/19 56/1 65/16 65/24 70/16
**Moreno** [31] 7/4 17/9 23/20 35/5 36/11 37/12 38/4 38/6 38/7 38/22 40/13 40/25 43/18 43/18 43/19 44/1 44/11 44/17 45/19 45/8 45/19 45/25 49/4 49/23 50/8 50/24 51/15 52/7 62/16 64/25 65/7 66/19
**Moreover** [1] 48/14
**Moring** [1] 3/2
**morning** [1] 8/25
**most** [2] 69/9 69/24
**mostly** [1] 53/7
**motion** [31] 6/8 6/11 6/23 7/3 7/15 8/9 8/11 8/12 8/18 10/5 10/10 21/20 31/10 31/10 41/9 41/10 56/1 56/21 57/3 61/7 62/18 68/20 68/22 68/23 69/11 69/11 69/19 70/13 71/13 72/1 72/4
**motions** [6] 6/22 7/1 8/17 8/22 69/17 69/24
**move** [5] 28/19 41/6 48/15 49/10 62/19
**MR** [44] 4/4 5/24 9/16 9/22 11/5 23/23 24/3 25/9 26/6 26/19 28/19 30/17 31/5 35/18 37/12 37/18 40/13 40/19 40/24 43/13 44/1 45/8 45/25 50/7 50/23 52/7 54/10 54/10 57/5 57/5 58/18 60/1 62/16 63/9 64/25 65/24 66/19 68/15 68/17 68/25 72/2 72/4 72/6
**mrazek** [4] 2/7 5/11 33/7 60/4
**MS** [16] 4/5 10/24 11/7 14/15 26/12 54/9 56/16 56/23 57/4 58/10 60/4 62/4 63/15 65/22 70/1 70/18
**much** [7] 16/15 35/25 46/18 60/21 63/4 70/7 71/8
**multiple** [1] 13/17
**my** [46] 6/19 7/20 8/3 8/16 9/10 9/18 10/19 15/11 15/12 17/1 17/11 17/20 19/18 20/2 20/7 20/20 20/20 26/24 30/12 33/11 38/2 39/1 39/10 39/14 39/25 40/1 41/1 41/5 46/2 47/17 47/17 47/19 47/19 52/17 54/19 56/4 56/20 59/1 65/19 67/13 68/19 70/6 70/22 71/17 72/6

**myself** [3] 13/22 19/12 59/23

**N**

**Nagle** [6] 11/2 14/20 15/16 17/1 53/20 62/6
**name** [6] 10/17 10/17 10/19 10/19 10/20 10/25
**named** [1] 27/13
**nature** [5] 19/24 34/17 34/20 35/25 62/10
**necessarily** [2] 8/8 46/3
**necessary** [3] 6/6 18/20 41/3
**need** [4] 41/12 43/6 48/7 69/7
**needed** [1] 33/3
**needs** [1] 54/10
**neglected** [2] 55/4 55/7
**Nester** [14] 17/9 23/20 35/5 36/11 38/4 38/6 38/7 43/18 43/19 44/1 44/17 45/19 49/3 49/23
**never** [1] 53/19
**nevertheless** [1] 53/21
**new** [4] 2/9 43/8 54/25 60/10
**newly** [1] 57/6
**next** [9] 9/4 9/12 9/18 24/22 43/16 49/16 69/1 71/14 71/15
**nicola** [3] 2/7 5/10 33/6
**nine** [1] 49/25
**nine-hundred** [1] 49/25
**NIRENBERG** [2] 1/23 73/16
**no** [38] 1/8 9/7 9/20 9/23 15/18 25/1 27/18 32/6 34/11 37/8 37/11 37/13 38/19 38/23 42/12 42/21 42/22 47/2 47/3 50/15 50/25 52/6 52/17 56/14 56/14 57/16 58/6 59/6 60/3 60/5 60/21 64/4 65/8 65/16 66/14 68/16 70/14 73/16
**noon** [1] 58/18
**North** [2] 1/24 2/4
**not** [104]
**note** [2] 42/24 59/18
**noted** [5] 22/24 24/21 35/12 66/25 67/22
**notes** [2] 14/12 22/22
**nothing** [5] 9/14 10/14 68/14 68/18 70/20
**notice** [4] 7/16 59/7 59/8 63/6
**noticed** [5] 15/4 15/9 15/23 27/3 66/4
**noting** [2] 20/14 20/21
**notion** [2] 6/23 70/23
**November** [9] 11/14 11/15 15/9 15/9 25/22 25/22 32/17 34/13 59/4
**now** [32] 9/13 10/4 10/13 11/7 11/7 11/20 13/6 13/12 15/19 17/18 21/1 21/15 22/4 27/19 28/4 31/20 32/16 35/11 37/24 48/5 55/25 59/2 59/3 60/15 62/11 63/14 64/13 69/9 70/17 71/15 72/5 72/9
**number** [20] 5/4 6/10 6/16 8/2 8/3 8/6 8/7 10/5 21/20 22/24 25/18 29/8 29/24 40/17 42/25 43/2 43/4 44/21 56/1 69/11
**numerous** [2] 47/15 47/21
**NW** [1] 2/9

**O**

**o'clock** [5] 6/14 8/18 9/19 69/5 69/5
**oath** [1] 13/3
**objection** [3] 9/23 26/7 45/10
**objective** [1] 6/6
**observe** [1] 47/19
**obtain** [1] 24/18
**obtained** [2] 11/21 12/9
**obviously** [1] 49/20
**occur** [3] 18/18 18/24 62/13
**occurred** [1] 16/18
**October** [13] 13/20 13/21 15/7 22/17 27/11 27/15 27/24 28/22 29/16 30/8

## O

**October...** [3] 30/25 37/9 44/23
**odd** [1] 72/7
**off** [1] 66/1
**OFFICE** [1] 2/2
**official** [16] 1/23 6/24 6/24 7/5 8/13 17/9
17/23 19/21 19/25 21/10 35/5 35/6 36/2
43/20 51/21 67/3
**officials** [1] 20/10
**often** [4] 20/8 20/22 20/23 22/23
**Oh** [2] 43/10 44/9
**Okay** [23] 5/22 11/7 11/25 12/4 12/18
13/1 14/18 22/4 23/1 25/9 28/13 29/5
31/5 31/13 37/24 38/24 41/2 43/6 52/10
56/17 58/7 64/13 68/19
**omissions** [2] 39/15 70/10
**once** [1] 50/1
**one** [20] 6/12 8/12 12/3 16/6 17/17
17/17 18/2 26/25 31/9 31/18 33/8 42/24
46/7 48/15 49/5 49/21 54/10 58/4 70/23
72/2
**one-and-a-half** [1] 46/7
**ones** [2] 71/3 71/4
**ongoing** [1] 48/23
**only** [5] 8/21 23/7 71/3 71/4 72/5
**oOo** [1] 72/19
**open** [1] 16/16
**opened** [2] 15/24 45/17
**opening** [1] 15/24
**opportunity** [3] 24/2 39/24 56/6
**optimal** [1] 6/5
**oral** [2] 7/3 7/5
**orally** [2] 7/21 69/23
**order** [10] 7/7 7/17 7/18 7/22 8/1 8/2 8/8
11/23 39/16 43/4
**ordered** [1] 58/17
**ordering** [1] 7/10
**organize** [1] 8/4
**original** [1] 13/23
**origins** [4] 11/19 21/12 32/11 32/13
**other** [28] 6/22 9/3 9/5 9/9 9/11 12/15
20/2 38/9 39/12 39/21 41/14 46/25 47/3
47/4 50/17 55/15 56/12 57/16 58/16
62/21 67/4 67/15 67/19 67/23 68/3 68/5
69/24 71/19
**our** [2] 40/4 60/13
**out** [25] 11/23 17/8 18/10 23/20 25/23
35/19 36/8 36/10 39/13 40/3 44/17
45/14 45/18 51/20 56/2 56/20 56/24
56/25 58/3 63/20 63/25 64/12 66/13
67/3 69/22
**outcome** [2] 8/14 10/7
**outset** [1] 71/6
**over** [10] 7/8 12/24 14/3 19/10 43/20
44/7 44/7 44/9 46/4 47/15
**over 100,000** [1] 43/20
**overall** [1] 69/10
**overbreadth** [1] 71/19
**Overruled** [3] 26/8 45/11 61/2
**own** [2] 53/6 70/22
**owner** [1] 18/9

## P

**P.M** [2] 1/18 5/2
**page** [25] 4/2 11/18 11/23 11/24 11/25
12/5 13/2 19/9 20/5 20/6 21/16 22/16
30/7 30/11 30/16 36/22 37/5 37/17
37/23 41/22 52/20 57/10 57/12 57/13
73/9
**pages** [1] 63/24
**paid** [13] 20/16 21/25 40/12 42/9 44/9
44/14 44/23 45/25 46/10 46/12 48/17
49/2 51/15
**papers** [2] 10/6 52/11

**paragraph** [50] 11/17 11/18 13/2 15/16
16/20 17/25 20/5 21/15 22/4 22/5 23/7
23/10 23/11 30/17 34/13 35/15 35/19
35/20 36/22 36/23 36/24 37/5 37/18
37/20 37/23 39/3 39/17 40/5 40/9 40/25
41/5 41/17 41/22 41/25 43/16 48/17
49/9 49/13 49/13 49/17 52/20 53/16 53/17
53/17 54/18 54/18 57/8 57/10 57/12
57/15 62/9
**paragraphs** [2] 37/23 53/16
**part** [13] 26/19 39/23 40/10 42/1 42/10
44/16 45/21 48/24 60/16 60/16 60/19
67/11 68/22
**partial** [1] 48/14
**particular** [7] 18/4 22/19 22/24 39/23
65/3 71/4 71/5
**particularly** [3] 53/15 65/6 71/22
**parties** [5] 6/1 7/10 8/1 66/4 67/24
**party** [1] 7/7
**pasadena** [1] 2/24
**patience** [1] 56/10
**pay** [4] 17/9 36/11 44/17 65/13
**paying** [2] 20/16 20/23
**payment** [4] 37/16 40/15 62/21 65/18
**payments** [41] 13/4 13/7 13/9 20/9
21/10 22/6 23/19 26/1 32/6 36/2 37/11
37/13 38/4 38/6 38/7 38/21 39/8 40/24
40/24 42/5 43/21 44/5 44/7 44/13 44/20
45/8 47/15 47/17 50/7 50/23 50/23 52/6
52/19 53/15 62/13 62/15 63/7 66/18
66/19 67/23 67/23
**penalty** [1] 29/16
**pending** [2] 7/1 28/12
**percent** [2] 7/10 7/11
**peremptories** [1] 9/2
**perfectly** [1] 39/6
**perhaps** [2] 33/4 56/11
**period** [9] 37/2 46/5 49/17 49/20 49/22
50/5 50/9 59/2 59/3
**perjury** [2] 29/17
**permits** [1] 71/9
**person** [4] 20/18 20/23 20/25 60/13
**personally** [1] 15/20
**pithy** [2] 8/14 8/16
**place** [3] 45/9 45/24 71/3
**placed** [3] 31/20 46/25 63/10
**PLAINTIFF** [1] 1/7 2/2
**players** [1] 6/2
**playing** [1] 53/6
**please** [24] 5/7 10/2 10/11 10/16 10/17
11/5 11/18 12/3 21/15 24/1 25/9 28/5
28/20 28/25 29/11 29/24 32/1 35/21
40/1 43/11 43/13 45/6 62/19 72/16
**plus** [1] 48/18
**pocketed** [1] 70/25
**point** [14] 21/13 24/14 26/23 31/16 40/3
52/18 56/20 56/25 58/3 58/11 59/19
62/18 67/2 70/19
**pointed** [2] 52/21 56/2
**Popular** [3] 27/17 27/17 28/15
**portion** [7] 21/13 25/8 29/11 36/19
37/15 50/10 65/11
**portions** [1] 69/25
**position** [1] 53/5
**possession** [1] 14/22
**possible** [1] 33/14 53/2
**possibly** [2] 62/18 69/17
**practical** [2] 6/8 71/21
**practice** [1] 2/22
**Practices** [1] 48/6
**pre** [3] 7/18 7/19 9/3
**pre-trial** [3] 7/18 7/19 9/3
**preamble** [1] 40/4
**preceded** [1] 18/3
**precise** [2] 11/15 49/2

**precisely** [1] 70/16
**precurset** [2] 40/4 69/15
**preliminary** [1] 69/19
**premise** [1] 41/4
**premises** [1] 25/23
**preparation** [6] 11/10 13/25 14/17 14/25
15/5 19/16
**prepared** [7] 27/2 27/8 56/21 57/2 57/19
58/8 64/13
**preparing** [4] 14/6 27/12 27/15 60/19
**presence** [1] 70/15
**present** [2] 5/19 6/4
**presiding** [1] 7/8
**pretty** [2] 35/25 46/13
**prevails** [1] 7/14
**previous** [1] 50/8
**previously** [2] 16/14 69/9
**price** [1] 44/4
**prima** [1] 70/5
**primarily** [2] 39/2 53/2
**prior** [3] 14/1 38/7 59/14
**pro** [1] 9/15
**probable** [27] 12/20 16/21 17/2 17/16
18/1 18/15 19/1 19/5 20/2 23/6 23/17
23/22 39/5 39/16 39/19 42/1 51/5 51/9
51/12 51/13 51/25 52/20 53/13 64/18
67/13 71/17 71/18
**probably** [3] 6/13 7/3 7/6
**problems** [1] 69/16
**proceed** [10] 6/7 8/4 10/9 24/1 28/20
40/1 43/13 53/1 68/24 71/14
**proceedings** [5] 1/15 7/14 69/17 72/18
73/8
**process** [2] 18/19 33/14 33/15
**procured** [4] 38/17 40/23 42/19 50/22
**produce** [2] 58/14 58/17
**productive** [1] 56/15
**professional** [1] 71/23
**prongs** [1] 71/12
**proof** [1] 70/7
**propel** [1] 56/4
**properly** [3] 18/21 21/21 39/13
**proposed** [6] 7/16 7/17 7/18 7/22 8/1 8/7
**proposition** [2] 48/13 70/6
**prosecution** [3] 53/2 60/16 61/23
**prosecutor** [2] 32/21 34/9
**prosecutors** [9] 32/19 32/21 32/24 33/5
33/16 33/23 34/7 58/24 59/5
**prove** [2] 55/25 66/13
**provide** [2] 34/6 34/9
**provided** [5] 11/20 18/8 25/17 26/4 61/1
**providing** [1] 35/4
**provision** [2] 15/15 15/18
**public** [3] 22/20 43/20 51/21
**purchase** [7] 22/8 44/1 44/4 46/4 46/18
62/22 62/25
**purchased** [2] 40/16 44/22
**purchases** [2] 46/8 46/15
**purged** [2] 39/4 39/15
**purpose** [3] 51/7 52/2 67/13
**purposes** [3] 18/21 21/19 62/18
**pursuant** [2] 68/23 73/5
**pursue** [4] 31/13 39/21 41/11 70/8
**put** [32] 38/19 41/6 43/25 45/2 45/7
45/18 48/1 51/3 52/10 62/14 67/18
67/22 70/14
**putting** [1] 60/1

## Q

**quashing** [1] 69/12
**question** [16] 26/11 26/24 27/23 28/12
31/9 35/18 37/24 38/2 44/22 47/19
47/19
**questioning** [5] 6/13 6/16 6/19 6/20
39/10

## Q

questions [17] 10/9 23/24 28/7 32/13
34/12 36/18 39/20 40/5 40/7 41/6 41/14
41/17 41/19 56/17 58/16 61/6 68/16
quite [2] 49/12 72/3
quote [4] 11/19 20/7 22/6 43/18

## R

raise [2] 10/11 58/16
raised [1] 36/16
random [1] 8/5
range [1] 8/22
rather [1] 32/12
reach [1] 62/6
read [3] 10/6 15/13 19/9
reader [4] 16/21 19/1 21/5 48/21
reads [1] 20/6
realized [1] 24/14
really [5] 36/16 45/4 47/7 71/1 72/6
reasonable [1] 53/20 55/25 70/7
reasonably [1] 54/4
reasons [1] 54/17
recall [10] 11/14 16/5 25/13 25/16 26/6
27/12 27/15 34/11 34/17 37/13
receive [2] 13/7 20/8
received [4] 13/4 15/8 33/8 38/13
recently [1] 63/10
recital [1] 8/14
recitals [1] 53/24
reckless [1] 71/12
recklessly [1] 39/3
recklessness [1] 48/20
recognize [1] 6/1
recognized [1] 24/14
recollection [3] 15/19 27/11 59/1
record [6] 7/7 10/18 29/3 35/21 54/14
66/1
records [2] 15/20 57/21
redid [1] 33/12
refer [3] 12/19 13/9 30/11
reference [9] 9/20 15/7 20/4 20/6 22/4
32/6 35/2 57/8 59/13
referenced [1] 43/3
references [1] 53/25
referencing [2] 19/19 51/19
referred [1] 57/21
referring [8] 14/5 14/7 14/15 30/16
35/18 43/23 49/20 70/17
reflected [2] 8/6 15/21
Reflecting [2] 7/17 7/18
reflection [2] 8/9 8/15
reflects [1] 39/11
refresh [1] 27/11
regard [4] 27/5 31/12 32/13 51/13
regarding [1] 56/12
regulations [1] 73/10
relate [1] 23/16
related [2] 12/25 16/15
relates [1] 34/13
relating [1] 22/24
relation [1] 67/5
relations [2] 40/11 40/11
relationship [3] 38/21 42/11 50/6
relationships [1] 48/23
relative [1] 34/15
relay [1] 18/15
relevance [4] 26/7 45/10 50/6 60/25
relied [1] 39/18
relieve [1] 43/7
rely [3] 19/11 19/12 19/17
relying [1] 18/14
remain [2] 14/22 39/5
remaining [2] 7/11 8/22
remember [3] 24/19 55/10 55/24

repeated [1] 25/25
reported [2] 20/15 73/5
reporter [2] 1/25 9/25 69/7
REPORTER'S [1] 1/15
reporting [1] 21/12
represent [1] 50/5
representation [1] 30/22
representations [1] 46/23
representative [1] 42/23
representatives [1] 42/14
represented [1] 13/3
representing [1] 46/9
represents [2] 44/4 44/10
request [1] 34/8
requested [1] 34/2
requesting [1] 6/3
require [1] 7/23
required [3] 10/7 17/15 18/25
requirement [1] 48/9
requirements [2] 9/3 25/7
requires [1] 56/12
reserve [1] 52/14
respect [1] 46/9
respectfully [3] 54/16 54/21 55/23
responding [1] 41/4
response [2] 56/7 56/21
responsibility [1] 7/13
rest [3] 39/2 46/7 53/3
result [4] 18/2 48/25 50/22 69/12
resulted [2] 11/2 58/22
resulting [1] 6/11
resume [1] 72/13
return [1] 15/8
returned [1] 15/22
revenue [1] 70/25
review [6] 11/20 12/8 15/11 24/20 34/10
58/15
reviewed [5] 11/7 14/3 15/1 15/4 15/13
reviewing [5] 12/13 13/22 13/24 14/8
14/17
reviewing the [1] 14/8
revised [1] 72/7
right [41] 5/12 5/17 6/1 10/11 10/24
11/17 12/2 12/5 14/20 16/18 18/22 21/1
21/15 22/2 23/23 26/11 28/1 28/9 31/13
44/15 44/19 46/3 46/12 52/12 59/11
59/14 60/7 60/11 61/25 62/3 62/22
63/12 63/14 64/19 64/25 65/25 66/16
67/5 68/4 69/1 72/9
rises [1] 51/9
roll [1] 25/5
roll-back [1] 25/5
routine [1] 8/25
row [2] 5/21 5/25
Rudolpho [1] 30/5
rule [8] 6/8 6/11 6/15 6/22 69/19 69/23
71/16 71/20
ruling [3] 7/6 57/1 69/19
rulings [7] 7/2 7/16 7/18 7/19 7/21 8/17
68/19
Rutgard [1] 48/12

## S

said [15] 17/13 18/13 18/16 34/20 35/24
35/25 38/23 43/22 44/15 44/16 48/25
51/17 54/21 56/7 68/7
sake [1] 32/16
sales [3] 42/10 42/14 55/22
same [32] 16/1 17/4 17/7 17/10 17/13
19/20 20/18 22/6 24/19 25/5 30/7 30/9
30/22 30/25 35/3 35/6 35/19 36/7 36/10
36/11 36/12 44/19 48/1 49/17 49/22
50/5 50/9 51/20 51/20 51/22 63/20
64/11
Santa [1] 2/21

satisfied [1] 53/11
satisfy [1] 71/9
save [1] 6/5
saw [6] 37/6 37/8 47/14 55/18 68/8
70/19
say [13] 6/4 13/20 13/24 23/1 25/15
33/24 34/7 37/14 38/7 44/13 47/4 60/1
60/4
saying [9] 14/12 36/6 36/9 41/8 42/20
42/21 44/19 45/19 55/25
says [4] 22/5 23/11 58/1 64/9
schedule [1] 9/4
schedules [1] 55/1
scheme [1] 48/24
script [2] 69/22 69/23
se [1] 9/15
search [19] 6/12 8/12 13/18 14/16 15/11
15/12 17/21 24/19 24/25 25/3 27/9 34/2
41/8 41/9 46/10 46/13 59/9 71/16 71/16
searches [1] 18/2
seated [2] 5/25 10/16
SEC [5] 11/21 12/9 12/15 12/16 12/17
SEC's [1] 12/22
second [6] 5/25 5/25 12/3 21/18 25/22
27/24
section [11] 2/7 18/17 22/15 52/19
53/16 63/23 64/1 64/5 64/6 64/11 73/5
sections [1] 19/9
securities [4] 26/5 26/5 48/2 55/22
see [24] 24/23 28/11 28/14 28/14 29/14
30/20 31/24 33/4 37/5 42/3 49/18 50/5
50/11 57/15 57/18 61/14 61/24 64/3
64/10 65/13 67/4 67/9 68/12 72/13
Seeker [1] 27/13
seeking [2] 52/25 70/16
seemed [2] 21/9 65/5
seems [2] 48/15 56/17
seen [3] 15/20 60/22 61/16
seized [2] 29/21 68/22
seizure [8] 26/4 27/13 27/16 28/23
29/16 30/3 30/4 31/2
selectively [3] 54/24 55/1 55/13
self [1] 20/15
self-reported [1] 20/15
send [1] 33/5
senior [1] 5/10
sense [1] 70/14
sent [5] 13/21 15/22 32/24 33/15 33/18
sentence [13] 20/13 21/1 22/5 42/8
43/17 43/17 43/22 49/16 49/21 50/4
50/10 50/16 57/16
September [12] 13/19 13/20 16/22 23/12
35/22 37/8 40/16 42/2 44/22 47/22
49/21 52/4
sequence [1] 8/5
serious [1] 71/19
services [1] 5/15
session [1] 43/8
set [4] 18/5 23/7 54/2 66/13
setting [2] 18/11 23/2
seven [2] 24/25 33/25
several [1] 45/9
shall [2] 10/12 10/13
share [1] 7/10
she [15] 6/17 6/18 14/5 31/8 40/22 49/1
53/6 55/4 55/11 55/12 55/13 56/17 62/9
62/9 70/20
shortly [1] 12/12
shot [1] 58/10
should [5] 7/17 8/2 25/15 36/4 71/1
show [4] 26/23 28/17 51/17 67/13
showed [1] 23/17
showing [4] 12/20 18/25 23/3 49/8
shows [2] 41/17 62/15
sides [2] 6/20 71/24

**S**
**signatory [1]** 19/7
**signed [5]** 14/19 22/11 25/15 29/16 31/1
**signing [2]** 27/12 27/16
**simpler [1]** 8/25
**simply [3]** 6/4 23/2 41/16
**single [1]** 22/5
**sir [51]** 11/9 12/4 18/23 21/6 22/3 24/8
24/13 24/16 25/1 25/11 25/16 25/20
25/24 26/2 27/4 27/7 27/14 27/18 28/2
29/6 29/14 29/19 30/21 31/25 33/17
33/19 33/22 34/19 35/16 35/20 37/1
38/19 38/23 42/7 42/12 44/12 45/1 45/5
47/2 47/13 49/19 50/13 50/20 50/25
51/11 52/5 64/4 64/16 64/20 65/1 65/8
**sit [1]** 14/13
**sitting [2]** 5/20 69/1
**six [3]** 6/15 24/25 33/24
**skip [1]** 49/22
**skipping [1]** 50/10
**sliced [1]** 39/13
**sloppy [2]** 69/15 71/12
**so [64]** 9/10 9/11 9/20 10/1 10/4 10/14
11/23 12/2 12/19 13/11 15/24 18/11
19/23 20/23 21/9 22/10 23/1 23/16
23/20 25/5 25/11 28/20 29/3 30/24 31/4
31/16 31/17 32/8 34/7 34/10 39/7 39/19
40/1 40/7 40/16 42/17 43/8 45/6 45/23
46/9 46/18 49/6 51/24 54/7 55/22 56/25
57/6 58/14 58/17 58/25 59/10 61/22
62/16 62/18 62/25 63/25 64/9 64/21
65/2 68/1 68/20 70/12 71/21 72/12
**so-called [1]** 10/4 59/10
**solemnly [1]** 10/12
**some [26]** 9/5 9/11 18/20 19/2 24/14
41/8 41/10 42/9 45/2 47/4 50/6 52/14
53/3 53/7 55/20 55/25 56/17 61/17
64/23 65/10 68/5 68/21 70/23 71/23
71/24 72/7
**something [15]** 8/10 8/22 8/23 19/11
33/21 38/9 39/19 43/3 57/2 57/21 60/2
62/19 63/15 65/5 71/22
**somewhere [1]** 33/25
**sorry [10]** 11/22 12/4 22/15 34/24 37/8
44/7 44/9 50/2 66/17 66/23
**sort [9]** 18/5 18/11 21/11 21/13 33/14
37/11 38/4 42/18 52/6
**Sorvill [46]** 13/4 13/10 13/16 15/22 16/2
16/11 17/12 17/18 17/21 18/4 18/8 18/8
18/14 19/2 19/7 19/15 19/17 20/4 20/6
20/8 20/12 20/18 21/2 21/3 21/3 21/11
24/11 24/12 26/1 27/5 29/12 29/18
30/10 32/6 34/15 39/9 56/12 58/23
59/11 60/15 61/25 62/2 62/11 62/12
62/15 62/16
**sought [6]** 29/20 32/1 40/5 40/21 46/10
53/5
**sound [1]** 39/6
**source [1]** 70/25
**sources [8]** 21/21 39/12 66/15 66/18
67/15 67/19 68/3 68/5
**south [2]** 2/23 3/4
**Spanish [1]** 5/15
**speak [1]** 9/16
**Special [2]** 28/10 30/5
**specific [3]** 21/22 36/6 46/13
**Specifically [1]** 46/16
**specificity [1]** 48/11
**specified [1]** 38/8
**specify [1]** 8/2
**spell [1]** 10/17
**spent [1]** 8/3
**spring [3]** 1/24 2/4 12/11
**standard [5]** 53/11 53/12 55/24 70/4
71/9
**standing [1]** 70/13
**stands [1]** 48/13
**start [6]** 7/9 9/5 15/3 44/21 49/23 69/8
**started [4]** 13/18 45/3 52/4 66/12
**starting [1]** 38/13
**starts [1]** 35/19
**state [5]** 5/1 10/17 35/21 40/7 41/16
**stated [4]** 24/10 29/17 34/16 54/17
**statement [8]** 24/3 41/1 51/9 56/6 63/23
64/7 64/8 72/2
**statements [4]** 31/12 39/4 39/5 63/23
**STATES [6]** 1/1 1/6 2/2 5/9 73/6 73/10
**status [2]** 7/4 21/4
**Stearns [4]** 47/8 47/9 47/20 55/2
**stenographically [1]** 73/7
**step [5]** 10/8 43/10 69/25 71/14 71/15
**stephen [2]** 2/14 5/13
**steve [4]** 1/10 3/2 5/6 5/24
**still [5]** 39/16 58/18 58/18 60/16 72/7
**stocks [1]** 48/1
**stored [4]** 25/14 27/3 31/19 32/2
**story [1]** 23/2
**straight [1]** 10/25
**Street [3]** 1/24 2/4 3/4
**stress [1]** 69/20
**stressed [2]** 39/7 39/11
**strong [5]** 49/7 62/18 65/3 69/11 69/12
**stronger [2]** 49/4 64/17
**strongest [1]** 54/1
**subject [1]** 21/13
**submit [2]** 28/20 58/16
**submitted [3]** 11/1 14/19 25/7
**subsection [1]** 13/2
**subsequent [1]** 26/3
**subsidiary [1]** 20/17
**substantial [1]** 20/9
**such [1]** 16/6
**sufficiency [1]** 21/19
**sufficient [2]** 18/1 70/13
**Sugarland [1]** 20/17
**Sugarland subsidiary [1]** 20/17
**suggest [1]** 21/4
**suggested [1]** 60/10
**suggestions [1]** 58/23
**suggests [1]** 70/20
**suite [2]** 2/20 2/24
**sum [1]** 44/9
**summary [3]** 8/16 60/19 69/10
**summer [2]** 12/10 12/11
**supplemented [1]** 7/6
**support [9]** 23/21 25/17 26/4 27/13
27/16 28/23 29/1 31/1 40/4
**supported [1]** 30/4
**supposed [2]** 22/7 46/11
**supposedly [1]** 51/14
**suppress [4]** 6/11 8/12 68/22 72/2
**sure [7]** 8/7 12/21 27/10 29/22 37/14
42/15 46/6
**surpass [1]** 71/8
**surrounding [1]** 22/8
**Susan [1]** 33/11
**swear [1]** 10/12
**sworn [2]** 10/8 10/22

**T**
**tab [1]** 29/24
**table [1]** 5/10
**take [12]** 23/1 26/14 26/19 28/25 31/5
32/6 32/23 33/16 45/9 63/5 71/2 72/12
**taking [1]** 33/11
**talk [1]** 61/20
**talking [8]** 18/3 35/10 35/10 36/4 38/10
43/24 62/10 62/11
**talks [4]** 36/20 37/15 43/17 61/24
**team [4]** 60/16 61/23 62/12 71/5
**tell [7]** 13/11 15/3 32/1 38/9 38/12 38/16
55/7
**telling [2]** 39/18 46/22
**tells [1]** 16/21
**temporal [2]** 54/4 64/23
**ten [1]** 64/14
**term [1]** 33/4
**terms [3]** 6/8 18/1 65/6
**testified [6]** 10/23 24/9 27/1 32/18 40/22
59/9
**testify [1]** 70/21
**testimony [8]** 10/12 34/17 35/24 40/8
42/17 62/8 70/17 70/20
**than [7]** 7/15 12/15 46/25
**Thank [12]** 26/18 27/22 32/4 36/15 40/2
41/20 43/12 43/14 52/12 57/11 58/12
58/19
**that [545]**
**that's [39]** 6/9 6/12 6/15 11/12 11/13
16/7 16/24 18/17 22/1 22/18 27/5 35/9
36/14 38/19 38/23 39/17 40/17 40/18
40/25 41/9 45/19 46/2 48/1 52/1 52/24
54/1 56/14 57/6 58/2 59/8 60/2 62/22
63/12 67/8 68/23 70/6 71/10 72/8 72/10
**the account [1]** 63/7
**the previous [1]** 50/8
**their [15]** 12/25 20/17 21/4 45/17 54/8
54/8 70/22 71/1
**them [15]** 7/2 12/13 32/22 33/2 33/8
33/16 34/6 34/10 52/14 58/15 58/16
59/16 60/6 60/22 60/23
**theme [1]** 52/11
**themes [1]** 41/11
**then [31]** 6/19 13/15 15/8 15/21 18/2
19/20 19/25 22/7 25/5 26/3 28/17 33/12
33/15 36/1 36/2 38/21 40/15 42/17
45/17 46/22 47/6 49/2 49/14 51/1 51/22
54/11 55/21 58/11 62/16 70/25 71/1
**there [86]**
**there's [3]** 28/12 32/9 69/17
**thereafter [1]** 12/12
**therefore [2]** 48/23 49/10
**these [21]** 7/13 8/17 12/18 14/18 23/5
31/6 38/16 42/17 45/8 46/15 46/23
51/14 53/24 60/25 65/13 66/3 67/20
68/8 69/21 69/23 70/22
**they [47]** 6/4 7/12 8/1 12/24 20/15 20/15
20/16 22/23 32/21 32/24 33/1 33/1 33/2
33/18 34/6 34/7 34/7 34/10 39/4 42/21
43/2 43/2 45/18 47/10 53/7 53/8 53/9
53/10 55/5 58/16 59/23 59/24 59/25
60/9 60/12 67/5 67/12 68/12 69/16 71/1
71/3 71/4 71/6 71/8 71/10 71/11 71/11
**thing [8]** 31/18 32/22 33/2 44/19 47/18
50/8 52/13 54/8
**things [15]** 9/9 9/11 16/22 36/11 39/21
40/6 40/7 40/17 44/10 44/14 45/18
56/12 65/10 67/3 71/20
**think [27]** 7/9 14/11 16/15 17/25 19/4
22/14 28/12 37/17 39/6 41/3 41/11
44/19 45/22 46/6 53/11 53/14 54/10
55/9 56/2 56/14 58/3 59/22 59/22 59/23
63/17 65/14 68/7
**third [1]** 67/24
**this [102]**
**those [22]** 9/11 14/22 15/1 15/4 22/19
23/14 35/1 37/2 39/5 39/15 40/7 40/17
44/10 44/13 50/22 53/13 55/16 58/23
59/19 66/7 66/9 71/20
**though [1]** 66/4
**thought [7]** 18/6 23/17 56/23 67/11
68/12 71/11 71/15
**thousand [2]** 44/7 55/21
**three [4]** 44/10 44/13 55/6 55/16

**T**

**threshold [1]** 64/18
**through [12]** 6/12 8/13 8/24 18/2 20/17 20/21 20/24 20/25 22/17 38/14 48/5 66/3
**throughout [1]** 46/13
**Thursday [4]** 9/7 9/8 9/10 9/11
**tied [2]** 68/20 68/21
**tight [1]** 54/4
**time [81]**
**timing [1]** 46/19
**title [4]** 8/8 8/9 8/10 73/6
**to the [1]** 70/12
**today [11]** 5/20 6/7 7/14 7/24 8/11 8/11 42/17 62/11 70/20 71/15 71/18
**today's [4]** 11/10 13/25 14/25 15/5
**told [5]** 17/18 32/14 38/20 52/3 72/7
**tomorrow [2]** 6/25 58/18
**too [3]** 41/18 50/2 60/23
**took [2]** 45/24 54/24
**totaled [1]** 45/15
**totaling [1]** 42/6
**totally [1]** 9/25
**toward [2]** 43/21 72/4
**trace [1]** 20/24
**tracing [3]** 45/6 45/12 48/12
**trading [1]** 47/18
**trail [1]** 45/7
**training [4]** 20/7 20/20 20/21 46/2
**transaction [1]** 57/22
**transactions [4]** 34/17 36/1 62/10 65/13
**transcribed [1]** 9/24
**transcript [7]** 1/15 7/13 7/23 7/24 8/16 73/7 73/9
**transfer [7]** 21/13 22/22 35/1 58/5 63/19 63/20 68/1
**transferred [5]** 13/16 16/14 24/11 45/23 45/24
**transfers [5]** 16/17 21/23 42/25 51/19 66/25
**translator [1]** 5/16
**Traurig [1]** 2/18
**trial [13]** 5/10 7/8 7/9 7/18 7/19 8/25 9/3 9/4 9/7 41/11 69/18 72/9 72/10
**tried [3]** 46/16 46/19 69/20
**true [5]** 44/2 45/21 50/14 72/8 73/6
**truth [3]** 10/13 10/14 10/14
**truthfully [1]** 70/21
**try [8]** 10/25 27/11 35/14 54/7 54/12 56/10 65/5 71/21
**trying [10]** 8/4 17/1 23/21 24/18 35/9 36/14 51/17 51/24 64/21 65/10
**tse [2]** 2/19 5/20
**Tuesday [4]** 7/9 9/5 9/6 9/12
**turn [5]** 11/17 12/24 29/11 29/24 30/7
**turned [1]** 14/3
**turning [1]** 10/4
**two [6]** 16/17 27/8 42/17 55/11 56/12 61/6
**type [3]** 32/22 33/2 47/18

**U**

**U.S [5]** 1/3 1/23 2/3 2/8 2/9
**ultimately [1]** 69/12
**unaware [1]** 19/14
**under [8]** 13/3 29/16 39/14 48/10 49/8 49/9 53/11 64/8
**underlies [1]** 40/25
**underlying [1]** 31/9
**understand [8]** 18/7 19/1 39/6 39/10 39/25 43/8 53/12 54/15
**understanding [1]** 22/10
**understood [2]** 23/3 41/2
**unfortunately [1]** 30/12

**unimportance [1]** 34/15
**unit [1]** 6/24
**UNITED [6]** 1/1 1/6 2/2 3/9 73/6 73/10
**unrelated [3]** 9/25 42/18 42/21
**until [3]** 37/12 44/21 52/7
**up [27]** 6/20 7/2 11/3 18/5 18/11 23/24 27/23 32/24 33/2 33/4 37/3 39/24 46/4 54/11 54/11 55/14 55/21 56/17 57/5 59/3 60/9 60/12 61/6 62/11 70/9 72/2 72/10
**upholding [1]** 48/9
**upon [10]** 7/4 13/2 17/5 20/7 20/20 21/9 25/13 32/1 40/18 41/25
**us [2]** 2/6 38/9
**USA [1]** 5/4
**use [3]** 7/20 13/9 70/8
**used [8]** 40/17 43/18 49/3 54/3 55/11 58/5 63/8 67/19
**useful [1]** 7/7
**using [1]** 43/18
**usual [1]** 9/3
**usually [1]** 8/24

**V**

**vacuum [1]** 71/3
**valid [1]** 62/17
**validity [1]** 41/9
**vast [4]** 45/22 46/24 47/5 47/6
**verbatim [2]** 8/9 8/15
**version [3]** 61/17 61/17 61/19
**versus [1]** 5/5
**very [14]** 8/14 9/15 19/18 29/23 40/18 41/10 41/13 42/24 54/11 54/11 60/21 62/17 65/17 71/12
**view [3]** 10/6 54/19 70/19
**voiced [1]** 56/4
**voir [1]** 9/1

**W**

**Wait [1]** 13/24
**waiting [1]** 69/4
**walk [1]** 69/22
**want [22]** 10/8 18/6 19/5 23/23 29/2 37/20 39/25 41/5 48/4 52/10 52/13 54/11 56/21 58/9 62/5 62/6 63/12 63/17 69/5 70/1 71/21 72/8
**wanted [5]** 19/11 34/21 34/23 39/21 58/3
**warrant [59]** 11/2 13/18 14/16 15/12 17/21 18/21 24/19 24/24 25/4 25/5 25/21 25/22 26/4 26/14 27/9 27/13 27/16 28/13 28/15 28/23 29/1 29/16 29/20 30/3 30/4 31/19 32/2 32/5 34/2 38/8 38/11 38/12 38/19 41/8 46/10 46/14 48/9 51/7 51/8 52/25 53/22 59/4 59/9 59/10 59/16 60/6 60/8 60/11 62/7 67/7 67/8 67/13 68/6 68/23 69/12 70/1 70/8 70/8 71/10
**warrants [3]** 25/18 59/14 59/19
**was [194]**
**Washington [1]** 2/10
**wasn't [8]** 17/12 21/12 34/4 36/3 36/15 39/13 65/9 65/15
**way [16]** 13/12 33/5 37/3 41/4 41/6 48/15 54/23 56/25 62/14 65/14 65/17 67/10 70/14 70/21 71/12 71/12
**ways [1]** 65/2
**we [43]** 6/5 6/7 6/9 6/14 7/9 8/4 8/24 9/12 9/13 9/18 10/1 10/8 23/21 28/20 29/7 31/19 37/10 40/5 40/6 41/16 43/6 43/16 44/19 51/5 54/18 56/20 56/21 57/7 57/20 58/1 58/6 58/11 58/15 60/1 62/11 65/24 67/11 69/3 69/7 69/7 72/3 72/10 72/12
**we'll [2]** 9/6 29/8

**we're [4]** 6/25 9/11 38/10 62/11
**we've [3]** 28/19 36/16 48/14
**weaker [1]** 49/4
**Weber [2]** 2/14 5/14
**website [3]** 22/20 22/21 68/7
**WEDNESDAY [3]** 1/17 5/1 9/6
**week [1]** 9/12
**week's [1]** 9/4
**well [43]** 6/21 9/5 13/14 14/1 14/1 15/15 19/17 20/19 20/20 22/5 23/9 23/20 27/11 28/10 29/23 30/12 32/20 33/1 34/23 35/12 36/4 36/23 37/15 38/9 40/3 41/13 42/24 48/1 49/14 50/16 51/7 52/10 54/7 54/12 55/20 56/17 63/3 64/2 65/12 66/15 67/11 69/7 72/4
**went [22]** 13/15 16/11 17/3 17/7 25/6 25/7 36/7 36/7 36/9 36/10 36/13 42/16 44/1 44/17 45/18 50/2 51/18 60/6 62/15 63/3 64/21 67/16
**were [73]** 12/9 12/24 13/17 13/21 14/7 14/18 16/17 17/6 18/18 19/7 20/16 20/16 22/22 23/2 23/5 23/6 24/11 24/12 25/23 32/21 33/1 33/1 33/20 34/16 35/7 35/17 35/18 37/11 38/2 38/4 38/6 38/17 39/15 40/10 40/17 41/8 42/9 42/13 42/19 42/21 43/16 44/10 46/9 46/11 46/12 46/22 47/15 47/20 48/23 51/1 51/13 51/14 51/22 53/3 53/14 54/18 55/5 55/5 55/16 57/16 57/20 58/23 59/23 59/24 59/25 60/25 63/18 66/4 66/7 66/9 67/10 67/18 68/8
**weren't [3]** 38/7 66/5 71/11
**WESTERN [1]** 1/2
**what [70]** 8/15 8/24 10/7 13/9 14/6 14/9 14/11 14/15 15/3 15/4 16/8 17/1 18/14 19/3 19/15 21/7 22/7 22/19 23/21 26/8 34/21 35/9 35/10 35/21 35/25 36/4 36/9 36/14 37/17 38/19 38/23 39/25 40/7 40/22 40/25 41/3 41/16 42/19 43/22 44/15 44/16 45/13 45/19 46/20 51/1 51/17 52/1 52/24 52/25 54/21 54/23 55/10 55/24 55/25 56/2 56/7 57/6 57/7 61/20 62/5 63/9 63/12 64/6 66/18 67/11 68/12 71/2 71/10 72/6
**what's [3]** 9/21 11/14 37/24
**whatever [1]** 7/12
**whatsoever [3]** 9/15 9/21 49/7
**when [32]** 8/1 11/20 12/8 12/18 14/5 15/8 18/18 19/9 22/10 24/10 24/17 24/18 25/23 27/1 31/8 32/23 34/7 35/18 37/13 43/22 46/20 46/22 51/17 53/15 54/8 62/9 63/18 64/2 65/13 67/22 69/23 70/9
**where [7]** 20/15 20/22 20/24 21/1 21/2 29/12 54/14
**whether [15]** 7/4 17/16 18/1 39/2 39/4 39/14 39/22 53/1 53/6 53/12 60/15 64/22 67/4 67/12 69/18
**which [39]** 6/5 6/8 8/5 8/22 9/1 9/2 10/5 11/18 12/19 12/19 13/3 13/9 13/11 16/3 17/25 23/4 23/7 25/13 29/25 30/8 31/6 31/9 32/1 33/4 35/17 36/24 39/24 41/8 41/25 45/8 48/18 48/23 50/8 52/11 54/1 56/12 63/7 69/4 71/22
**who [11]** 5/14 5/19 6/4 17/9 35/5 43/7 51/21 58/1 66/7 66/9 71/1
**whole [1]** 10/14
**whose [1]** 18/9
**why [7]** 14/13 18/3 20/4 20/12 39/7 39/11 58/9
**will [55]** 6/5 6/13 6/16 6/20 6/22 7/3 7/3 7/5 7/15 7/23 8/18 8/21 8/22 8/24 9/2 9/2 9/4 9/5 9/7 9/10 9/20 9/20 10/9 10/25 13/9 14/13 20/8 23/9 24/2 26/23 27/11 28/6 29/23 29/25 31/15 31/17

## W

**will...** [19]  40/4 41/17 43/18 45/7 47/6
49/22 54/13 56/10 56/11 57/4 58/11
61/9 63/5 69/8 69/16 71/20 72/3 72/12
72/13
**Wilshire** [1]  2/15
**wire** [9]  22/22 35/1 42/25 51/19 57/24
58/5 64/10 66/25 68/1
**wired** [1]  54/5
**wires** [6]  15/25 17/5 17/6 19/18 19/19
57/16
**wish** [1]  10/9
**withdraw** [2]  26/25 47/6
**withdrawal** [2]  63/23 64/1
**withdrawals** [6]  46/17 47/11 47/15 48/3
64/12 65/9
**within** [1]  16/1
**witness** [14]  11/6 14/2 14/5 14/11 26/15
27/20 30/14 30/16 37/21 39/18 41/7
48/17 57/20 72/7
**witnesses** [2]  4/2 72/8
**won't** [5]  9/25 29/8 47/4 69/23 70/14
**word** [1]  47/6
**words** [4]  21/2 34/14 38/9 50/17
**work** [1]  71/5
**worked** [2]  7/2 72/2
**working** [1]  13/18
**works** [1]  71/4
**worry** [1]  56/9
**worth** [4]  17/11 22/12 49/24 50/11
**would** [46]  9/8 9/16 18/6 18/24 18/25
19/15 23/1 23/18 24/25 28/25 29/11
29/24 30/7 31/17 31/18 31/21 33/24
37/22 39/5 39/16 40/3 41/16 41/16
43/10 49/4 49/8 49/16 50/7 51/4 51/6
53/12 53/21 53/23 53/25 54/20 56/23
57/12 64/18 65/3 67/11 67/12 70/1
70/12 71/15 71/15 72/15
**wouldn't** [2]  53/24 55/12
**written** [1]  7/6
**wrong** [2]  34/14 36/23
**wrongdoing** [1]  66/13
**wrote** [1]  42/8
**www.cindynirenberg.com** [1]  1/25

## Y

**yacht** [13]  22/9 27/13 28/23 31/2 35/4
40/15 43/20 44/5 44/22 52/23 65/11
65/18 65/19
**Yeah** [4]  28/17 32/8 47/11 57/14
**years** [4]  45/9 46/11 47/16 64/15
**yes** [83]
**yet** [1]  55/8
**York** [1]  2/9
**you** [299]
**you'll** [2]  7/24 57/15
**you're** [2]  22/1 60/16
**you've** [4]  11/7 32/18 39/25 59/2
**your** [101]

## Z

**zero** [1]  13/8